1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   SECURITIES AND EXCHANGE
10 COMMISSION,
                               NO. CIV. S-09-0665 LKK/DAD
11         Plaintiff,

12     v.
                                   O R D E R
13 ANTHONY VASSALLO, KENNETH
   KENITZER, and EQUITY
14 INVESTMENT MANAGEMENT AND
   TRAINING, INC.,
15
16         Defendants.

17 _____/

18     A hearing is SET for plaintiff's application for a temporary

19 restraining order as to defendant Equity Investment Management and

20 Trading, Inc., ("EITM") on March 12, 2009 at 1:30 p.m.  Plaintiff

21 shall immediately SERVE a copy of this order and all documents in

22 this case upon all defendants.  EITM may, if it chooses, submit an

23 opposition to this application, to be received by the court no

24 later than 12:20 p.m. on March 12, 2009.

25     IT IS SO ORDERED.

26     DATED:  March 11, 2009.

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                             1     UNITED STATES DISTRICT COURT