MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
  scafej@sec.gov
MONIQUE C. WINKLER (Cal. Bar. No 213031)
  winklerm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER and EQUITY INVESTMENT MANAGEMENT AND TRADING, INC.,<br><br>Defendants. | Case No. Civ S-09-0665 LKK<br>LCC<br>[PROPOSED] ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION AGAINST EQUITY INVESTMENT MANAGEMENT AND TRADING, INC. |

SEC V. VASSALLO, ET AL.
CASE NO. _____

[PROPOSED] ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION AGAINST
EQUITY INVESTMENT MANAGEMENT AND
TRADING, INC.

| | |
|---|---|
| 1 | This matter came before the Court on the *ex parte* application of plaintiff Securities and |
| 2 | Exchange Commission ("Commission") for, among other things, an order to show cause why the |
| 3 | Commission's request for a preliminary injunction against defendant Equity Investment |
| 4 | Management and Trading, Inc. should not be granted, including the extension of an asset freeze |
| 5 | during the pendency of this litigation. The Court has received and considered the Commission's |
| 6 | complaint, application, memorandum of points and authorities, the declarations of Ethan Conrad, |
| 7 | Dan E. Redfearn, Mark Siska, and Monique C. Winkler, and all exhibits attached to those |
| 8 | declarations, and all other submissions, written or oral. |
| 9 | Good cause appearing, |
| 10 | IT IS HEREBY ORDERED that at __10__ o'clock __a__.m. on March __23__, 2009, or as |
| 11 | soon thereafter as the parties can be heard, the defendant Equity Investment Management and |
| 12 | Trading, Inc., shall appear before the Honorable __Lawrence K. Karlton__, Judge of the |
| 13 | United States District Court, to show cause, if there be any, why a preliminary injunction should |
| 14 | not be ordered against it. |
| 15 | Any declarations, affidavits, points and authorities, or other submissions in support of, or |
| 16 | in opposition to, the issuance of such an Order shall be filed with the Court and delivered to the |
| 17 | Commission's counsel and defendant Equity Investment Management and Trading, Inc. and/or |
| 18 | its attorneys no later than __12__ o'clock __p__.m. on March __20__, 2009. Any reply papers shall |
| 19 | be filed with the Court and delivered to opposing counsel no later than _____ o'clock ___.m. |
| 20 | on March ___, 2009. |

Date: March __12__, 2009 at __11:37__ o'clock __A__.m.

[signature]
UNITED STATES DISTRICT JUDGE

SEC V. VASSALLO, ET AL.
CASE NO. _____

1

[PROPOSED] ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION AGAINST
EQUITY INVESTMENT MANAGEMENT AND
TRADING, INC.