MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
  scafej@sec.gov
MONIQUE C. WINKLER (Cal. Bar. No 213031)
  winklerm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER and EQUITY INVESTMENT MANAGEMENT AND TRADING, INC.,<br><br>　　　　Defendants. | Case No.2:09-CV-00665-LKK-DAD<br><br>STIPULATION AND ORDER TO SHORTEN TIME ON PLAINTIFF'S MOTION TO APPOINT TEMPORARY RECEIVER FOR DEFENDANT EQUITY INVESTMENT MANAGEMENT AND TRADING, INC. |

　　　　WHEREAS Plaintiff Securities and Exchange Commission ("Commission") intends to move the Court for an order appointing a temporary receiver for defendant Equity Investment Management and Trading, Inc. ("EIMT");

　　　　WHEREAS the Commission will request that the Court hear its motion on shortened time, on April 20, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS counsel for defendants Anthony Vassallo and Kenneth Kenitzer agree, as indicated by their signatures below, to have this matter heard on such shortened time;

WHEREAS defendant EIMT failed to respond to a request that it also agree to have the motion heard on shortened time;

THEREFORE, counsel for the Commission and defendants Vassallo and Kenitzer hereby stipulate to have the Commission's motion for appointment of a temporary receiver for defendant EIMT heard by the Court on Monday, April 20, 2009, at 9:00 a.m., or as soon thereafter as possible, and ask that the Court adopt this stipulation as its order.

Dated: April 13, 2009  /s/ Robert L. Mitchell
Robert L. Mitchell
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: April 13, 2009  /s/ Edward Gelfand
Edward Gelfand
Gartenberg, Gelfand Wasson & Selden, LLP
801 South Figueroa Street, Suite 2170
Los Angeles, CA 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Attorney for Defendant
KENNETH KENITZER

Dated: April 14, 2009  /s/ David R. Chase
David R. Chase
Law Firm of David R. Chase, P.A.
1700 East Las Olas Blvd. Penthouse #2
Fort Lauderdale, FL 333301
Telephone: (954) 920-7779
Facsimile: (954) 923-5622
Attorney for Defendant
Anthony Vassallo

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, the application of plaintiff Securities and Exchange Commission to shorten time on its motion to appoint a temporary receiver for defendant Equity Investment Management and Trading, Inc., is granted. The Court will hear the Commission's motion on April 24, 2009, at 10:00 a.m.

Any opposition to the Commission's motion for a temporary receiver shall be filed no later than Friday, April 17, 2009, and served on that date on all parties by personal service, email transmission or overnight mail (morning delivery). The Commission shall file any reply papers in support of its motion on April 18, 2009, and serve them on that date by personal service, email transmission or overnight mail (morning delivery).

DATED: April 14, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SEC v. VASSALLO, ET AL.
CASE NO. 2:09-CV-00665-LKK-DAD

3

STIP. AND [PROPOSED] ORDER TO SHORTEN TIME ON PLTF'S. MOTION TO APPOINT RECEIVER FOR DFDT. EIMT

PDF created with pdfFactory trial version www.pdffactory.com