FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**RECEIVER'S ADMINISTRATIVE APPLICATION FOR EXTENSION OF TIME TO FILE INITIAL REPORT; DECLARATION OF JAMIE L. DUPREE; AND ORDER**<br><br>**[L.R. 66-232(g)]**<br><br>**No Hearing Requested**<br><br>Honorable Lawrence K. Karlton |

## APPLICATION

Receiver Stephen E. Anderson ("Receiver") submits this administrative application for an extension of time to file his initial report in the above-referenced matter from June 26, 2009 to July 9, 2009. The facts in support of this application are set forth in the attached Declaration of Jamie L. Dupree. Receiver seeks this extension because his counsel will be on vacation and out of state from June 11 through June 26, 2009, which will make it difficult to file the report by June 26, 2009, the deadline set forth in the Court's April 29, 2009 Order Appointing Temporary Receiver. Counsel for the Securities and Exchange Commission and Defendant Kenizer have no objection to the request for extension, and counsel for Defendant Vassallo never responded to

1

**FUTTERMAN & DUPREE LLP**

RECEIVER'S APPLICATION FOR EXTENTSION OF TIME TO FILE FIRST REPORT, DECLARATION, AND [PROPOSED] ORDER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Receiver's inquiry whether he would also consent to the request for extension. Receiver therefore requests that the Court extend the time for him to file his first report to July 9, 2009.

Dated: May 19, 2009         FUTTERMAN & DUPREE LLP

By: _____/s/ Jamie L. Dupree_____
Jamie L. Dupree
*Attorneys for Receiver*
Stephen E. Anderson

## DECLARATION OF JAMIE L. DUPREE

I, Jamie L. Dupree, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and before this Court. I am a member of the law firm of Futterman & Dupree LLP, attorneys for Receiver Stephen E. Anderson ("Receiver") in the above-referenced matter. I am in possession of Futterman & Dupree LLP's files in this matter and am familiar with their contents. The facts set forth herein are personally known to me, unless stated on information and belief, and, if called as a witness, I could and would testify competently thereto under oath. As for those matters stated on information and belief, I am informed and believe them to be true. I make this declaration in support of Receiver's Administrative Application for an Extension of Time to File His First Report.

2. Receiver was appointed by the Court in an order dated April 29, 2009. In that April 29, 2009 Order, the Court directed that Receiver file his first report in this matter by June 26, 2009.

3. At the time the Court issued the April 29, 2009 Order, I had already planned an out-of-state vacation, including purchasing airline tickets for my family and entering into rental agreements for vacation homes. I will be on vacation from June 11 through June 26, 2009.

4. When I have previously represented Receiver in matters similar to this, I have worked intensely with him on his initial and subsequent reports. It would be difficult for me to work with Receiver on his initial report during my vacation.

**FUTTERMAN & DUPREE LLP**

2

RECEIVER'S APPLICATION FOR EXTENSTION OF TIME TO FILE FIRST REPORT, DECLARATION, AND [PROPOSED] ORDER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

5. I spoke by telephone with counsel for Plaintiff Securities and Exchange Commission, Robert Mitchell, and counsel for Defendant Kenneth Kenitzer, Edward Gelfand, each of whom told he had no object to the requested extension. I also left a voicemail message for Defendant Anthony Vassallo's counsel, David Chase, asking whether he would agree to the requested extension. I received no response to my voicemail message to Mr. Chase.

6. Receiver requests that the Court extend the time to file his initial report to July 9, 2009, which will allow me to return from vacation and assist Receiver in preparing the report.

Dated: May 19, 2009                      /s/ Jamie L. Dupree
Jamie L. Dupree

## ORDER

Good cause shown,

**IT IS HEREBY ORDERED** that Receiver's Administrative Application for an Extension of Time to File His Initial Report **IS GRANTED**. Receiver shall have until July 9, 2009, to file his initial report in this matter in conformity with the April 29, 2009 Order Appointing Temporary Receiver.

**IT IS SO ORDERED.**

Dated: May 21, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN
& DUPREE LLP

3
RECEIVER'S APPLICATION FOR EXTENSTION OF TIME TO FILE FIRST REPORT, DECLARATION, AND [PROPOSED] ORDER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com