1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                    Plaintiff,

13           v.                     CIV. NO. S-09-665 LKK

14 ANTHONY VASSALLO,
   KENNETH KENITZER,
15
                     Defendants.
16 _____/

17 UNITED STATES OF AMERICA,

18                    Plaintiff,

19           v.                     CR. NO. S-09-179 GEB

20 ANTHONY VASSALLO,

21                    Defendant.     NON-RELATED CASE ORDER
   _____/
22

23      The court is in receipt of the Notice of Related Cases

24 concerning the above-captioned cases filed May 20, 2009.   After

25 consideration, the court has determined that it is inappropriate

26 to relate or reassign the cases, and therefore declines to do so.

1   This order is issued for informational purposes only, and shall

2   have no effect on the status of the cases, including any previous

3   Related (or Non-Related) Case Order of this court.

4       IT IS SO ORDERED.

5       DATED:  May 26, 2009.

8   LAWRENCE K. KARLTON
9   SENIOR JUDGE
    UNITED STATES DISTRICT COURT