FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com
jgodin@dfdlaw.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**AMENDED ORDER GRANTING EX PARTE APPLICATION FOR COURT ORDER SHORTENING TIME FOR HEARING ON RECEIVER'S MOTIONS FOR (1) COURT AUTHORIZATION TO EMPLOY ATTORNEYS, ACCOUNTANTS AND CONSULTANTS; (2) ORDER ESTABLISHING EXPEDITED PROCEDURE FOR CONSIDERATION AND RESOLUTION OF RECEIVER'S APPLICATIONS REGARDING RECEIVERSHIP ADMINISTRATION ISSUES; AND (3) COURT ORDER REAPPOINTING HIM AS RECEIVER TO COMPLY WITH 28 U.S.C. § 754**<br>[E. Dist. Cal. L.R. 6-144(e)]<br><br>Honorable Lawrence K. Karlton |

The Court having considered the papers submitted in support of Receiver's Ex Parte Application for a Court Order Shortening Time to hear Receiver's Motions for (1) Court Authorization of Employment of Attorneys, Accountants and Consultants; (2) Order Establishing Expedited Procedure for Consideration and Resolution of Receiver's Applications Regarding Receivership Administration Issues; and (3) Court Order Reappointing Him As Receiver to Comply with 28 U.S.C. § 754, and for good cause shown,

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that the application is **GRANTED**.

The Court hereby sets the following briefing schedule on Receiver's Motions for (1) Court Authorization of Employment of Attorneys, Accountants and Consultants; (2) Order Establishing Expedited Procedure for Consideration and Resolution of Receiver's Applications Regarding Receivership Administration Issues; and (3) Court Order Reappointing Him As Receiver to Comply with 28 U.S.C. § 754 ("Motions"):

- If no opposition to any motion is filed, the Court will rule on the Motions on the papers without hearing.

Or, in the alternative, the Court sets the following briefing schedule on the Motions:
- Moving papers in support of the Motions shall be filed Thursday, May 28, 2009;
- Defendants' opposition to the Motions shall be filed on or before Tuesday, June 2, 2009;
- Receiver's reply shall be filed on or before Friday, June 5, 2009; and
- The hearing on the Motions shall be set for June 8, 2009 at 10:30 a.m..

**IT IS SO ORDERED.**

Dated: May 28, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com