FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com
jgodin@dfdlaw.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR COURT ORDER REAPPOINTING HIM AS RECEIVER TO COMPLY WITH 28 U.S.C. § 754**<br><br>Date: June 8, 2009<br>Time: 10:30 a.m.<br>Courtroom: 4<br>Honorable Lawrence K. Karlton |

This matter is before the Court on the motion of Receiver Stephen E. Anderson for an order reappointing him as Receiver over Defendant Equity Investment Management and Trading, Inc. ("EIMT").

Having reviewed the papers, and good cause shown to reappoint Receiver to "reset" the ten-day period provided for by 28 U.S.C. § 754,

IT IS HEREBY ORDERED that Receiver's motion IS GRANTED. The Court reappoints Receiver Stephen E. Anderson as Receiver for Equity Investment Management and Trading, Inc. ("EIMT"). Attached hereto as Exhibit A, is a true and correct copy of the original April 29, 2009 order appointing Receiver which is incorporated by reference. The April 29, 2009 order terms remain in full force and effect except as otherwise modified by order of this Court.

**IT IS SO ORDERED.**

Dated: June 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com