1 | FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
2 | JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
3 | San Francisco, CA 94104
Telephone:  (415) 399-3840
4 | Facsimile:  (415) 399-3838
jdupree@dfdlaw.com
5 |
*Attorneys for Receiver*
6 | Stephen E. Anderson

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **SACRAMENTO**

11 | SECURITIES AND EXCHANGE        Case No. CV 09-000665 LKK-DAD
   | COMMISSION,
12 |                                **ORDER GRANTING RECEIVER'S**
   |                *Plaintiff*      **MOTION FOR COURT ORDER**
13 |                                **ESTABLISHING EXPEDITED**
   |           v.                   **PROCEDURE FOR CONSIDERATION**
14 |                                **AND RESOLUTION OF RECEIVER'S**
   | ANTHONY VASSALLO, et al,        **APPLICATIONS REGARDING**
15 |                                **RECEIVERSHIP ADMINISTRATION**
   |                *Defendants.*    **ISSUES**
16 |
17 |                                **[L.R. 66-232(f)]**
18 |                                Date:  June 8, 2009
   |                                Time: 10:30 a.m.
19 |                                Courtroom: 4
   |                                Honorable Lawrence K. Karlton
20 |

21 |

22 |        The motion of Receiver Stephen E. Anderson for Court Order establishing expedited

23 | procedure for consideration and resolution of Receiver's applications regarding receivership

24 | administration issues, came on regularly for hearing in Courtroom 4 of the above-entitled Court

25 | on June 8, 2009, at 10:30 a.m., the Honorable Lawrence K. Karlton presiding.  The Court having

26 | considered the papers submitted in support of and in opposition to such motion, and the

27 | arguments of counsel and for good cause shown,

28 |        IT IS HEREBY ORDERED that Receiver's motion IS GRANTED.

FUTTERMAN
& DUPREE LLP

1

[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR COURT ORDER ESTABLISHING EXPEDITED PROCEDURE
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1    The Court hereby establishes the following expedited procedure for consideration and

2  resolution of Receiver's applications regarding receivership administration issues:

3    •    For administrative issues, Receiver is permitted (through counsel) to file a letter

4  with the Court describing the receivership issue and the order sought along with a proposed

5  order.

6    •    If the Court believes the requested order is appropriate, it will issue the order with

7  or without modification of it.

8    •    If the Court believes a hearing is necessary, it will set a hearing, or if the Court has

9  questions about the application, the Court will contact Receiver or his counsel directly.

10

11  **IT IS SO ORDERED.**

12

13  Dated:   June 5, 2009

14

15

16  LAWRENCE K. KARLTON
    SENIOR JUDGE

17  UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN
& DUPREE LLP

2

[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR COURT ORDER ESTABLISHING EXPEDITED PROCEDURE
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com