FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com
jgodin@dfdlaw.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR COURT AUTHORIZATION TO EMPLOY ATTORNEYS, ACCOUNTANTS AND CONSULTANTS**<br><br>[E. Dist. Cal. L.R. 66-232(g)]<br><br>Date: June 8, 2009<br>Time: 10:30 a.m.<br>Courtroom: 4<br>Honorable Lawrence K. Karlton |

The motion of Receiver Stephen E. Anderson for Court authorization to employ attorneys, accountants and consultants, came on regularly for hearing in Courtroom 4 of the above-entitled Court on June 1, 2009, at 10:30 a.m., the Honorable Lawrence K. Karlton presiding. The Court having considered the papers submitted in support of and in opposition to such motion, and the arguments of counsel and for good cause shown,

IT IS HEREBY ORDERED that Receiver's motion IS GRANTED. Receiver is hereby authorized to engage the following attorneys, accountants and consultants at the rates indicated, retroactive to the date of his initial appointment:

PDF created with pdfFactory trial version www.pdffactory.com

(1) Futterman & Dupree LLP (Primary and California Counsel)
Jamie L. Dupree, $370.00/hour
Martin H. Dodd, $385.00/hour
Jaime E. Godin, $265.00/hour
Legal Assistants and Case Clerks, $90-165.00/hour

(2) Stephan A. Werth, CPA, $175.00/hour

(3) Cindi Sherrod, Consultant, $35.00/hour

(4) Parsons, Smith & Stone LLP (Idaho counsel)
Randolph C. Stone, $170.00/hour

IT IS FURTHER ORDERED that Receiver is hereby authorized to utilize the services of other attorneys and staff at the authorized law firms provided that the billing rates of those attorneys and staff are commensurate with the rates authorized herein. Notwithstanding this order, the actual compensation of the persons employed by Receiver shall be fixed by the Court in conformity with Local Rule 66-232(g).

**IT IS SO ORDERED.**

Dated: June 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com