FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER COMPELLING LEXUS OF SACRAMENTO TO PRODUCE DOCUMENTS AND PROVIDE INFORMATION TO RECEIVER** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Lexus of Sacramento, located at 2600 Fulton Avenue, Sacramento, California 95821, is hereby ordered to produce to Receiver Stephen E. Anderson all documents associated with the May 31, 2008 sale of a Lexus LX570, Vehicle Identification Number JTJHY00W784010266, for approximately $103,000.00, including, but not limited to:

PDF created with pdfFactory trial version www.pdffactory.com

1. • Purchase information;
2. • Sales contracts;
3. • Vehicle Registration; and
4. • Proof and form of payment.

Lexus of Sacramento is hereby further directed to cooperate fully with Receiver in his investigation into the circumstances and details surrounding the purchase of a Lexus LX570, Vehicle Identification Number JTJHY00W784010266.

**IT IS SO ORDERED.**

Dated:  June 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com