FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING WELLS FARGO BANK AND ANY OTHER FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING THE TRANSFER OF THE 3788 CENTURY DRIVE PROPERTY** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Wells Fargo Bank issued a cashier's check in the amount of $1,599,431.13 which was used in the purchase of the real property known as 3788 Century Drive, Island Park, Idaho 83429 (the "3788 Century Drive Property") by EIMT Properties, LLC;

Receiver is investigating the source of funds used to purchase the 3788 Century Drive Property by EIMT Properties, LLC;

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER COMPELLING BANKS TO PRODUCE DOC. CONCERNING THE TRANSFER OF REAL PROPERTY
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  To facilitate Receiver's investigation, Wells Fargo Bank and any other bank or lending institution associated with the transfer of the 3788 Century Drive Property to EIMT Properties, LLC are hereby directed to provide to Receiver all financial information and documentation concerning funds used to purchase the 3788 Century Drive Property, including the front and back of the $1,599,431.13 cashier's check issued by Wells Fargo Bank, and account information concerning accounts held by EIMT Properties, LLC. Wells Fargo Bank and any other bank or lending institution associated with the purchase of the 3788 Century Drive Property are hereby further directed to cooperate fully with Receiver in his investigation and audit.

**IT IS SO ORDERED.**

Dated: June 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER COMPELLING BANKS TO PRODUCE DOC. CONCERNING THE TRANSFER OF REAL PROPERTY
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com