FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER PROHIBITING THE TRANSFER OF THE 3788 CENTURY DRIVE PROPERTY WITHOUT FURTHER ORDER OF THE COURT AND TOLLING PAYMENTS ON DEED OF TRUST** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The property known as 3788 Century Drive, Island Park, Idaho 83429 (the "3788 Century Drive Property") shall not be sold, purchased, transferred, conveyed, exchanged, foreclosed upon, attached, or encumbered in any way whatsoever, pending the resolution of the above-entitled action, without a specific order by the above-

PDF created with pdfFactory trial version www.pdffactory.com

1  entitled Court authorizing such a transaction. Attached hereto as Exhibit 1, is a true
2  and correct copy of the legal description of the 3788 Century Drive Property.
3       Furthermore, any payments due on the February 25, 2008 Deed of Trust in the
4  amount of $1,000,000.00, in favor of Coeur D'Alene Investments, LLC, concerning the
5  3788 Century Drive Property and recorded in the County of Fremont, Idaho on March 6,
6  2008, as Microfilm No. 515695 or any other deeds of trust on the 3788 Century Drive
7  Property shall be tolled pending the resolution of the above-entitled action, unless
8  otherwise ordered by the Court.
9       **IT IS SO ORDERED.**

11 Dated: June 11, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER PROHIBITING THE TRANSFER OF THE 3788 CENTURY DR. PROPERTY AND TOLLING PAYMENTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com