FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@dfdlaw.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-000665 LKK-DAD |
| *Plaintiff* | **ORDER PERMITTING RECEIVER TO OPEN MORGAN STANLEY SMITH BARNEY ACCOUNT** |
| v. | |
| ANTHONY VASSALLO, et al, | Honorable Lawrence K. Karlton |
| *Defendants.* | |

On April 30, 2009, the Court filed an "Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. and Order to Show Cause for Appointment of Permanent Receiver" ("Order Appointing Receiver").  In order to empower and authorize Receiver to carry out his duties and obligations, in order to preserve, protect, and value any interest that Equity Investment Managing and Trading, Inc. ("EMIT") has purchased or otherwise acquired in any Collateralized Mortgage Obligation ("CMO"), and for good cause shown:

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver is hereby authorized to open an account at Morgan Stanley Smith Barney entitled "Receiver's Account" together with the name and number of this action in order to collect, receive, monitor, and or value any CMO or other securities instrument purchased or

PDF created with pdfFactory trial version www.pdffactory.com

1   otherwise acquired by EMIT or its affiliated or related entities.  Receiver shall not dispose of any

2   CMO or other securities instrument collected, received or deposited into such Morgan Stanley

3   Smith Barney account without further order of this Court.

4        **IT IS SO ORDERED.**

5

6   Dated:  June 11, 2009

7

8                                    LAWRENCE K. KARLTON

9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PERMITTING RECEIVER TO OPEN MORGAN STANLEY SMITH BARNEY ACCOUNT
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com