FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER PROHIBITING THE TRANSFER OF THE FIDDLETOWN PROPERTY WITHOUT FURTHER ORDER OF THE COURT AND TOLLING PAYMENTS ON DEED OF TRUST** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR").  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The property known as 19990 Brockman Mill Road, Fiddletown, CA 95629, APN 021-040-023 (the "Fiddletown Property") shall not be sold, purchased, transferred, conveyed, exchanged, foreclosed upon, attached, or encumbered in any way whatsoever, pending the resolution of the above-entitled action, without a specific order by the above-entitled Court authorizing such a transaction.  Furthermore, any payments due any deeds of trust concerning the

PDF created with pdfFactory trial version www.pdffactory.com

Fiddletown Property shall be tolled pending the resolution of the above-entitled action, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: June 12, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com