FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANK OF AMERICA TO PRODUCE DOCUMENTS CONCERNING ACCOUNT NO. 23487-01403 AND/OR ACCOUNT HOLDER MICHAEL TUCKER** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Based on Receiver's investigation thus far, it appears that EIMT transferred investor funds to various subfunds. Veritas Investments, LLC is one of EIMT's various subfunds;

PDF created with pdfFactory trial version www.pdffactory.com

1  Veritas Investments, LLC wired $1,875,000 to Bank of America Account No. 23487-01403, an account which is held in the name of Michael Tucker ("Tucker Account") on or about December 31, 2008;

4  Receiver is investigating where the $1,875,000 went after it was transferred to the Tucker Account;

6  To facilitate Receiver's investigation, Bank of America is hereby directed to provide to Receiver information and documentation concerning the dispensation of the $1,875,000 transferred to the Tucker Account on or about December 31, 2008, including, but not limited to account numbers, account holder identification and other similar information sufficient to trace funds transferred from the Tucker Account after its receipt of the $1,875,000 from Veritas Investments, LLC on or about December 31, 2008.  Bank of America is hereby further directed to cooperate fully with Receiver in his investigation and audit.

**IT IS SO ORDERED.**

Dated: June 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com