FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff* v. ANTHONY VASSALLO, et al, *Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER REQUIRING PRODUCTION OF DOCUMENTS BY FIRST AMERICAN TITLE CO. AND FIRST AMERICAN TITLE CO. SPECIALTY SERVICES DEPARTMENT** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1. Promptly following service of this Order, First American Title Co., 535 Rexburg, Idaho 83440, shall provide to the Receiver copies of the following documents in its possession, custody or control:

   All documents executed and/or deposited into escrow #216850-RX by the seller in connection with the purchase and sale of that certain real property located at 3788

PDF created with pdfFactory trial version www.pdffactory.com

Century Drive, Island Park, Idaho (APN 214-210-07) (the "Property");

All documents provided to seller by FATCO in connection with the purchase and sale of the Property; and,

All documents that refer to or reflect the disbursement of funds from escrow #216850-RX to the seller and/or the Buyer of the Property.

2.      Promptly following service of this Order, FATCO's Specialty Service Department, located at 580 Jenson Grade Drive, Blackfoot, Idaho 83221, shall provide to the Receiver copies of the following documents in its possession, custody or control:

The note and deed of trust or mortgage executed by or on behalf of EIMT Properties, LLC (the "Buyer") with respect to the $1 million seller financing in connection with the purchase and sale of the Property;

All documents that refer to or reflect each payment made by or on behalf of the Buyer to service the $1 million loan including, but not limited to, (i) copies of the front and back of each check used to make payment; and (ii) documents reflecting any electronic funds transfer or bank account wire instructions; and,

All documents that refer to or reflect each disbursement made by FATCO Specialty Services Department to the seller from funds received from or on behalf of EIMT Properties including, but not limited to, (i) copies of the front and back of each disbursement check; and (ii) documents reflecting any electronic funds transfer or bank account wire instructions.

**IT IS SO ORDERED.**

Dated:  June 25, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com