FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
mdodd@dfdcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**AMENDED ORDER PROHIBITING THE TRANSFER OF THE FIDDLETOWN PROPERTY WITHOUT FURTHER ORDER OF THE COURT AND TOLLING PAYMENTS ON DEED OF TRUST** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The property known as 19990 Brockman Mill Road, Fiddletown, CA 95629, APN 021-050-023 (the "Fiddletown Property") shall not be sold, purchased, transferred, conveyed, exchanged, foreclosed upon, attached, or encumbered in any way whatsoever, pending the resolution of the above-entitled action, without a specific order by the above-entitled Court

PDF created with pdfFactory trial version www.pdffactory.com

authorizing such a transaction. Attached hereto as Exhibit 1, is a true and correct copy of the legal description of the Fiddletown Property.

Furthermore, any payments due on any deeds of trust concerning the Fiddletown Property shall be tolled pending the resolution of the above-entitled action, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: June 25, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT 1

PDF created with pdfFactory trial version www.pdffactory.com

# LEGAL DESCRIPTION FOR REAL PROPERTY KNOWN AS 19990 BROCKMAN MILL ROAD, FIDDLETOWN, CA 95629

Real property in the unincorporated area of the County of AMADOR, State of CALIFORNIA, described as follows:

**PARCEL I:**

PARCEL C AS SET FORTH AND DELINEATED ON THAT CERTAIN PARCEL MAP NO. 135 FOR HARLAN THOMAS, FILED FOR RECORD NOVEMBER 24, 1971 IN BOOK 19 OF MAPS AND PLATS, PAGE 42 RECORDS OF AMADOR COUNTY.

**PARCEL II:**

A NON-EXCLUSIVE EASEMENT FOR ACCESS AND UTILITY PURPOSES FIFTY(50') FEET IN WIDTH IN THE LOCATION OF THAT CERTAIN "50' ACCESS EASEMENT," AS DELINEATED ON THE MAP REFERRED TO ABOVE.

APN: 021-050-023

PDF created with pdfFactory trial version www.pdffactory.com