FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPOINTING STEPHEN E. ANDERSON AS PERMANENT RECEIVER FOR EQUITY INVESTMENT MANAGEMENT AND TRADING, INC.**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court entered the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). In the OAR, the Court gave notice to all parties that EIMT was required to appear before the Court on August 3, 2009 at 10:00 a.m., to show cause why a permanent receiver should not be appointed for EIMT. Any written opposition was to be served not later than July 20, 2009.

No opposition to the OAR was served on behalf of EIMT or any other party to the action and therefore the Court finds that a hearing is not necessary. Accordingly, THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The August 3, 2009 hearing is hereby VACATED.

1  IT IS FURTER ORDERED that Stephen E. Anderson is hereby appointed as permanent
2  Receiver for defendant Equity Investment Management and Trading.  All existing provisions set
3  forth in the OAR remain in full force and effect.

5  **IT IS SO ORDERED.**

7  Dated:  July 31, 2009

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com