FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff* <br><br> v. <br><br> ANTHONY VASSALLO, et al, <br><br> *Defendants.* | Case No. CV 09-000665 LKK-DAD <br><br> **ORDER DIRECTING CHICAGO INVESTMENT GROUP TO PRODUCE DOCUMENTS AND FREEZE ALL ACCOUNTS ON WHICH MATTHEW TUCKER HAS SIGNING AUTHORITY** <br><br> **Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The Receiver has learned that on December 31, 2008, one of EIMT's subfunds, Veritas Investments, LLC ("Veritas"), wired $1,875,000 to a Bank of America account held in the name of Matthew Tucker in connection with the purported purchase of a Collateralized Mortgage Obligation ("CMO"). Despite repeated demands by Receiver to Mr. Tucker and his representatives to deliver the purported CMO to Receiver, no CMO has been delivered, nor does

1

[PROPOSED] ORDER COMPELLING CHICAGO INVESTMENT GROUP TO PRODUCE DOCUMENTS AND FREEZE ACCOUNTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

it appear that any CMO was ever purchased with the funds transferred from EIMT. Since no CMO was purchased, it is Receiver's position that the $1,875,000 transferred to Mr. Tucker in connection with the transaction belongs to the receivership estate and that Mr. Tucker has no right, title or interest in or to these funds. The Receiver has also learned that on January 2, 2009, at least $650,000 of the $1,875,000 was apparently wired from Mr. Tucker's Bank of America account to a Bank of New York Mellon account and thereafter wired to a Legent Clearing account for the benefit of Chicago Investment Group. It is Receiver's understanding that Mr. Tucker holds and/or has signing authority on an account or accounts with Chicago Investment Group ("Tucker Account(s)"). For the reasons discussed above, Receiver believes the $650,000 deposited into the Tucker Account(s) constitutes EIMT investor funds and is therefore part of the receivership estate. Receiver is investigating where, if anywhere, the $650,000 went after it was transferred to the Tucker Account(s).

To facilitate Receiver's investigation, Chicago Investment Group is hereby directed to provide to Receiver information and documentation concerning any and all Tucker Account(s) from and after December 1, 2008, including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder identification. Furthermore, Chicago Investment Group is hereby directed to freeze any and all Tucker Account(s) pending the resolution of the above-entitled action, unless otherwise ordered by this Court.

Chicago Investment Group is hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER COMPELLING CHICAGO INVESTMENT GROUP TO PRODUCE DOCUMENTS AND FREEZE ACCOUNTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com