FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-00665 LKK-DAD<br><br>**ORDER DIRECTING SUBFUND MANAGERS TO PRODUCE DOCUMENTS AND INFORMATION**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR").  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The Receiver has learned that EIMT transferred investor funds to various subfunds and various subfunds transferred funds to EIMT.  To date, Receiver has identified approximately thirty-one current and/or former EIMT subfunds.  Receiver is endeavoring to track investor money transferred to/from EIMT via the thirty-one subfunds in order to disgorge any ill-gotten gains and ultimately to make a distribution to EIMT investors.  In order to do this, Receiver needs

PDF created with pdfFactory trial version www.pdffactory.com

documents and other information from the subfund managers sufficient to provide a complete accounting for each EIMT subfund.

To facilitate Receiver's investigation and to prevent the further transfer of and/or dissipation of EIMT assets, the following EIMT subfunds by and through each subfund's present and/or former managers, shareholders, directors, officers, agents, employees, consultants, attorneys, successors and/or assigns, are hereby directed to provide Receiver with copies of all information and documentation concerning any and all EIMT accounts, including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts. Furthermore, the following EIMT subfunds by and through each subfund's present and/or former managers, shareholders, directors, officers, agents, employees, consultants, attorneys, successors and/or assigns, are hereby directed to provide Receiver with copies of all information and documentation detailing the amount of money each subfund manager received as compensation including, but not limited to management fees, referral fees and/or any other payments received from EIMT.

- Apex Financial Development, LLC
- Black Card I, LLC
- Black Card Group, Inc.
- BT Management & Development Group, LLC
- BT Partners, LLC
- BV Skyline Corporation
- ECBC1, LLC
- EIG I
- EIG II
- Equity Constellation, LLC
- Equity Group Management, Inc.
- Exclusive Financial Partners, LLC
- iFund Investment Group, LLC
- iFund Management Group, LLC

PDF created with pdfFactory trial version www.pdffactory.com

- Income Management Group, LLC
- J Capital Partners, LLC
- J Capital Management, Inc.
- J Capital Fund, LLC
- KVW Investments, LLC
- Lancaster Platinum Growth, LP
- LCJ Capital, LLC
- Legacy Family Fund, LLC
- Matrix Investment Group, LLC
- Strategic Capital Management, LLC
- Vastman Investment Partners, LLC
- Veritas Fund, LLC
- Veritas Fund II, LLC
- West Coast Trading, LLC
- Z Investments, LLC
- Z Investment Group LLC
- Z Management, LLC

All of the above-listed subfunds by and through each subfund's present and/or former managers, shareholders, directors, officers, agents, employees, consultants, attorneys, successors and/or assigns, are hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  August 10, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com