FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING INVESTACORP TO PRODUCE DOCUMENTS AND FREEZE ALL MATTHEW TUCKER ACCOUNTS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"). Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

The Receiver has learned that on December 31, 2008, one of EIMT's subfunds, Veritas Investments, LLC ("Veritas"), wired $1,875,000 to a Bank of America account held in the name of Matthew Tucker in connection with the purported purchase of a Collateralized Mortgage Obligation ("CMO"). Despite repeated demands by Receiver to Mr. Tucker and his representatives to deliver the purported CMO to Receiver, no CMO has been delivered, nor does it appear that any CMO was ever purchased with the funds transferred from EIMT. Since no

1

PDF created with pdfFactory trial version www.pdffactory.com

CMO was purchased, it is Receiver's position that the $1,875,000 transferred to Mr. Tucker in connection with the transaction belongs to the receivership estate and that Mr. Tucker has no right, title or interest in or to these funds.  The Receiver has also learned that on January 2, 2009, at least $650,000 of the $1,875,000 was apparently wired from Mr. Tucker's Bank of America account to a Bank of New York Mellon account and thereafter wired to a Legent Clearing account for the benefit of Chicago Investment Group.  The money was allegedly used to purchase a "bond" which was then transferred to an Investacorp account in early April 2009.

To facilitate Receiver's investigation and to prevent the dissipation of EIMT funds, Investacorp is hereby directed to provide to Receiver information and documentation concerning any and all accounts with Investacorp which Mr. Tucker holds, controls and/or has signing authority on ("Tucker Account(s)") from January 1, 2009 to present, including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder identification.  Furthermore, Investacorp is hereby directed to freeze any and all Tucker Account(s) pending the resolution of the above-entitled action, unless otherwise ordered by this Court.

Investacorp is hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  August 12, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com