FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING REDDING BANK OF COMMERCE TO CANCEL CASHIER'S CHECK PAYABLE TO VERITAS INVESTMENTS LLC AND REMIT AMOUNT PAID FOR CHECK TO RECEIVER**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

During its investigation into the fraud perpetrated by defendants, the Securities and Exchange Commission ("SEC") was able to locate and freeze approximately $1.2 million of EIMT investor money located at the Redding Bank of Commerce in Roseville, California.

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIR. REDDING BANK OF COMMERCE TO CANCEL CASHIER'S CHECK & REMIT TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1 | The funds frozen are in the form of a cashier's check made payable to a EIMT sub-fund, Veritas Investments, LLC ("Veritas").

Receiver's investigation has revealed that on June 30, 2008, EIMT wired $2 million to Veritas and wired another $2 million to Veritas on July 3, 2008. Veritas did not return the $4 million to EIMT, and Receiver believes that the $1.2 million cashier check made payable to Veritas consists of EIMT investor funds.

Redding Bank of Commerce is hereby directed to cancel the $1.2 million cashier's check in the name of Veritas and remit the amount paid for the $1.2 million cashier's check to the EIMT Receivership, Receiver Stephen E. Anderson's custody and control. Redding Bank of Commerce is further directed to cooperate fully with Receiver in transmitting these funds to him and in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: August 20, 2009.

_[signature: Lawrence K. Karlton]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

2

[PROPOSED] ORDER DIR. REDDING BANK OF COMMERCE TO CANCEL CASHIER'S CHECK & REMIT TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com