FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**STIPULATION AND ORDER CONFIRMING EIMT OWNERSHIP OF FIDDLETOWN PROPERTY**<br><br>Judge Lawrence K. Karlton |

### RECITALS

Pursuant to orders dated April 30, 2009 and July 31, 2009, the Court appointed Stephen E. Anderson ("Receiver") as Receiver over Defendant Equity Investment Management Trading, Inc. ("EIMT").

The Court has empowered Receiver to "take all steps the receiver deems necessary to secure and protect the assets and property of EIMT...." Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. and Order to Show Cause for Appointment of Permanent Receiver dated April 30, 2009 ("OAR"), ¶ III B.

Utilizing EIMT investor funds, on or about February 28, 2008, Defendant Anthony Vassallo ("Vassallo") purchased a piece of real property known as 19990 Brockman Mill Road, Fiddletown, CA 95629, APN 021-050-023 (the "Fiddletown Property") for $265,000 (the "Fiddletown Property Purchase").

1

PDF created with pdfFactory trial version www.pdffactory.com

Title to the Fiddletown Property is in the name of Vassallo.

The parties wish to ensure that title to the Fiddletown Property is placed in the name of EIMT in such a manner that a title company will insure the transfer of the Fiddletown Property to a third party.

## STIPULATION

NOW, THEREFORE, Receiver, on behalf of EIMT, and Defendant Anthony Vassallo, through their counsel of record, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. EIMT funds were used to purchase the Fiddletown Property.

2. The Fiddletown Property Purchase was in constructive trust for EIMT and EIMT is the sole owner of the Fiddletown Property.

3. Vassallo shall execute any and all documents necessary to reflect that EIMT is the sole owner of the Fiddletown Property in a form that ensures that a title company will insure the future transfer of the Fiddletown Property by Receiver to a third party.

4. Vassallo will fully cooperate with Receiver to achieve the purpose of this stipulation.

**IT IS SO STIPULATED AND AGREED.**

Dated:  September 15, 2009          FUTTERMAN DUPREE DODD CROLEY
                                    MAIER LLP

                                    By:/s/Jamie L. Dupree
                                        Jamie L. Dupree
                                        Attorneys for Receiver Stephen E. Anderson

Dated:  September 11, 2009          BLACKMON & ASSOCIATES

                                    By:/s/Clyde M. Blackmon
                                        Clyde M. Blackmon
                                        Attorneys for Defendant Anthony Vassallo

## ORDER

Having reviewed the parties' Stipulation and Proposed Order Confirming EIMT's Owenrship of the Fiddletown Property, and for good cause shown,

**THE COURT FINDS AND ORDERS:**

PDF created with pdfFactory trial version www.pdffactory.com

1. EIMT funds were used to purchase the Fiddletown Property.

2. The Fiddletown Property Purchase was in constructive trust for EIMT, and EIMT is the sole owner of the Fiddletown Property.

3. Vassallo shall execute any and all documents necessary to reflect that EIMT is the sole owner of the Fiddletown Property in a form that ensures that a title company will insure the future transfer of the Fiddletown Property by Receiver to a third party.

4. Vassallo will fully cooperate with Receiver to achieve the purpose of the parties' stipulation and this order.

**IT IS SO ORDERED.**

Dated: September 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com