FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-00665 LKK-DAD<br><br>**ORDER DIRECTING ENTITIES PROVIDING FUNDS TO OR RECEIVING FUNDS FROM EQUITY INVESTMENT MANAGEMENT AND TRADING, INC. TO PRODUCE DOCUMENTS AND INFORMATION**<br><br>Judge Lawrence K. Karlton |

Pursuant to orders dated April 30, 2009 and July 31, 2009, the Court appointed Stephen E. Anderson ("Receiver") as Receiver over Defendant Equity Investment Management Trading, Inc. ("EIMT"). The Court has empowered Receiver to "take all steps the receiver deems necessary to secure and protect the assets and property of EIMT…." Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. and Order to Show Cause for Appointment of Permanent Receiver dated April 30, 2009 ("OAR"),  ¶ III B.

In an order dated August 10, 2009, this Court directed subfund managers for EIMT subfunds to provide certain documents and information to Receiver and to cooperate with Receiver (the "August 10, 2009 Order").  Certain entities named in the August 10, 2009 Order have refused to comply with that order claiming that they are not "subfunds" of EIMT, and,

1

FUTTERMAN
DUPREE DODD
CROLEY
MAIER LLP

[PROPOSED] ORDER COMPELLING FUNDS TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-00665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1    therefore, the August 10, 2009 Order does not apply to them. Without superseding the August

2    10, 2009 Order, to clarify its intent, to ensure compliance with its provisions, and for good cause

3    shown

4         THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

5         Receiver's investigation into the activities of EIMT has revealed that certain entities

6    provided funds to EIMT and EIMT provided funds to certain entities, including, but not limited

7    to, investment management fees.  Receiver's investigation has focused on approximately thirty-

8    one entities (listed below) which provided funds to EIMT and/or received funds from EIMT,

9    including such investment management fees.  Receiver is auditing information from such entities

10   to determine if any entity or individuals associated with such entities received  investor funds to

11   which it, he or she was not entitled so that Receiver may pursue disgorgement of any such funds.

12   In order to do this, Receiver needs documents and other information from the managers of such

13   entities sufficient to provide a complete accounting of all funds invested in EIMT by such entities

14   and all funds received from EIMT by such entities, including, but not limited to, investment

15   management fees.

16        To facilitate Receiver's investigation and to prevent the further transfer of and/or

17   dissipation of EIMT assets, present and/or former managers, shareholders, directors, officers,

18   agents, employees, consultants, attorneys, successors and/or assigns, of the following named

19   entities are hereby directed to provide Receiver with copies of all information and documentation

20   concerning any and all funds provided to EIMT or received from EIMT, including, but not limited

21   statements and other documentation reflecting disbursements to EIMT, receipts from EIMT, and

22   distribution of funds received from EIMT.   The information to be provided to Receiver includes

23   information and documents showing the amount of money any person or entity (including fund

24   managers) received as compensation from EIMT, including but not limited to management fees,

25   referral fees and/or any other payments received from EIMT.  The entities for which compliance

26   is required are:

27        •    Apex Financial Development, LLC

28        •    Black Card I, LLC

FUTTERMAN
DUPREE DODD
CROLEY
MAIER LLP

PDF created with pdfFactory trial version www.pdffactory.com

1   • Black Card Group, Inc.

2   • BT Management & Development Group, LLC

3   • BT Partners, LLC

4   • BV Skyline Corporation

5   • ECBC1, LLC

6   • EIG I

7   • EIG II

8   • Equity Constellation, LLC

9   • Equity Group Management, Inc.

10   • Exclusive Financial Partners, LLC

11   • iFund Investment Group, LLC

12   • iFund Management Group, LLC

13   • Income Management Group, LLC

14   • J Capital Partners, LLC

15   • J Capital Management, Inc.

16   • J Capital Fund, LLC

17   • KVW Investments, LLC

18   • Lancaster Platinum Growth, LP

19   • LCJ Capital, LLC

20   • Legacy Family Fund, LLC

21   • Matrix Investment Group, LLC

22   • Strategic Capital Management, LLC

23   • Vastmann Investment Partners, LLC

24   • Veritas Fund, LLC

25   • Veritas Fund II, LLC

26   • West Coast Trading, LLC

27   • Z Investments, LLC

28   • Z Investment Group LLC

3

FUTTERMAN
DUPREE DODD
CROLEY
MAIER LLP

[PROPOSED] ORDER COMPELLING FUNDS TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-00665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1    • Z Management, LLC

2    All of the above-listed entities by and through each entities' present and/or former

3  managers, shareholders, directors, officers, agents, employees, consultants, attorneys, successors

4  and/or assigns, are hereby further directed to cooperate fully with Receiver in his investigation

5  and inquiries on behalf of this Court.

6    **IT IS SO ORDERED.**

7

8  Dated:   September 17, 2009

9

10

11    LAWRENCE K. KARLTON
      SENIOR JUDGE
12    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN
DUPREE DODD
CROLEY
MAIER LLP

4

[PROPOSED] ORDER COMPELLING FUNDS TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-00665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com