FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**DECLARATION OF JAMIE L. DUPREE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RECEIVER'S MOTION TO ORDER DISGORGEMENT OF LEXUS LX570**<br><br>Date:      October 26, 2009<br>Time:     10:00 a.m.<br>Location: Courtroom 4, 15th Floor<br>Judge:    Hon. Lawrence K. Karlton |

I, Jamie L. Dupree, declare as follows:

1.     I am a member of the law firm of Futterman Dupree Dodd Croley Maier, LLP ("Futterman Dupree"), court-authorized attorneys for Receiver Stephen E. Anderson (the "Receiver") in the above-referenced matter. I am in possession of Futterman Dupree's files in this matter and am familiar with their contents. The facts set forth herein are personally known to me, and if called as a witness, I could and would testify competently thereto under oath. I make this declaration in support of Receiver's Motion to Order Disgorgement of a Lexus LX570 from Melissa McLeod (formerly Melissa Vassallo) ("McLeod"), Defendant Anthony Vassallo's ex-wife.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

DECL. OF JAMIE L. DUPREE AND REQ. FOR JUD. NOT. ISO RECEIVER'S MOTION TO DISGORGE LEXUS LX570
CASE NO. CV 09-000665 LKK-DAD

2. Attached hereto as Exhibit 7 is a true and correct copy of my letter dated July 27, 2009, to Attorney Ronald Melchin ("Melchin"), counsel for Melissa McLeod, Defendant Anthony Vassallo's ex-wife. My July 27, 2009 letter attached as exhibits dealership and banking records showing that the Lexus 570 was purchased with funds available in Anthony and Melissa Vassallo's joint Wells Fargo account (the "Joint Account") only after a $110,000 cash withdrawal by Anthony Vassallo from EIMT's checking account and a $110,000 deposit in the Joint Account. Those exhibits are attached to the July 27, 2009 letter which is a part of this declaration.

3. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated August 5, 2009 from Melchin to me responding to my July 27, 2009 letter.

4. Attached hereto as Exhibit 9 is a true and correct copy of a letter from me to Melchin dated August 6, 2009, requesting a copy of the divorce court order referenced by Melchin in his August 5, 2009 letter.

5. Attached hereto as Exhibit 10 is a true and correct copy of Melchin's letter to me dated August 12, 2009, enclosing three pages of the 44-page divorce court order dated March 6, 2009. A true and correct copy of those three pages is attached hereto as Exhibit 11.

6. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Mark Siska filed on March 11, 2009 as Docket No. 7. Receiver requests judicial notice thereof pursuant to Federal Rules of Evidence, Rule 201.

7. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Ethan Conrad filed on March 11, 2009 as Docket No. 8. Receiver requests judicial notice thereof pursuant to Federal Rules of Evidence, Rule 201.

8. Attached hereto as Exhibit 13 is a true and correct copy of the Court's August 20, 2009 Order permitting Receiver to bring summary proceedings to recover possession of EIMT assets. Receiver requests judicial notice thereof pursuant to Federal Rules of Evidence, Rule 201.

9. In a voicemail message for Melchin, I asked if he was authorized to accept service of this motion on behalf of his client Melissa McLeod. On September 9, 2009, Melchin left me a

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

DECL. OF JAMIE L. DUPREE AND REQ. FOR JUD. NOT. ISO RECEIVER'S MOTION TO DISGORGE LEXUS LX570
CASE NO. CV 09-000665 LKK-DAD

1 voicemail message indicating that he was so authorized, which I confirmed by letter that same
2 date.
3     I declare under penalty of perjury under the laws of the United States of America and the
4 State of California that the foregoing is true and correct.

5 Dated: September 25, 2009          By:   /s/ Jamie L. Dupree
                                           Jamie L. Dupree

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

DECL. OF JAMIE L. DUPREE AND REQ. FOR JUD. NOT. ISO RECEIVER'S MOTION TO DISGORGE LEXUS LX570
CASE NO. CV 09-000665 LKK-DAD