FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BROKERAGE HOUSES TO PRODUCE DOCUMENTS AND CLOSE ALL EIMT BROKERAGE ACCOUNTS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT investor funds were utilized to purchase investments through several brokerage houses, including but not limited TradeStation Securities, Inc., Options XPress and TD Ameritrade (the "Brokerages"). Receiver's investigation has revealed that a variety of accounts were opened at the Brokerages, some of which were in the name of EIMT, and others of which may have been in the name of EIMT Properties, LLC, Anthony Vassallo, or Kenneth Kenitzer, or

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING BROKERAGE HOUSES TO PRODUCE DOC. AND CLOSE ALL EIMT BROKERAGE ACCTS.
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  for which Anthony Vassallo or Kenneth Kenitzer had signing authority (the "EIMT Brokerage
2  Accounts"). Receiver's investigation has further revealed that at least one EIMT Brokerage
3  Account, TradeStation Account Number 172-81228JB3, in the name of EIMT, is frozen, but
4  contains $2,283.00.

5      To facilitate Receiver's investigation as to whether any other EIMT Brokerage Accounts
6  are still in existence, to recover any assets contained in any such EIMT Brokerage Accounts, and
7  to trace investor funds any and all Brokerages, including, but not limited to TradeStation
8  Securities, Inc., Options XPress and TD Ameritrade, are hereby directed to provide to Receiver
9  information and documentation concerning any and all EIMT Brokerage Accounts (including,
10 TradeStation Account Number 172-81228JB3, held in the name of EIMT) from January 1, 2006,
11 including, but not limited to statements and other documentation reflecting receipts by and
12 disbursements from such accounts, account numbers and account holder identification.
13 Furthermore, any and all brokerage houses, including, but not limited to TradeStation Securities,
14 Inc., Options XPress and TD Ameritrade, are hereby directed to close any and all EIMT
15 Brokerage Account(s) and remit to Receiver any money or securities contained in the EIMT
16 Brokerage Account(s) (including, TradeStation Account Number 172-81228JB3, held in the
17 name of EIMT).

18     All Brokerages, including, but not limited to TradeStation Securities, Inc., Options XPress
19 and TD Ameritrade, are hereby further directed to cooperate fully with Receiver in transmitting
20 these documents and assets to him and in Receiver's activities, investigation and inquiries on
21 behalf of this Court.

22 **IT IS SO ORDERED.**

24 Dated: October 13, 2009

26 _[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER DIRECTING BROKERAGE HOUSES TO PRODUCE DOC. AND CLOSE ALL EIMT BROKERAGE ACCTS.
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com