1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   JAMIE L. DUPREE (158105)
2  JAIME E. GODIN (233187)
   180 Sansome Street, 17th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 399-3840
4  Facsimile:  (415) 399-3838
   jdupree@fddcm.com
5  jgodin@fddcm.com

6  *Attorneys for Receiver*
   Stephen E. Anderson

7

8            UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO

11 SECURITIES AND EXCHANGE            Case No. CV 09-000665 LKK-DAD
   COMMISSION,
12                                    **ORDER DIRECTING BANKS AND/OR**
                                      **FINANCIAL INSTITUTIONS TO**
13            *Plaintiff*             **PRODUCE DOCUMENTS**
                                      **CONCERNING EIMT FUNDS**
                 v.                   **TRANSFERRED TO JEFF DENNIS**
14                                    **FERENTZ AND/OR JEFF DENNIS**
   ANTHONY VASSALLO, et al,           **FERENTZ, INC.**
15
              *Defendants.*           **Judge Lawrence K. Karlton**
16

17

18

19         On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity

20 Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment

21 of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently

22 appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and

23 authorize the Receiver to carry out his duties and obligations,

24         THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

25         On November 7, 2007, Defendant Anthony Vassallo, withdrew $1,000,000 from Wells

26 Fargo Bank Account Number 734-4036681, in the name of EIMT, and transferred that money to

27 Jeff  Dennis Ferentz and/or Jeff Dennis Ferentz, Inc.  On November 8, 2007, one of EIMT's

28 subfund, the Vassallo Group, wired $1,000,000 from Wells Fargo Bank Account No. 708-

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE JEFFREY FERENTZ
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1   9171867 to an account held in the name of Jeff Dennis Ferentz, Inc./Jeff Ferentz Client Trust,

2   SFR #FW72062311220186, TRN #071108080337.  These EIMT funds were transmitted to Jeff

3   Ferentz/Jeff Dennis Ferentz, Inc. in connection with a "bank sanctioned high yield project funding

4   program."  Jeff Dennis Ferentz was a California attorney, who died in or around June 2008.

5          To facilitate Receiver's investigation, any and all banks and/or financial institutions,

6   including, but not limited to Wells Fargo Bank, are directed to provide information and

7   documentation to Receiver to facilitate Receiver tracing where the $1,000,000 withdrawn from

8   EIMT's account on November 7, 2009 went, including after its deposit into the "Jeff Dennis

9   Ferentz, Inc., Client Trust Account for Designated Beneficiaries" at Wells Fargo Bank, including

10  but not limited to all bank statements and other documentation reflecting receipts by,

11  disbursements from and transfers to/from such account(s), account number(s) and account holder

12  identification.  Additionally, any and all banks and/or financial institutions including, but not

13  limited to Wells Fargo Bank, are directed to provide information and documentation to Receiver

14  to facilitate Receiver tracing where the $1,000,000 transferred from an EIMT subfund, the

15  Vassallo Group, to Jeff Dennis Ferentz, Inc./Jeff Ferentz Client Trust on November 8, 2007,

16  including, but not limited to bank statements and other documentation reflecting receipts by,

17  disbursements from and transfers to/from such account(s), account number(s) and account holder

18  identification.

19         Any and all banks and/or financial institutions, including, but not limited to Wells Fargo

20  Bank are further directed to cooperate fully with Receiver in Receiver's activities, investigation

21  and inquiries on behalf of this Court.

22         **IT IS SO ORDERED.**

23

24  Dated:  October 13, 2009

25

26  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE

27  UNITED STATES DISTRICT COURT

28

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE JEFFREY FERENTZ
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com