FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING FIRST UTAH BANK TO PRODUCE DOCUMENTS RE EIMT/VASSALLO ACCOUNTS AND FREEZING ACCOUNTS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that EIMT and/or EIMT-related entities or persons may hold an account or accounts with First Utah Bank. Receiver believes that one or more of these accounts may be held in the name of EIMT, EIMT Properties, LLC, Lutkin Trust, Advanced Properties and/or Advance Properties, Anthony Vassallo, or Kenneth Kenitzer, or may be accounts for which Anthony Vassallo or Kenneth Kenitzer had signing authority (the "EIMT/Vassallo Account(s)").

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING FIRST UTAH BANK TO PRODUCE DOCUMENTS RE: EIMT/VASSALLO ACCOUNTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1   To facilitate Receiver's investigation as to whether any EIMT/Vassallo Account(s) are still in existence, to recover any assets contained in any such EIMT/Vassallo Account(s), and to trace investor funds any and all EIMT/Vassallo Account(s), First Utah Bank is hereby directed to provide to Receiver information and documentation concerning any and all EIMT/Vassallo Account(s) from January 1, 2006, including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder identification.  Pending Receiver's investigation, First Utah Bank is hereby directed to freeze concerning any and all EIMT/Vassallo Account(s) until further order of the Court.

First Utah Bank is hereby further directed to cooperate fully with Receiver in transmitting these documents and freezing the accounts and in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER DIRECTING FIRST UTAH BANK TO PRODUCE DOCUMENTS RE: EIMT/VASSALLO ACCOUNTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com