FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING MOTION OF RECEIVER TO UNWIND PURPORTED TRANSFER OF EIMT PROPERTIES, LLC MEMBERSHIP INTERESTS FOR TRACY CLOVER 22, LLC MEMBERSHIP INTERESTS AND TO RELINQUISH ALL CLAIM TO ANY INTEREST IN TRACY CLOVER 22, LLC**<br><br>Date: October 13, 2009<br>Time: 10:00 a.m.<br>Courtroom: No. 4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

The motion of court-appointed Receiver Stephen E. Anderson ("Receiver") to unwind the purported transfer of EIMT Properties, LLC membership interests for Tracy Clover 22, LLC membership interests and to relinquish all claim to any interest in Tracy Clover 22, LLC came on regularly for hearing on October 13, 2009 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, with counsel for Receiver, Jamie L. Dupree, appearing on behalf of Receiver. There was no appearance by Plaintiff or Defendants.

No opposition having been filed or presented, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

PDF created with pdfFactory trial version www.pdffactory.com

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Adequate and proper notice of this motion was given by Receiver.

On November 4, 2008, EIMT, acting through Defendant Anthony Vassallo, and the Kenitzer Family Foundation, acting through Defendant Kenneth Kenitzer, entered into an "Exchange Agreement" and an "Assignment of Interests" through which EIMT purported to transfer its membership interest in EIMT Properties, LLC to the Kenitzer Family Foundation in exchange for the Kenitzer Family Foundation's fifty percent (50%) membership interest in Tracy Clover 22, LLC (the "Membership Transfer").

The purported Membership Transfer did not convey fair and adequate value to the EIMT investors.

Receiver's investigation established EIMT investor funds were used to purchase assets in the name of EIMT Properties, LLC, but no EIMT investor funds were used to purchase assets in the name of Tracy Clover 22, LLC.

EIMT is the sole owner of any and all membership interests in EIMT Properties, LLC.

Receiver is hereby authorized to execute any and all appropriate documentation to unwind the purported Membership Transfer, restoring EIMT's interest in EIMT Properties, LLC, and returning the Kenitzer Family Foundation's fifty percent (50%) interest in Tracy Clover 22, LLC to it.

EIMT has no interest in Tracy Clover 22, LLC, and Receiver is hereby authorized to relinquish any claim of interest in Tracy Clover 22, LLC.

**IT IS SO ORDERED.**

Dated: November 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com