FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S SECOND INTERIM REPORT FILED ON NOVEMBER 6, 2009 AND SPECIFIC AUTHORIZATIONS SOUGHT THEREIN AND APPROVING FIRST INTERIM REPORT FILED ON JULY 9, 2009**<br><br>Date: December 7, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

The Second Interim Report and Initial Interim Report of Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 7, 2009 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Second Interim Report filed November 6, 2009, and his specific requests for Court authorization therein and Receiver's Initial Interim Report filed on July 9, 2009, and having heard the argument of counsel, and

PDF created with pdfFactory trial version www.pdffactory.com

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Second Interim Report filed November 6, 2009, and Receiver's Initial Interim Report filed on July 9, 2009, are hereby approved, and Receiver's acts on behalf of the receivership are hereby approved, authorized and ratified.

The Court hereby approves Receiver's settlement with Melissa McLeod returning the Lexus LX570 SUV Vehicle Identification Number JTJHY00W784010266 (the "Lexus LX570") to EIMT and finds that it is fair and reasonable to EIMT.

The Court waives the provisions of 28 U.S.C. Sections 2001 and 2004 requiring a courthouse auction for the Lexus LX570, and the Court authorizes the Receiver to sell the Lexus LX570 in any manner he deems appropriate provided that Receiver receive at least $60,000 for the Lexus LX570, which the Court finds is a fair and reasonable value for the Lexus LX570.

The Court further authorizes Receiver to sell snowmobiles, Quad Runners and other vehicles and equipment recovered from the Island Park, Idaho property on consignment at Bob's Intermountain Marine in Pocatello, Idaho, or through private sale by Receiver for at least 80% of the estimated net consignment value set forth in Receiver's Second Interim Report and waives the provisions of 28 U.S.C. Sections 2001 and 2004 requiring a courthouse auction for the vehicles and equipment.  The Court finds that the purposes of Sections 2001 and 2004 are satisfied by Receiver's proposed methods of sale, and that Receiver's proposed method of sale will provide fair and adequate value for the vehicles and equipment.

The Court further authorizes Receiver to donate any equipment and furniture recovered from the EIMT offices if he is unable to obtain value for any individual item after placing it for sale on EBay or Craigslist.

The Court further authorizes the release of $61,118.00 of EIMT funds held in trust by the Downey Brand law firm to pay legal fees to the Downey Brand law firm for services rendered at the request of a group of EIMT investors related to those investors' efforts to recover EIMT investor assets before the appointment of Receiver.

PDF created with pdfFactory trial version www.pdffactory.com

Where authorization or approval was requested by Receiver in his Second Interim Report, to the extent that the Court has not already expressly authorized or approved it in this order, the Court hereby authorizes and approves the action proposed by Receiver.

**IT IS SO ORDERED.**

Dated:  December 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com