FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S FIRST APPLICATION FOR FEES AND COSTS**<br><br>**Local Rule 66-232(g)**<br><br>Date: December 7, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

The first application of court-appointed receiver Stephen E. Anderson ("Receiver") for fees and costs through September 30, 2009 came on regularly for hearing on December 7, 2009 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed the papers of Receiver and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Receiver's First Application for Fees and Costs is hereby GRANTED.  Adequate and proper notice of this application was provided to Equity Investment Management and Trading, Inc. investors and other interested parties.  The fees and costs sought by Receiver are reasonable

PDF created with pdfFactory trial version www.pdffactory.com

and the services rendered have been of benefit to the receivership estate.  Accordingly, Receiver is authorized to make the following payments:

| Name | Fees | Costs | Total Payment |
|---|---|---|---|
| Receiver Stephen E. Anderson | $57,076.87 | $1,679.51 | $58,756.38 |
| Stephan A. Werth, C.P.A. | $3,972.50 | — | $3,972.50 |
| Cindi Sherrod | $16,210.60 | $1,155.60 | $17,366.20 |
| Parsons, Smith & Stone LLP | $748.00[1] (-$706.76) = $41.24 | $96.69 | $137.93 |
| Demco Law Firm, P.S. | $825.00 | $97.00 | $922.00 |
| Futterman Dupree Dodd Croley Maier LLP | $118,512.50 | $3,271.97[2] | $121,784.47 |
| **TOTALS** | **$196,638.71** | **$6,300.77** | **$202,939.48** |

**IT IS SO ORDERED.**

Dated: December 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Futterman Dupree Dodd Croley Maier LLP has already issued a payment to Parsons, Smith & Stone, LLP, in the amount of $706.76 and has included this payment as a cost on its July 15, 2009 invoice.  This is reflected in Receiver's calculations.  Receiver is authorized to reimburse Futterman Dupree Dodd Croley Maier LLP for the $706.76 payment and make a payment to Parsons, Smith & Stone, LLP, for the remaining $137.93.

[2] See note 1.

PDF created with pdfFactory trial version www.pdffactory.com