FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff* <br><br> v. <br><br> ANTHONY VASSALLO, et al, <br><br> *Defendants.* | Case No. CV 09-000665 LKK-DAD <br><br> **ORDER DIRECTING BANK OF AMERICA TO PRODUCE DOCUMENTS RE LOMBARDIAN ROYAL TRUST ACCOUNT(S) AND FREEZING ACCOUNT(S)** <br><br> **Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that on or before August 17, 2007, Defendant Anthony Vassallo opened a Pure Trust (PTO) in the name of Lombardian Royal Trust with Mid-Atlantic Trust Administrators.  In turn, Mid-Atlantic Trust Administrators opened at least one Bank of America account in the name of Lombardian Royal Trust.  Receiver believes that one or more of these accounts may be held in the name of Lombardian Royal Trust, Michael Balice and/or Ronald Ottaviano, or may be accounts for which Anthony Vassallo, Michael Balice and/or Ronald

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

[PROPOSED] ORDER DIRECTING BANK OF AMERICA TO PRODUCE DOC. RE: LOMBARDIAN ROYAL TRUST ACCTS.
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1   Ottaviano had signing authority (the "Lombardian Royal Trust Account(s)").

2       To facilitate Receiver's investigation as to whether any Lombardian Royal Trust

3   Account(s) are still in existence, to recover any assets contained in any such Lombardian Royal

4   Trust Account(s), to trace investor funds in any and all Lombardian Royal Trust Account(s), and

5   to identify other accounts from which or to which funds were transferred relating to the

6   Lombardian Royal Trust Account(s), Bank of America is hereby directed to provide to Receiver

7   information and documentation concerning any and all Lombardian Royal Trust Account(s)

8   (including, but not limited to Bank of America  Account No. XXXX-XXXX-3405) (the full

9   account number of which will be provided by Receiver to Bank of America) from January 1, 2007 to

10  the present, including, but not limited to statements and other documentation reflecting receipts

11  by and disbursements from such accounts, account numbers and account holder identification.

12  Pending Receiver's investigation, Bank of America is hereby directed to freeze any and all

13  Lombardian Royal Trust Account(s) (including, but not limited to Bank of America  Account No.

14  XXXX-XXXX-3405) until further order of the Court.

15      Bank of America is hereby further directed to cooperate fully with Receiver in transmitting

16  these documents and freezing the accounts and in Receiver's activities, investigation and inquiries

17  on behalf of this Court.

18      **IT IS SO ORDERED.**

19

20  Dated:  December 11, 2009

21

22

23  LAWRENCE  K.  KARLTON
24  SENIOR  JUDGE
    UNITED  STATES  DISTRICT  COURT

25

26

27

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING BANK OF AMERICA TO PRODUCE DOC. RE: LOMBARDIAN ROYAL TRUST ACCTS.
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com