FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING HSBC TO PRODUCE DOCUMENTS RE ANTHONY VASSALLO ACCOUNT(S) AND FREEZING ACCOUNT(S)**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that as of September 2007, Defendant Anthony Vassallo was an account holder or signatory for bank accounts at HSBC Premier, including but not limited to Premier Checking Account No. XXXXXX646 and Premier Money Market Account No. XXXXXX185 held in the name of Anthony Vassallo III (collectively, the "Vassallo HSBC Accounts").  Receiver believes the Vassallo transferred EIMT investor funds to the Vassallo HSBC Accounts and likely transferred EIMT investor funds from those accounts to

PDF created with pdfFactory trial version www.pdffactory.com

1  other accounts at HSBC or other financial institutions.

2  To facilitate Receiver's investigation as to whether any Vassallo HSBC Accounts are still
3  in existence, to recover any assets contained in any such Vassallo HSBC Accounts, to trace
4  investor funds in any and all Vassallo HSBC Accounts, and to identify other accounts from which
5  or to which funds were transferred relating to the Vassallo HSBC Accounts, HSBC is hereby
6  directed to provide to Receiver information and documentation concerning any and all Vassallo
7  HSBC Accounts (including, but not limited to Premier Checking Account No. XXXXXX646 and
8  Premier Money Market Account No. XXXXXX185 held in the name of Anthony Vassallo III)
9  (the full account numbers of which will be provided by Receiver to HSBC) from January 1, 2007 to
10 the present, including, but not limited to statements and other documentation reflecting receipts
11 by and disbursements from such accounts, account numbers and account holder identification.
12 Pending Receiver's investigation, Bank of America is hereby directed to freeze any and all
13 Vassallo HSBC Accounts (including, but not limited to Premier Checking Account No.
14 XXXXXX646 and Premier Money Market Account No. XXXXXX185 held in the name of
15 Anthony Vassallo III) until further order of the Court.

16 HSBC is hereby further directed to cooperate fully with Receiver in transmitting these
17 documents and freezing the accounts and in Receiver's activities, investigation and inquiries on
18 behalf of this Court.

19 **IT IS SO ORDERED.**

20

21 Dated:  December 23, 2009

22

23
24 _____
   LAWRENCE K. KARLTON
25 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

26

27

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING HSBC TO PRODUCE DOCS. RE: VASSALLO ACCTS AND TO FREEZE ACCTS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com