IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,<br><br>　　　　Defendants.<br>_____ /<br>ARCANUM EQUITY FUND, LLC and VESTIUM MANAGEMENT GROUP, LLC, parties in interest.<br>_____ /<br>MICHAEL CALLAHAN and MATTHEW TUCKER, parties in interest.<br>_____ / | 2:09-cv-0665 LKK DAD<br><br><br>ORDER SETTING STATUS CONFERENCE |

　　　　This case has been referred to the undersigned for an evidentiary hearing or hearings to resolve disputed issues of fact related to the receiver's motion to order disgorgement of funds from Arcanum Equity Fund, LLC and Vestium Management Group, LLC and/or Vestium Management Group, LLC (Doc. No. 163) and the receiver's motion to order

1

disgorgement of $2.0 million transferred to Michael Callahan and Matthew Tucker (Doc. No. 171).

In accordance with the referral orders filed by the district judge on December 11, 2009, the undersigned will set a status conference for the purpose of conferring with parties in interest Vestium, Arcanum, and Michael Callahan and the Receiver. (See Docs. No. 202 and 203.) The purpose of the status conference is to determine whether to hold separate or combined evidentiary hearings and to set a date and time for the hearing or hearings. The parties will not be required to file status reports but should confer with each other and be prepared to discuss whether the evidentiary hearings should be separate or combined, the scheduling of the hearing or hearings, the amount of time needed for the hearing or hearings, and a briefing schedule, as well as the need, if any, for motions demonstrating good cause to conduct limited discovery.

IT IS HEREBY ORDERED that:

1. A Telephonic Status Conference is set for **January 22, 2010, at 11:00 a.m.** in Courtroom 27 before the undersigned.

2. To arrange telephonic appearance, counsel for the Receiver, counsel for parties in interest Vestium and Arcanum, and pro se party in interest Michael Callahan shall each contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least forty-eight hours prior to the status conference.

DATED: January 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\SEC0665.ossc

2