FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER AUTHORIZING RECEIVER TO LIST THE FIDDLETOWN PROPERTY FOR SALE ON THE MULTIPLE LISTING SERVICE AND ESTABLISHING PROCEDURES TO CONFIRM SALE** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations, and in order to preserve and protect any interests that EIMT has purchased or otherwise acquired,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver would like to be able to market the real property known as 19990 Brockman Mill Road, Fiddletown, CA 95629, APN 021-040-023 (the "Fiddletown Property") through a real estate agent who can list it on the Multiple Listing Service because he believes it will maximize the sales proceeds received for the Fiddletown Property. However, 28 U.S.C. § 2001 governs

PDF created with pdfFactory trial version www.pdffactory.com

sales of realty in receiverships and requires that Receiver conduct a public auction of any real property at the courthouse. While marketing the Fiddletown Property through the Multiple Listing Services does not satisfy the literal terms of Section 2001, its purpose is satisfied because there will be broad public exposure of the property, which will ensure that a fair and reasonable price is obtained.

Accordingly, the Court hereby waives the requirements of 28 U.S.C. § 2001 and authorizes Receiver to market the Fiddletown Property through a real estate agent who can list it on the Multiple Listing Service. The Court establishes the following procedure for the sale of this property:

- Upon entering a non-contingent sales contract for the Fiddletown Property (subject only to the condition of Court approval), Receiver will seek authorization from the Court to sell the property pursuant to the terms of the sales agreement via a noticed confirmation hearing.
- Receiver shall serve notice of the confirmation hearing on all interested parties, by mail or electronic service at least 14 days in advance of the Court's first available hearing date, and shall post a full set of the confirmation hearing papers on his website located at www.eimtreceivership.com
- All interested parties will be provided the opportunity to object to the proposed sale at the noticed confirmation hearing.
- If at that hearing the Court determines the sales price is fair and reasonable, the Court shall confirm the sale transaction.

Adequate notice of the sale will be given by providing written notice of the confirmation hearing to the interested parties and the opportunity to object at that hearing.

**IT IS SO ORDERED.**

Dated: February 1, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER AUTHORIZING SALE OF FIDDLETOWN PROPERTY ON MLS AND ESTABLISHING PROCEDURES
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com