FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER REAPPOINTING RECEIVER TO COMPLY WITH 28 U.S.C. § 754** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. For good cause shown to reappoint Receiver to "reset" the ten-day period provided for by 28 U.S.C. § 754,

THE COURT HEREBY ORDERS AS FOLLOWS:

The Court reappoints Receiver Stephen E. Anderson as Receiver for Equity Investment Management and Trading, Inc. ("EIMT"). Attached hereto as Exhibit A is a true and correct copy of the original April 30, 2009 order appointing Receiver as a temporary receiver and attached hereto as Exhibit B is a true and correct copy of the July 31, 2009 Order permanently appointing Receiver, both of which are incorporated by reference. The terms of the April 30,

PDF created with pdfFactory trial version www.pdffactory.com

2009 and July 31, 2009 orders remain in full force and effect except as otherwise modified by order of this Court.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com