FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER AUTHORIZING RECEIVER TO EMPLOY UTAH COUNSEL**<br><br>**[Local Rule 66-232(g)]**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"), and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed potential EIMT assets (money, personal property and/or real property) held by third parties in the District of Utah. In order to file the order appointing Receiver in the District of Utah as required by 28 U.S.C. § 754, and to obtain the assistance of local counsel in Utah, Receiver seeks authorization to hire the firm of Holland & Hart LLP in Salt Lake City, Utah. Receiver proposes that his primary counsel be Mona Burton,

PDF created with pdfFactory trial version www.pdffactory.com

1  who has 30 years of experience in creditor matters, and whose hourly rate is $395.  When
2  appropriate, Receiver proposes to utilize the services of less expensive attorneys at Holland &
3  Hart LLP.  Receiver believes Ms. Burton is well-qualified to assist him in this matter, and that her
4  rate is reasonable in light of her experience and the services needed.
5        Accordingly, pursuant to Local Rule 66-232(g), Receiver is hereby authorized to engage
6  the firm of Holland & Hart LLP, and to utilize the services of Mona Burton at $395 an hour.
7  Receiver is hereby further authorized to utilize the services of other attorneys and staff at Holland
8  & Hart LLP provided that the billing rates of those attorneys and staff are commensurate with
9  their level of experience and the rates authorized herein.  Notwithstanding this order, the actual
10 compensation of the persons employed by Receiver shall be fixed by the Court in conformity with
11 Local Rule 66-232(g).
12 **IT IS SO ORDERED.**
13
14 Dated:  February 16, 2010
15
16
17 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
18 UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com