FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING CENTURIES WORLDWIDE LLC, JD CENTURIES LLC, "NEVADA SECURITIES ARBITRATION", "USR SITE ACQUISITION," NATIONWIDE SECURITIES ARBITRATION, INC., USR SITE DEVELOPMENT, LLC, USR SITE AQUISITION, LLC, AND/OR CHARLES JARVIS TO ASSIST RECEIVER TO TRACE EIMT FUNDS TRANSFERRED TO JEFF DENNIS FERENTZ AND JEFF DENNIS FERENTZ, INC.**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1

PDF created with pdfFactory trial version www.pdffactory.com

On November 7, 2007, and November 8, 2007, Defendant Anthony Vassallo transmitted a total of $2,000,000 of EIMT investor funds to Jeff Dennis Ferentz and/or Jeff Dennis Ferentz, Inc. (the "Ferentz Account"). These EIMT funds were transmitted to the Ferentz Account in connection with a "bank sanctioned high yield project funding program" through a joint venture between Defendant Vassallo on the one hand, and Jon Fragosa, Jeff Dennis Ferentz, and Charles Jarvis on the other. Jeff Dennis Ferentz was a California attorney, who died in or around June 2008.

Receiver's investigation has revealed the following: EIMT investor funds were transferred from the Ferentz Account to several other accounts, including accounts in the names of Centuries Worldwide LLC, JD Centuries LLC, "Nevada Securities Arbitration", and "USR Site Acquisition." Nationwide Securities Arbitration, Inc. was a Nevada corporation for which Jeff Dennis Ferentz was President. USR Site Development, LLC was a Nevada limited liability corporation in which Jeff Dennis Ferentz and "Charlie" Jarvis were managing members. USR Site Acquisition Development, LLC was a Nevada limited liability corporation which listed Jeff Ferentz as its registered agent but never designated managing members. Receiver suspects but has not yet been able to confirm that the account in the name of "Nevada Securities Arbitration" is for the entity Nationwide Securities Arbitration, Inc. and the account in the name of "USR Site Acquisition" is for the entity called USR Site Development, LLC or USR Site Acquisition, LLC. Jeff Dennis Ferentz was the sole managing member of Centuries Worldwide, LLC, and he and Charlie Jarvis were the managing members of JD Centuries LLC.

This court previously issued an order authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to the Ferentz Account (Doc. No. 149), which remains in full force and effect. To further facilitate Receiver's investigation in tracing those funds, the Court authorizes any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank, to provide information and documentation to Receiver for accounts held by Centuries Worldwide LLC, JD Centuries LLC, "Nevada Securities Arbitration," and "USR Site Acquisition," Nationwide Securities Arbitration, Inc., USR Site Acquisition, LLC,

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

PDF created with pdfFactory trial version www.pdffactory.com

USR Site Development, LLC, and Charles Jarvis, including but not limited to all bank statements and other documentation reflecting receipts by, disbursements from and transfers to/from such account(s), account number(s), signature cards, and account holder identification.

Any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank are further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**


Dated: February 24, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. TO ASST. RECEIVER TO TRACE FUNDS TRANSFERRED TO JEFF DENNIS FERENTZ
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com