FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER AUTHORIZING RECEIVER TO ACT ON BEHALF OF VERITAS FOUNDATION TO TRANSFER LEXUS LX570**<br><br>Date:       October 26, 2009<br>Time:       10:00 a.m.<br>Location:  Courtroom 4, 15th Floor<br>Judge:      Hon. Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT FINDS AND ORDERS AS FOLLOWS:

The Court has previously approved a settlement with Defendant Anthony Vassallo's ex-wife, Melissa McLeod, regarding the recovery of a Lexus LX570 VIN# JTJHY00W784010266 (the "Lexus") that was purchased with Defendant Equity Investment Management and Trading, Inc. ("EIMT") investor funds. The Court approved that settlement in an order filed on December 9, 2009 (Doc. No. 200), and authorized Receiver to recover the Lexus and sell it.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER AUTHORIZING RECEIVER TO ACT ON BEHALF OF VERITAS FOUNDATION TO TRANSFER LEXUS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Anthony Vassallo transferred EIMT funds to his personal bank account and then used a check from his personal bank account to purchase the Lexus from Lexus of Sacramento on or about May 31, 2008.  At the time of purchase, Vassallo registered the vehicle in the name of "Veritas Foundation."  Receiver's investigation has not located a legal entity entitled "Veritas Foundation" that is affiliated with EIMT or Vassallo. The address used for "Veritas Foundation" by Vassallo was identical to Vassallo's address on his personal check, and Receiver believes that "Veritas Foundation" was Vassallo's alter ego.  Vassallo later transferred the Lexus to his ex-wife in a divorce settlement, but title was never legally transferred to her. When a duplicate title was finally issued and delivered to Receiver, it was issued in the name of Veritas Foundation.

Veritas Foundation was Vassallo's alter ego.  Receiver is hereby authorized to act on behalf of Veritas Foundation to transfer the title of the Lexus purchased with EIMT investor funds and to take all other actions necessary to achieve the purpose of this order.

**IT IS SO ORDERED.**

Dated: March 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER AUTHORIZING RECEIVER TO ACT ON BEHALF OF VERITAS FOUNDATION TO TRANSFER LEXUS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com