FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANK OF AMERICA TO PRODUCE DOCUMENTS RE QUEST ACCOUNT AND UBS TO PRODUCE DOCUMENTS RE CHANGING THE PLANET ACCOUNT TO ASSIST RECEIVER TO TRACE FUNDS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Stephen E. Anderson as Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that Defendant Equity Investment andTrading, Inc. ("EIMT") wired $100,000 from its Wells Fargo Bank account to Bank of America Account No. XXXXX-XX083 in the name of Quest Investigative Resources Services LLC (the "Quest Account") on or about April 1, 2008. EIMT also wired $100,000 from its Wells Fargo Bank account to UBS Account No. XX-XXX99-1 in the name of Changing the Planet, LLC (the

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING BOFA AND UBS TO PRODUCE DOCS. TO ASSIST RECEIVER TO TRACE FUNDS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

"Changing the Planet Account") on or about December 1, 2008.

To facilitate Receiver's efforts to trace the funds transferred by EIMT to the Quest Account on or about April 1, 2008, Bank of America is hereby directed to provide to Receiver information and documentation concerning the Quest Account (the full account numbers of which will be provided by Receiver to Bank of America), including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder identification, including signature cards.

To facilitate Receiver's efforts to trace the funds transferred by EIMT to the the Changing the Planet Account on or about December 1, 2008, UBS is hereby directed to provide to Receiver information and documentation concerning the Changing the Planet Account (the full account number of which will be provided by Receiver to UBS), including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder identification, including signature cards.

Bank of America and UBS are each hereby further directed to cooperate fully with Receiver in transmitting these documents and in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: March 9, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER DIRECTING BofA AND UBS TO PRODUCE DOCS. TO ASSIST RECEIVER TO TRACE FUNDS
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com