UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

NO. CIV. S-09-0665 LKK/DAD

     Plaintiff,

   v.

O R D E R

ANTHONY VASSALLO, KENNETH
KENITZER, and EQUITY
INVESTMENT MANAGEMENT AND
TRAINING, INC.,

     Defendants.

_____/

On March 5, 2010, Roger Dorner ("Dorner"), sent a letter to the court requesting various things.

Dorner indicated at the end of his letter that, "If this request needs to be submitted in the form of a motion, please notify me of that fact. We will engage counsel for that purpose."

The investors should retain counsel if they wish to intervene.

IT IS SO ORDERED.

DATED:  March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1