FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING THE HERITAGE ESCROW COMPANY TO PRODUCE DOCUMENTS AND INFORMATION CONCERNING WIRE TRANSFER FROM JD CENTURIES LLC TO ASSIST RECEIVER TO TRACE EIMT FUNDS TRANSFERRED TO JEFF DENNIS FERENTZ AND/OR JEFF DENNIS FERENTZ, INC.**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc., in connection with a "bank sanctioned high yield project funding program."

This Court previously issued an order authorizing banks and financial institutions to assist

PDF created with pdfFactory trial version www.pdffactory.com

Receiver in tracing the EIMT investor funds transferred to the Ferentz Account (Doc. No. 149), which remains in full force and effect.

Receiver's investigation revealed the following: Mr. Ferentz transferred significant funds received from EIMT to four accounts in the names of Centuries Worldwide LLC, JD Centuries LLC, "Nevada Securities Arbitration," and "USR Site Acquisition." Nationwide Securities Arbitration, Inc. was a Nevada corporation for which Jeff Dennis Ferentz was President.

This Court previously issued an order authorizing any and all banks and/or financial institutions to provide information and documentation for accounts held by those entities (Doc. No. 219) which remains in full force and effect.

Receiver's investigation has recently revealed the following additional information: on January 4, 2008, $371,887.50 was transferred from the Wells Fargo Bank Account of J.D. Centuries LLC to The Heritage Escrow Company. To further assist Receiver's investigation in tracing the EIMT funds transferred to Jeff Dennis Ferentz and/or Jeff Dennis Ferentz, Inc., the Court directs The Heritage Escrow Company to provide information and documentation concerning the January 4, 2008 wire from JD Centuries LLC for $371,887.50, including but not limited to its escrow file, statements and other documentation and/or information concerning any transaction related to that wire transfer, receipts by, disbursements from, and transfers to/from any and all Heritage Escrow Company escrow account(s) related to that transfer, escrow account number(s), account holder identification and details of any related transactions.

The Heritage Escrow Company is further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: March 18, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com