FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING CITIBANK TO PRODUCE DOCUMENTS AND INFORMATION CONCERNING WIRE TRANSFER FROM MATTHEW TUCKER TO HPHC, INC.**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On December 31, 2008, $1,875,000 of EIMT investor funds were transferred to Matthew Tucker, in connection with the purported purchase of a "Collateralized Mortgage Obligation."

This Court previously issued an order authorizing Bank of America to assist Receiver in tracing the EIMT investor funds transferred to Matthew Tucker by providing information and documentation (Doc. No. 96), which remains in full force and effect.

PDF created with pdfFactory trial version www.pdffactory.com

1  Receiver's investigation revealed the following:  On or about January 5, 2009,

2  $400,000.00 was transferred from Matthew Tucker's Bank of America account to a Citibank

3  account held in the name of HPHC, Inc.  To further assist Receiver's investigation in tracing the

4  EIMT funds transferred to Matthew Tucker, the Court directs Citibank to provide information

5  and documentation concerning the January 5, 2009 wire from Matthew Tucker to HPHC, Inc. for

6  $400,000.00, including but not limited to statements and other documentation reflecting receipts

7  by and disbursements from such accounts related to that transfer, account numbers, account

8  holder identification and details of any related transactions.

9  Citibank is further directed to cooperate fully with Receiver in Receiver's activities,

10  investigation and inquiries on behalf of this Court.

11  **IT IS SO ORDERED.**

12

13  Dated:  March 23, 2010

14

15

16  LAWRENCE K. KARLTON

16  SENIOR JUDGE

17  UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

[PROPOSED] ORDER DIRECTING CITIBANK TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com