FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER PERMITTING CRIMINAL INVESTIGATION DIVISION OF INTERNAL REVENUE SERVICE TO RELEASE COMPUTER TO RECEIVER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that the Criminal Investigation Division of the Internal Revenue Service ("CID") has in its possession a laptop computer previously used by Defendant Anthony Vassallo (the "Vassallo Computer"), which may be of assistance in Receiver's investigation into EIMT's activities and assets. Receiver believes that CID may not have any further use for the Vassallo Computer and may be willing to transfer the Vassallo to Computer to

PDF created with pdfFactory trial version www.pdffactory.com

1  Receiver if authorized by the Court to do so.

2      Accordingly, the Court hereby authorizes CID to provide Receiver with the Vassallo

3  Computer when CID no longer needs that computer for their investigation.

4  **IT IS SO ORDERED.**

6  Dated:  April 5, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com