FILED
APR 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**STIPULATION AND ORDER TAKING EVIDENTIARY HEARING ON RECEIVER'S MOTION TO ORDER DISGORGEMENT OF FUNDS OFF CALENDAR**<br><br>Date:     April 12, 13, 2010<br>Time:     9:00 a.m.<br>Location: Courtroom 24, 8th Floor<br>Judge:    Hon. Dale A. Drozd |

### RECITALS

Pursuant to orders dated April 30, 2009 and July 31, 2009, the Court appointed Stephen E. Anderson ("Receiver") as Receiver over Defendant Equity Investment Management Trading, Inc. ("EIMT").

On November 6, 2009, Receiver brought a motion to order disgorgement of funds from Arcanum Equity Fund, LLC, Vestium Equity Fund, LLC and Vestium Management Group, LLC. The matter is currently scheduled for an evidentiary hearing before this Court at 9:00 a.m. on April 12 and 13, 2010 ("Evidentiary Hearing").

///

On April 9, 2010, Arcanum Equity Fund, LLC and Vestium Management Group, LLC filed for bankruptcy in the United States Bankruptcy Court, District of Nevada.

Vestium Equity Fund, LLC also intends to file for bankruptcy and may do so as soon as April 12, 2010.

## STIPULATION

NOW, THEREFORE, Receiver, through his counsel of record, and the Vestium Equity Fund, LLC, through its counsel of record ("Parties"), HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Evidentiary Hearing shall be removed from the Court's calendar pending the bankruptcy filing of Vestium Equity Fund, LLC.

2. If Vestium Equity Fund, LLC does not file for bankruptcy within ten (10) days of the date of this stipulation, the Parties will meet and confer to schedule a new date for the evidentiary hearing on Receiver's motion to order disgorgement of funds against Vestium Equity Fund, LLC.

3. The Parties shall keep the Court regularly apprised of the status of this matter, including, but not limited to the bankruptcy filing of the Vestium Equity Fund, LLC.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 9, 2010                    FUTTERMAN DUPREE DODD CROLEY
                                        MAIER LLP

                                        By:   /s/ Jamie L. Dupree
                                              Jamie L. Dupree
                                              Attorneys for Receiver Stephen E. Anderson

Dated: April 9, 2010
                                        LAW OFFICE OF C. DEAN HOMAYOUNI, ESQ.

                                        By:   /s/ C. Dean Homyouni
                                              C. Dean Homayouni
                                              Attorneys for Vestium Equity Fund, LLC

///

///

///

## ORDER

Having reviewed the parties' Stipulation and Proposed Order Taking the Evidentiary Hearing Off Calendar, and for good cause shown,

**THE COURT FINDS AND ORDERS:**

1. The Evidentiary Hearing set for April 12 and 13, 2010, is dropped from the Court's calendar.

2. The Parties shall keep the Court regularly apprised of the status of this matter.

**IT IS SO ORDERED.**

Dated: April 12, 2010        By: _____
                                  DALE A. DROZD
                                  United States Magistrate Judge

Ddad1/orders.civil/SEC0665.stipord.vacVEhrg