FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER REGARDING DISPOSITION OF $76,552.79 FROM NEVADA SECURITIES ARBITRATION SERVICES, INC. ACCOUNT ON OR ABOUT NOVEMBER 13, 2007 TO ASSIST RECEIVER TO TRACE EIMT FUNDS TRANSFERRED TO JEFF DENNIS FERENTZ AND/OR JEFF DENNIS FERENTZ, INC.**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc. (collectively "Ferentz"), in connection with a "bank sanctioned high yield project funding program."

This Court previously issued orders authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to Ferentz including funds transferred from Jeffrey Dennis Ferentz, Inc. to entities controlled by Mr. Ferentz, including "Nevada Securities Arbitration" (Doc. Nos. 149 and 219 ), which remain in full force and effect.

Of the $2,000,000 in investor funds transferred by EIMT to Ferentz, $100,000 was transferred to "Nevada Securities Arbitration Services, Inc." on November 13, 2007 "for Vassallo." The same day, check No. 2283 was made payable from that entity to Wells Fargo Bank in the amount of $76,552.79 with the "for" notation of "Land Rover Newport Beach."

Receiver would like to determine if EIMT investor funds were utilized to purchase a Land Rover vehicle or a vehicle from a Land Rover dealership on or about November 13, 2007, or otherwise determine the disposition of the $75,552.79 from check No. 2283 from the account of "Nevada Securities Arbitration Services, Inc." (the "Land Rover Check").

The Court hereby directs the recipient of the Land Rover Check to provide Receiver with information about the disposition of that check, including but not limited to producing documents and information concerning any vehicle purchased with the Land Rover Check. Such documentation and information shall include but is not limited to:

- Purchase information;
- Sales contracts;
- Vehicle Registration; and
- Proof and form of payment.

The recipient of the Land Rover Check is hereby further directed to cooperate fully with Receiver in his investigation into the disposition of that check.

**IT IS SO ORDERED.**

Dated: April 14, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com