1 | MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
2 |   mitchellr@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
3 |   winklerm@sec.gov

4 |
Attorneys for Plaintiff
5 | SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
6 | San Francisco, California  94104
Telephone:  (415) 705-2500
7 | Facsimile:  (415) 705-2501

8 |

9 |

10 |                     UNITED STATES DISTRICT COURT

11 |                   EASTERN DISTRICT OF CALIFORNIA

12 |                        SACRAMENTO DIVISION

13 |

| | |
|---|---|
| 14  SECURITIES AND EXCHANGE COMMISSION, | Case No.2:09-CV-00665-LKK-DAD |
| 15 | |
| Plaintiff, | ORDER TO EXTEND DEADLINE TO |
| 16    v. | FILE MOTION FOR FINANCIAL REMEDIES |
| 17  ANTHONY VASSALLO, KENNETH KENITZER | |
| and EQUITY INVESTMENT MANAGEMENT | |
| 18  AND TRADING, INC., | |
| 19 | |
| Defendants. | |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

PDF created with pdfFactory trial version www.pdffactory.com

1    This matter came before the Court based on a joint stipulation and request of plaintiff

2  Securities and Exchange Commission ("Commission") and defendants Anthony Vassallo and

3  Kenneth Kenitzer.  Based on the stipulation of the parties, and for good cause appearing, the

4  Court hereby orders that:

5    (1) The current deadline of June 30, 2010 for the hearing of motions in this case is

6      hereby vacated; and

7
   (2) The last day for the Commission to notice and have heard any motion for financial
8
      remedies against defendants Vassallo and Kenitzer shall be September 30, 2010.
9
   (3) Because judgment has been entered in this case, the pretrial conference and trial
10
      are vacated.
11

12    **SO ORDERED.**

13

14
   Dated:  April 19, 2010
15

16

17  LAWRENCE K. KARLTON
   SENIOR JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28  SEC v. VASSALLO, ET AL.                                1    PROPOSED ORDER TO EXTEND TIME TO
   CASE NO. Case No.2:09-CV-00665-LKK-DAD                      FILE MOTION FOR FINANCIAL REMEDIES

PDF created with pdfFactory trial version www.pdffactory.com