FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING HALE, LANE, PEEK, DENNISON AND HOWARD TO PROVIDE DOCUMENTS AND INFORMATION PERMITTING RECEIVER TO TRACE $800,000 FROM JD CENTURIES, LLC ACCOUNT ON OR ABOUT NOVEMBER 8, 2007**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc. (collectively "Ferentz"), in connection with a "bank sanctioned high yield project funding program." The funds were deposited into the Jeff Dennis Ferentz, Inc. Client Trust Account (the "Ferentz Account"). Receiver's investigation has revealed that another investor "invested"

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIRECTING HALE LANE TO PROVIDE DOCUMENTS AND INFO. RE DISPOSITION OF $800,000
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

$900,000 with Ferentz in connection with the same transaction on November 7, 2007, the same time as EIMT transferred its $2,000,000 to Ferentz.

This Court previously issued orders authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to Ferentz including funds transferred from Jeffrey Dennis Ferentz, Inc. to entities controlled by Mr. Ferentz, including "Centuries Worldwide, LLC" and "JD Centuries, LLC." (Doc. Nos. 149 and 219 ), which remain in full force and effect.

Receiver's investigation has revealed that the balance of the Ferentz Account at the beginning of November 2007 was $1,111.49 before the $2,900,000 was deposited on November 7 and 8, 2007; at the end of November 2007, the balance was $96,476.49.  In short, the vast majority of the funds deposited in the Ferentz Account in November 2007 was transferred out of that account shortly after deposit.

Receiver has determined that $1,830,000 was transferred from the Ferentz Account to a Wells Fargo checking account in the name of "Centuries Worldwide, LLC" on November 7, 2007.  The same day, $1,650,000 of those funds was transferred from "Centuries Worldwide, LLC" to a Wells Fargo checking account in the name of "JD Centuries, LLC." On November 8, 2007, $800,000 of the funds transferred to "JD Centuries, LLC" was wired to the U.S. Bank client trust account of Nevada law firm Hale, Lane, Peek, Dennison and Howard ("Hale Lane").

To further assist Receiver's investigation in tracing the EIMT funds transferred Ferentz, the Court directs Hale Lane to provide information and documentation concerning the November 8, 2007 wire from JD Centuries, LLC to the Hale Lane client trust account for $800,000, sufficient to permit Receiver to trace those funds, including but not limited to account statements related to that wire transfer and/or reflecting receipt and disbursement of the $800,000, any correspondence or other documentation concerning the disbursement of the $800,000, the name and contact information of any Hale Lane client for whom Hale Lane received the $800,000, and other information and documentation facilitating Receiver's tracing of these funds

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING HALE LANE TO PROVIDE DOCUMENTS AND INFO. RE DISPOSITION OF $800,000
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1   Hale Lane is further directed to cooperate fully with Receiver in Receiver's activities,
2   investigation and inquiries on behalf of this Court.
3   **IT IS SO ORDERED.**
4
5   Dated: April 20, 2010
6
7
8   _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
9   UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

[PROPOSED] ORDER DIRECTING HALE LANE TO PROVIDE DOCUMENTS AND INFO. RE DISPOSITION OF $800,000
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com