FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING AT&T, SKYPE AND YAHOO EACH TO PRODUCE DOCUMENTS AND INFORMATION CONCERNING VASSALLO ACCOUNTS**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver has been working diligently to locate and marshal assets of Defendant Equity Investment Management Trading, Inc. ("EIMT"). During his investigation, Receiver has had limited access to books and records concerning EIMT. Some records concerning EIMT were seized by the Federal Bureau of Investigation, were transferred to Washington, D.C., and may

PDF created with pdfFactory trial version www.pdffactory.com

never be made available to Receiver.  Receiver is still working to understand some of the "exotic" investments made by EIMT (many of which appear to be fraudulent).

Receiver's investigation has revealed that Defendant Anthony Vassallo used the following communication accounts ("Vassallo Accounts") when he operated EIMT:

- AT&T Phone Number: (916) 800-0008;
- Skype Phone Number: (916) 896-3062, Identification "Anthony200012"; and
- Yahoo E-Mail Account:  anthony20012@yahoo.com

Receiver believes that Vassallo used the Vassallo Accounts to communicate with potential and actual investors, to communicate with entities with which he invested EIMT funds, and to communicate with other third parties concerning EIMT.  Receiver believes information from the Vassallo Accounts will facilitate his tracing and recovery of receivership assets, particularly the more "exotic" investments made by EIMT after it stopped trading at brokerage houses.

To further assist Receiver's effort to locate and marshal possible EIMT investor money and to trace investor funds, the Court directs AT&T, Skype and Yahoo each to provide information and documentation concerning the Vassallo Accounts which will assist Receiver to marshal assets and recover EIMT investor funds for the period of January 1, 2004 to March 10, 2009 (the day before this action was filed), including, but not limited to account holder information, statements and invoices reflecting phone calls to and from such accounts, records reflecting the content of any telephone conferences for such accounts, and records reflecting e-mails received by and sent from such accounts.

AT&T, Skype and Yahoo are each further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: April 22, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com