FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>    *Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING CHARLES JARVIS AKA "CHARLIE" JARVIS AND WILLIAM WHEELER TO PROVIDE INFORMATION AND DOCUMENTS TO RECEIVER CONCERNING EIMT FUNDS TRANSFERRED TO JEFF DENNIS FERENTZ AND/OR JEFF DENNIS FERENTZ, INC.**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc. (collectively "Ferentz"), in connection with a "bank sanctioned high yield project funding program." The funds were deposited into the Jeff Dennis Ferentz, Inc. Client Trust Account (the

PDF created with pdfFactory trial version www.pdffactory.com

"Ferentz Account").  The unsigned joint venture agreement located by Receiver for this investment lists the parties as Defendant Anthony Vassallo as the investor and Jon Fragosa, Jeff Dennis Ferentz, and Charles Jarvis (aka "Charlie" Jarvis) as the "Facilitator".

This Court previously issued orders authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to Ferentz including funds transferred from Jeffrey Dennis Ferentz, Inc. to entities to entities including "JD Centuries, LLC" and "USR Site Acquisition, LLC" (Doc. Nos. 149 and 219), which remain in full force and effect.

Receiver has determined that $800,000 from the Ferentz Account was transferred to a Wells Fargo business money market account in the name of "JD Centuries, LLC - Contractor Sub Account" on November 7, 2007.  In addition to Mr. Ferentz, William Wheeler is a signatory and "Owner/Key Individual" for that account.  Money removed from that account was paid to Mr. Wheeler.  Mr. Jarvis is a managing member of JD Centuries, LLC along with Mr. Ferentz.

Receiver has also determined that another $700,000 was transferred from the Ferentz Account to a Wells Fargo savings account in the name of "USR Site Acquisition, LLC" on November 26, 2007.  In addition to Mr. Ferentz, Mr. Jarvis is a signatory and "Owner/Key Individual" on the USR Site Acquisition, LLC account.  Mr. Jarvis was a managing member of USR Site Acquisition, LLC along with Mr. Ferentz.  Mr. Jarvis was also named as a "Faciliator" in the unsigned transaction document concerning EIMT's investment which resulted in the transfer of $2 million of EIMT funds to the Ferentz Account.

Receiver believes that Mr. Wheeler and Mr. Jarvis are in possession of information and documents that will assist him to understand the various entities receiving funds from the Ferentz Account and which will permit him to trace EIMT funds transferred from the Ferentz Account to other accounts related to Mr. Ferentz and Mr. Jarvis.

To further assist Receiver's investigation in tracing the EIMT funds transferred to Ferentz, the Court directs Charles Jarvis aka "Charlie" Jarvis and William Wheeler each to provide information and documents to assist Receiver to marshal EIMT assets, and to trace and recover the $2 million EIMT transferred to the Ferentz Account.

Charles Jarvis aka "Charlie" Jarvis and William Wheeler are further directed to cooperate

PDF created with pdfFactory trial version www.pdffactory.com

1  fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

2  **IT IS SO ORDERED.**

3  Dated: April 27, 2010

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com