FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants.* | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER PROHIBITING TRANSFER OF LAND ROVER VEHICLE WITHOUT FURTHER ORDER OF THE COURT AND REQUIRING THE MAINTENANCE OF INSURANCE**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc. (collectively "Ferentz"), in connection with a "bank sanctioned high yield project funding program."

This Court previously issued orders authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to Ferentz including funds transferred

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER PROHIBITING TRANSFER OF LAND ROVER AND REQUIRING MAINTENANCE OF INSURANCE
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

from Jeffrey Dennis Ferentz, Inc. to entities controlled by Mr. Ferentz, including "Nevada Securities Arbitration" (Doc. Nos. 149 and 219 ), which remain in full force and effect.

Of the $2,000,000 in investor funds transferred by EIMT to Ferentz, $100,000 was transferred to "Nevada Securities Arbitration Services, Inc." on November 13, 2007 "for Vassallo." The same day, check No. 2283 was made payable from that entity to Wells Fargo Bank in the amount of $76,552.79 with the "for" notation of "Land Rover Newport Beach."

On April 27, 2010, this Court issued an order directing Land Rover of Newport Beach to provide documents and information concerning the $76,552.79 transferred to it, including information about any vehicle purchased, and prohibiting Land Rover of Newport Beach from notifying its customer of this order and/or its compliance with it until it has supplied Receiver with the Responsive information and for ten (10) days thereafter, which remains in full force and effect. (Doc. 269)  Through this order, Receiver has received significant information from Land Rover of Newport Beach permitting him to further trace the disposition of EIMT investor funds transferred to Ferentz.

Receiver's investigation has revealed that on or before November 13, 2007, Jeff Ferentz purchased a Land Rover RR Sport SC, Vehicle Identification Number SALSH23468A135347, in the name of Nationwide Securities ("Land Rover").  The car was purchased for $81,552.79, with $5,000.00 paid via an American Express credit card in the name of Jeff Ferentz and the remaining balance of $76,552.79 paid via Wells Fargo cashier's check from EIMT investor funds deposited into the account of "Nevada Securities Arbitration Services, Inc."  Mr. Ferentz died in June 2008. Receiver's investigation has revealed that the Land Rover is currently registered with the State of Nevada Department of Motor Vehicles in the name of Concettina M. Ferentz.  Receiver believes Ms. Ferentz is Jeff Ferentz's widow.  Receiver believes that EIMT investor funds were used to purchase the Land Rover and therefore the automobile should be considered part of the Receivership estate.

To prevent the further transfer of and/or dissipation of EIMT assets, the Court directs Concettina M. Ferentz and any other person in possession, custody or control of the Land Rover, not to sell, transfer, exchange, encumber or otherwise take any action impairing the value of the

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER PROHIBITING TRANSFER OF LAND ROVER AND REQUIRING MAINTENANCE OF INSURANCE
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Land Rover pending further Court order.  Concettina M. Ferentz is further directed to maintain automobile insurance on the Land Rover pending further Court order.

Concettina M. Ferentz is hereby further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  May 5, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

[PROPOSED] ORDER PROHIBITING TRANSFER OF LAND ROVER AND REQUIRING MAINTENANCE OF INSURANCE
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com