FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING TICOR TITLE LAS VEGAS TO PRODUCE DOCUMENTS AND INFORMATION CONCERNING THE PURCHASE OF 2845 LOVELAND DRIVE**<br><br>Judge Lawrence K. Karlton |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On November 7, 2007, and November 8, 2007, $2,000,000 of EIMT investor funds were transferred to Jeff Dennis Ferentz (a California attorney) and/or Jeff Dennis Ferentz, Inc. (collectively "Ferentz"), in connection with a "bank sanctioned high yield project funding program."

///

PDF created with pdfFactory trial version www.pdffactory.com

This Court previously issued orders authorizing banks and financial institutions to assist Receiver in tracing the EIMT investor funds transferred to Ferentz including funds transferred from Jeffrey Dennis Ferentz, Inc. to entities controlled by Mr. Ferentz, including "Nevada Securities Arbitration" (Doc. Nos. 149 and 219 ), which remain in full force and effect.

Of the $2,000,000 in investor funds transferred by EIMT to Ferentz, $100,000 was transferred to "Nevada Securities Arbitration Services, Inc." on November 13, 2007 "for Vassallo." The same day, check No. 2283 was made payable from that entity to Wells Fargo Bank in the amount of $76,552.79 with the "for" notation of "Land Rover Newport Beach."

On April 27, 2010, this Court issued an order directing Land Rover of Newport Beach to provide documents and information concerning the $76,552.79 transferred to it, including information about any vehicle purchased, which remains in full force and effect. (Doc. 269)

On or before November 13, 2007, Jeff Ferentz purchased a Land Rover RR Sport SC, for $81,552.79, with $5,000.00 paid via an American Express credit card in the name of Jeff Ferentz and the remaining balance of $76,552.79 paid via Wells Fargo cashier's check from EIMT investor funds deposited into the account of "Nevada Securities Arbitration Services, Inc." The Land Rover is currently registered with the State of Nevada Department of Motor Vehicles in the name of Concettina M. Ferentz. Receiver believes Ms. Ferentz is Jeff Ferentz's widow.

Using this information, Receiver discovered that in November 2008, Ms. Ferentz purchased a piece of real property located at 2845 Loveland Drive, #3616 in Las Vegas, Nevada ("Loveland Drive Property"). Escrow for the property was handled by Ticor Title Las Vegas. The identifying file number for the escrow was #08039267-DA. Receiver suspects that this piece of real property may have been purchased with EIMT investor funds received by Ferentz.

To further assist Receiver's investigation in tracing the EIMT funds transferred to Jeff Dennis Ferentz and/or Jeff Dennis Ferentz, Inc., the Court directs Ticor Title Las Vegas to provide information and documentation concerning Ms. Ferentz's November 2008 purchase of the Loveland Drive Property, identified as #08039267-DA, including but not limited to its escrow file, statements and other documentation and information concerning any transaction related to that identifying number, the source of the funds used to purchase the Loveland Drive Property,

PDF created with pdfFactory trial version www.pdffactory.com

receipts by, disbursements from, and transfers to/from any and all Ticor Title Las Vegas escrow account(s) related to that identifying number, escrow account number(s), account holder identification and details of any related transactions.

Ticor Title Las Vegas is hereby further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: May 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com