FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING NATE & ANDY'S QUALITY AUTO SALES TO PROVIDE DOCUMENTS AND INFORMATION TO RECEIVER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that on December 1, 2008, defendant Kenneth Kenitzer wired $100,000 from EIMT's Wells Fargo Bank account to Wells Fargo Bank account no. 5383357489, an account which is held in the name of Changing the Planet, LLC. The authorized signatories on the Changing the Planet, LLC account are David R. Damante and Lea Damante (the "Damantes"). Receiver has not discerned any legitimate business reason for the

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIRECTING NATE & ANDY'S QUALITY AUTO SALES TO PROVIDE INFO. AND DOC. TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

transfer of these funds from EIMT to the Damantes.  Receiver's investigation has revealed that after the Damantes received $100,000 from EIMT, they purchased at least two expensive automobiles, including, but not limited to a Range Rover and a Lamborghini, from Nate & Andy's Quality Auto Sales in Logan, Utah ("Nate & Andy's").

Receiver would like to determine if EIMT investor funds were utilized to purchase any expensive automobiles for the Damantes.

The Court hereby directs Nate & Andy's to provide to Receiver documentation and information concerning the purchase of any vehicle from Nate & Andy's by the Damantes on or after December 1, 2008, including but not limited to vehicle purchase information, any sales contract(s), vehicle registration(s) and proof(s) and form(s) of payment so Receiver can determine the source of funds used to purchase the automobiles.  Nate & Andy's is hereby prohibited from notifying the Damantes of this order prior to providing Receiver with the requested information.

Nate & Andy's is hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: June 2, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING NATE & ANDY'S QUALITY AUTO SALES TO PROVIDE INFO. AND DOC. TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com