FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH LONNI AND JAY MOORELAND**<br><br>Date:     June 7, 2010<br>Time:    10:00 a.m.<br>Location: Courtroom 4, 15th Floor<br>Judge:   Hon. Lawrence K. Karlton |

The motion of Receiver Stephen E. Anderson ("Receiver") to Approve Settlement with Lonni and Jay Mooreland came on regularly for hearing in Courtroom 4 of the above-entitled Court on June 7, 2010, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver. The Court having considered the papers submitted in support of such motion, and the arguments of counsel and for good cause shown,

THE COURT FINDS AND ORDERS AS FOLLOWS:

Receiver's Motion to Approve the Settlement with the Moorelands IS HEREBY GRANTED.

Adequate and proper notice of this motion was provided to Defendant Equity Investment Management and Trading, Inc. ("EIMT") investors and other interested parties. The settlement

is fair and equitable to the defrauded EIMT investors, and provides substantial value while minimizing expenses to the receivership estate.

**IT IS SO ORDERED.**

Dated:  June 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT