1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   JAMIE L. DUPREE (158105)
2  JAIME G. TOUCHSTONE (233187)
   180 Sansome Street, 17th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 399-3840
4  Facsimile:  (415) 399-3838
   jdupree@fddcm.com
5  jgodin@fddcm.com

6  *Attorneys for Receiver*
   Stephen E. Anderson

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO

11  SECURITIES AND EXCHANGE           Case No. CV 09-000665 LKK-DAD
    COMMISSION,
12                                    **ORDER DIRECTING
                                      PREMIER TITLE COMPANY, GT
13           *Plaintiff*              TITLE SERVICES, ATLAS TITLE AND
                                      FIRST AMERICAN TITLE TO
14           v.                       PRODUCE DOCUMENTS AND
                                      INFORMATION TO RECEIVER
15  ANTHONY VASSALLO, et al,          CONCERNING WIRE TRANSFERS
                                      FROM VASTMANN INVESTMENT
16           *Defendants*.            PARTNERS**

17                                    **Judge Lawrence K. Karlton**

18

19          On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity

20  Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment

21  of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently

22  appointing Receiver.  Pursuant to the OAR, for good cause shown, and in order to empower and

23  authorize the Receiver to carry out his duties and obligations,

24          THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

25          EIMT transferred investor funds to various subfunds and various subfunds transferred

26  funds to EIMT.  Vastmann Investment Partners, LLC ("VIP") was identified as an EIMT

27  subfund in this Court's August 10, 2009 Order Compelling Subfund Managers To Produce

28  Documents and Information (Doc. No. 110), which remains in full force and effect.  Receiver

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING TITLE COMPANIES TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

believes that EIMT money was comingled with VIP money and was used to redeem investments made by VIP investors.  Receiver's investigation has determined that in excess of $18 million was contributed to EIMT by VIP.  In return, VIP, its principals and/or SIG/VIP investors received in excess of $29 million, representing at least $11 million in phony profits. Receiver is endeavoring to track the investor money transferred to/from EIMT to/from VIP in order to recover these EIMT investor funds.

Receiver's investigation has further revealed that on July 20, 2006, VIP wired $1,070,000.00 from Wells Fargo Bank Account No. XXX-XXX3414 to a Zions First National Bank account held in the name of Premier Title Company.  On July 21, 2006, July 24, 2006 and July 28, 2006, VIP wired three separate payments of $261,896.58 each, from the same Wells Fargo Bank account to a Zions First National Bank account held in the name of GT Title.  On September 28, 2006, VIP wired $370,000.00 to a Central Bank account held in the name of Atlas Title.  Finally, on January 26, 2007, VIP wired $50,000.00 to a First American Trust account held in the name of First American Title.

To further assist Receiver's investigation in tracing the EIMT funds transferred to VIP, the Court directs Premier Title Company, GT Title Services, Atlas Title and First American Title to provide information and documentation to Receiver concerning the above-detailed wires from VIP, including, but not limited to any escrow file(s), statements and/or other documentation and information concerning any transaction related to the relevant wire transfer(s), receipts by, disbursements from, and transfers to/from any and all account(s) related to the relevant transfer(s), account(s), account holder identification and details of any related transactions.

Premier Title Company, GT Title Services, Atlas Title and First American Title are further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  June 21, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING TITLE COMPANIES TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD