FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING US BANK TO PROVIDE DOCUMENTS AND INFORMATION CONCERNING THE BT SUBFUNDS TO RECEIVER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT transferred investor funds to various subfunds and various subfunds transferred funds to EIMT. BT Management & Development Group, LLC and BT Partners, LLC (the "BT Subfunds") were identified as an EIMT subfund in this Court's August 10, 2009 Order Compelling Subfund Managers To Produce Documents and Information (Doc. No. 110), which remains in full force and effect. Receiver believes that additional BT Subfunds may exist or at

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIRECTING US BANK TO PROVIDE DOCUMENTS AND INFO. CONCERNING THE BT SUBFUNDS
CASE NO. CV 09-000665 LKK-DAD

one time existed in the name of BT Management Group, Inc. and/or BT Management, Inc.  Brian E. Torrance and Scott R. Bogue are managers of the BT Subfunds.

To further assist Receiver's investigation in tracing the EIMT funds and in compiling an accounting of all possible EIMT Subfunds, the Court hereby directs US Bank to provide information and documentation concerning any and all BT Subfund(s) (BT Management & Development Group, LLC, BT Partners, LLC, BT Management Group, Inc. and/or BT Management, Inc.) and/or any accounts on which Brian Torrance and/or Scott Bogue had signing authority from January 2005 through December 2008, including, but not limited to US Bank Account numbers XXXXX6000 and XXXXX2522,  including, but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder information.

US Bank is further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  July 16, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER DIRECTING US BANK TO PROVIDE DOCUMENTS AND INFO. CONCERNING THE BT SUBFUNDS
CASE NO. CV 09-000665 LKK-DAD