MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:09-CV-00665-LKK-DAD |
|---|---|
| Plaintiff, | ORDER TO EXTEND DEADLINE TO FILE MOTION FOR FINANCIAL REMEDIES |
| v. | |
| ANTHONY VASSALLO, KENNETH KENITZER and EQUITY INVESTMENT MANAGEMENT AND TRADING, INC., | |
| Defendants. | |

This matter came before the Court based on a joint stipulation and request of plaintiff Securities and Exchange Commission ("Commission") and defendants Anthony Vassallo and Kenneth Kenitzer.  Based on the stipulation of the parties, and for good cause appearing, the Court hereby orders that:

(1) The current deadline of September 30, 2010 for the hearing of motions in this case is hereby vacated; and

(2) The last day for the Commission to notice and have heard any motion for financial remedies against defendants Vassallo and Kenitzer shall be 45 days following the entry of judgment in the parallel criminal proceeding, *U.S. v. Anthony Vassallo*, Case no. 2-09-cr-00179-GEB-1.

**SO ORDERED.**

Dated:  August 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SEC v. Vassallo, et al.
Case No. Case No.2:09-CV-00665-LKK-DAD

1

PROPOSED ORDER TO EXTEND TIME TO FILE MOTION FOR FINANCIAL REMEDIES