MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER and EQUITY INVESTMENT MANAGEMENT AND TRADING, INC.,<br><br>            Defendants. | Case No.2:09-CV-00665-LKK-DAD<br><br>PLAINTIFF'S APPLICATION TO REMOVE INCORRECTLY FILED DOCUMENT |

Plaintiff Securities and Exchange Commission ("Commission"), submits this application to remove from the Court's records the document that was previously filed in this case on August 11, 2010 as Docket Item 316. Docket Item 316 contains extraneous pagination (or "Bates numbers") in the lower right-hand corner of each page. When the error was discovered, the Clerk of the Court temporarily sealed Docket Item 316, and the Commission filed a clean version of the document as Docket Item 317.

By this application, the Commission requests that the Court direct the Clerk of the Court to permanently remove the previously-filed Docket Item 316 from the Court's records.

Dated: August 13, 2010           */s/ Robert L. Mitchell*
                                 Robert L. Mitchell
                                 Monique C. Winkler

                                 Counsel for plaintiff
                                 SECURITIES AND EXCHANGE
                                 COMMISSION

**ORDER DIRECTING CLERK TO REMOVE DOCUMENT**

GOOD CAUSE APPEARING, the application by the Securities and Exchange Commission is hereby granted, and the Clerk of the Court is directed to remove Docket Item 316 from the Court's records.

**SO ORDERED.**

Dated: August 26, 2010

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

SEC v. VASSALLO, ET AL.                    1           APPLICATION TO REMOVE DOCUMENT
CASE NO. Case No.2:09-CV-00665-LKK-DAD

# CERTIFICATE OF SERVICE

I, Janet Bukowski, am a citizen of the United States, over 18 years of age, and am not a party or counsel to a party in this action. On August 13, 2010, I caused the following to be served on all parties entitled to receive electronic notice of filings in this case by filing the documents with the Court's electronic filing system:

**PLAINTIFF'S APPLICATION TO REMOVE INCORRECTLY FILED DOCUMENT**

In addition, I served these documents via **UPS** addressed to the following *pro se* party:

Kenneth Kenitzer
4150 Creekwood Court
Pleasanton, CA 94588

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, on August 13, 2010.

*/s/* Janet Bukowski

Janet Bukowski

SEC v. Vassallo, et al.
Case No. Case No.2:09-CV-00665-LKK-DAD

2

APPLICATION TO REMOVE DOCUMENT