FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING FLETCHER JONES IMPORTS TO PROVIDE DOCUMENTS AND INFORMATION TO RECEIVER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that on December 1, 2008, defendant Kenneth Kenitzer wired $100,000 from EIMT's Wells Fargo Bank account to Wells Fargo Bank account no. XXXXXX7489, an account which is held in the name of Changing the Planet, LLC. The authorized signatories on the Changing the Planet, LLC account are David R. Damante and Lea Damante (the "Damantes"). Receiver has not discerned any legitimate business reason for the

transfer of these funds from EIMT to the Damantes.  Receiver's investigation has revealed that after the Damantes received $100,000 from EIMT, they purchased at least two expensive automobiles, including, but not limited to a Range Rover and a Lamborghini, from Nate & Andy's Quality Auto Sales in Logan, Utah ("Nate & Andy's").

On June 2, 2010, this Court issued an order directing Nate & Andy's to produce documentation and information concerning the purchase of any vehicle from Nate & Andy's by the Damantes on or after December 1, 2008, so Receiver could determine the source of funds used to purchase the automobiles, which remains in full force and effect.  (Doc. No. 298). Through this order, Receiver has obtained significant information permitting him to further trace the disposition of EIMT investor funds transferred to the Damantes.

Receiver's investigation has revealed that on January 26, 2009, David R. Damante transferred $220,000 to Pineridge Capital Holdings, LLC.  On January 28, 2009, Pineridge Capital Holdings, LLC transferred $216,000 to Nate & Andy's for the purchase of a 2008 Land Rover VIN SALSH23408A120651 valued at $52,109.84 ("Land Rover") and a 2008 Lamborghini Gallardo VIN ZHWG22T98LA07541 ("Lamborghini").  Both vehicles were registered to Changing the Planet, LLC.  On May 6, 2009, the Damantes traded in or sold the Lamborghini to Fletcher Jones Imports.

To further assist Receiver's investigation in tracing the disposition of EIMT investor funds, the Court hereby directs Fletcher Jones Imports to provide information and documentation concerning the May 6, 2009 trade-in and/or sale of the Lamborghini.  Fletcher Jones is hereby prohibited from notifying the Damantes of this order prior to providing Receiver with the requested information.

Fletcher Jones is hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  August 31, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT