FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING WASHINGTON MUTUAL BANK TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER CONCERNING VIP ACCOUNTS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT transferred investor funds to various subfunds and various subfunds transferred funds to EIMT. Vastmann Investment Partners, LLC ("VIP") was identified as an EIMT subfund in this Court's August 10, 2009 Order Compelling Subfund Managers To Produce Documents and Information (Doc. No. 110), which remains in full force and effect. Receiver's investigation has revealed that in or around July 2004, defendant Anthony Vassallo, Jarom L.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING WASHINGTON MUTUAL TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD

Dastrup and Jaren Ahlmann formed the Strategic Investment Group ("SIG") and in or around September 2005, Vassallo, Dastrup and Ahlmann formed VIP. Vassallo and/or Dastrup and/or Ahlmann were signatories on one or more Washington Mutual bank account(s), possibly held in the name(s) of VIP, SIG, VDA Management, Dastrup Vassallo Investments, Links Lending, Links Capital Lending, Dastrup Assets Strategies, Crossroad Equity, LLC, JD Mann, LLC and JD One, LLC (the "VIP Washington Mutual Accounts"), all of which Receiver believes are related to VIP and/or SIG. Based on information obtained from Washington Mutual, Receiver believes it is likely that the VIP Washington Mutual Accounts may have been held in Washington Mutual's Salt Lake City region.

Receiver believes that EIMT money was comingled with VIP money and was used to redeem investments made by SIG and VIP investors. Receiver's investigation has determined that in excess of $18 million was contributed to EIMT by VIP. In return, VIP, its principals and/or SIG/VIP investors received in excess of $29 million in EIMT investor funds, representing at least $10.7 million more than was originally deposited with EIMT. Receiver is endeavoring to track the investor money transferred to/from EIMT to/from VIP and/or SIG in order to recover these EIMT investor funds.

To further assist Receiver's investigation in tracing the EIMT funds transferred to/from VIP and/or SIG, the Court directs Washington Mutual Bank to provide information and documentation to Receiver concerning any and all VIP Washington Mutual Accounts and/or any accounts on which Jarom L. Dastrup, Jaren Ahlmann and/or Anthony Vassallo had signing authority from July 2004 through December 2008, including but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder information.

Washington Mutual Bank is further directed to cooperate fully with Receiver in Receiver's activities, investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated:  August 31, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING WASHINGTON MUTUAL TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER
CASE NO. CV 09-000665 LKK-DAD