```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


SECURITIES AND EXCHANGE
COMMISSION,
                                    NO. CIV. S-09-0665 LKK/DAD
        Plaintiff,

    v.
                                         O R D E R
ANTHONY VASSALLO, KENNETH
KENITZER, and EQUITY
INVESTMENT MANAGEMENT AND
TRAINING, INC.,

        Defendants.
                                   /
```

Pending before the court in the above captioned case is the Receiver's motion for fees and costs, currently set to be heard on September 13, 2010. Due to a court scheduling conflict, the court CONTINUES the hearing to September 27, 2010 at 10:00 AM. The deadlines for filing oppositions or statements of non-opposition, and for filing of a reply, if any, are unchanged. The Receiver is instructed to notify interested parties of the change in the hearing date.

////

1

1    IT IS SO ORDERED.

2    DATED:  September 3, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```