FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING CHARLES SCHWAB BANK TO PROVIDE DOCUMENTS AND INFORMATION CONCERNING B&B CONSULTING AND KARI BEAUCHAMP-SONOVICH TO RECEIVER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT invested substantial funds with Arcanum Equity Fund, LLC, Vestium Equity Fund, LLC, and/or Vestium Management Group, LLC (collectively, "Vestium"). In connection with disgorgement proceedings against Vestium, Vestium asserted that it wired $872,305.80 of EIMT funds invested with it to an entity called Phlorian Racing in England on or about February 9, 2009.

Based on his investigation into Phlorian Racing and his efforts to recover the $872,305.80, Receiver believes that there is a connection between Sir Joseph Birch and Phlorian Racing.

Around the same time Vestium reports that it wired EIMT investor funds to Phlorian Racing, certain EIMT investors were solicited by Kari Beauchamp-Sonovich ("Sonovich") to invest in a business called B&B Consulting, Inc., which in turn would send funds to Sir Joseph Birch for investment. These EIMT investors were assured that their investment with B&B Consulting, Inc./Sir Joseph Birch would not only recoup their losses in EIMT, but would secure profits. At the time she solicited funds to invest with Sir Joseph Birch, Ms. Sonovich was involved in an intimate relationship with Defendant Anthony Vassallo, with whom she had a child last year.

Certain EIMT investors who were solicited to invest and did invest funds with Ms. Sonovich have provided Receiver with bank account information where they transferred their funds to Ms. Sonovich who was to transfer them to Sir Joseph Birch. Those funds were transferred to Charles Schwab bank account number XXXX-8147 in the name of B&B Consulting, Inc.

Receiver has been unable to trace the funds Vestium reportedly wired to Phlorian Racing. Receiver believes if Ms. Sonovich in fact wired funds to Sir Joseph Birch as she represented she was doing, then that wire information might assist him to trace the EIMT investor funds Vestium reportedly wired to Phlorian Racing.

To further assist Receiver's investigation in tracing the $872,305.80 of EIMT funds Vestium reportedly wired to Phlorian Racing, the Court hereby directs Charles Schwab Bank to provide information and documentation concerning any and B&B Consulting, Inc. accounts, including but not limited to Charles Schwab Bank Account No. XXXX-8147, and/or any accounts on which Ms. Sonovich had signing authority from December 2008 to present, including but not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder information.

1  Charles Schwab Bank is further directed to cooperate fully with Receiver in Receiver's
2  activities, investigation and inquiries on behalf of this Court.
3  **IT IS SO ORDERED.**

5  Dated:  September 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT