FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff* v. ANTHONY VASSALLO, et al, *Defendants*. | Case No. CV 09-000665 LKK-DAD **ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S THIRD INTERIM REPORT FILED ON AUGUST 9, 2010 AND SPECIFIC AUTHORIZATIONS SOUGHT THEREIN** Date: September 13, 2010 Time: 10:00 a.m. Courtroom: 4 Judge: Hon. Lawrence K. Karlton |

The Third Interim Report Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on September 13, 2010 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Third Interim Report filed August 9, 2010, and his specific requests for Court authorization therein, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Third Interim Report filed on August 9, 2010, is hereby approved, and Receiver's acts on behalf of the receivership are hereby approved, authorized and ratified.

The Court hereby authorizes Receiver to exclude from consideration any Investor Surveys submitted after June 1, 2010 in developing a distribution plan unless it is established to Receiver's satisfaction that good cause exists to accept a tardy submission (e.g., a survey for a particular investor was returned to Receiver as undeliverable and the investor now seeks to submit a tardy survey).

The Court hereby approves and ratifies Receiver's agreement with Coeur d'Alene Investments, holder of a $1,000,000 note and deed of trust on the Island Park Property, in which Receiver agreed 1) to commence making monthly interest payments of $5,000 on that note, retroactive to December 2009, payable until the Island Park Property is sold, and 2) in connection with a motion seeking approval of the sale of the Island Park Property, Receiver will recommend that Coeur d'Alene Investments receive $15,000 for unpaid interest for the time period of May 2009 through November 2009, with Coeur d'Alene Investments waiving $15,000 in accrued interest for that same time period, which agreement the Court finds is fair and reasonable.

The Court hereby approves a new billing rate for Receiver's consultant, Cindi Sherrod, of $50 per hour, effective retroactively to June 1, 2010, which the Court finds is a fair and reasonable to the receivership estate.

Where authorization or approval was requested by Receiver in his Third Interim Report, to the extent that the Court has not already expressly authorized or approved it in this order, the Court hereby authorizes and approves the action proposed by Receiver.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT