UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,

        Defendants.

_____/

NO. CIV. S-09-0665 LKK/DAD

O R D E R

On November 6, 2009, Receiver filed a motion to order disgorgement of funds from Arcanum/Vestium. (ECF No. 163.) On, December 11, 2009, the court ordered an evidentiary hearing to resolve disputed facts with respect to this motion. (ECF No. 202) On April 9, 2010, Arcanum and Vestium filed notices of bankruptcy. (ECF No. 246, 248.) On April 12, 2010, the magistrate judge removed the evidentiary hearing from his calendar pursuant to a stipulation of Receiver, Arcanum, and Vestium. (ECF No. 249.) On August 9, 2010, Receiver filed his third interim report in which he indicated

1

that *inter alia*, he "believes it is unlikely EIMT investors will receive anything of value from [Arcanum and Vestium], and Receiver's activities concerning this investment going forward should be minimal." Third Interim Report, ECF No. 310, at 18.

For the foregoing reasons, the court DENIES Receiver's motion to order disgorgement, ECF No. 163, without prejudice.

IT IS SO ORDERED.

DATED: September 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2