UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,

        Defendants.

_____/

NO. CIV. S-09-0665 LKK/DAD

O R D E R

On September 10, 2010, the Receiver filed a motion to disgorge a Land Rover from Concettina Ferentz. This motion was set to be heard on October 12, 2010. According to E.D. Cal. Local Rules, Ferentz's opposition or statement of non-opposition was due on or before September 28, 2010. Ferentz failed to file an opposition. Rather, on Friday October 8, 2010 at 5:20 p.m. counsel for Ferentz filed a declaration requesting a thirty-day continuance of the

////

////

1

hearing.[1] Counsel claims that he experienced some difficulties in obtaining admission to the Eastern District of California. He further stated his belief that Ferentz is ill. On October 11, 2010, counsel for the Receiver filed a responsive declaration. She expressed concerns that Ferentz is merely attempting to delay proceedings. Specifically, she contends that Ferentz's counsel has not provided any reason for his failure to timely register with the Eastern District or to find local counsel to appear on his behalf.

The court held a hearing on the motion to disgorge on October 12, 2010. Counsel for Ferentz did not appear at the hearing despite his filing of a declaration after 5:00 p.m. on the business day before the hearing.

For the foregoing reasons, the court CONTINUES the hearing on the Receiver's Motion for Disgorgement, ECF No. 334, until October 25, 2010 at 10:00 a.m. Ferentz shall file an opposition or statement of non-opposition by 9:00 a.m. on October 18, 2010. The Receiver may file a reply any time before the hearing. The court will not grant any further continuances of this motion. Failure to timely file an opposition will be considered non-opposition to the motion.

IT IS SO ORDERED.

DATED: October 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Monday, October 11, 2010 was a federal holiday. Accordingly, the court did not receive the declaration until an hour before the hearing.

2