FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING EIMT FUNDS TRANSFERRED TO J.R. TRUST**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On August 12, 2008, EIMT transferred $2,500,000 of investor funds from its Wells Fargo Bank Account Number XXXXXX6681 ("EIMT Account") to Wells Fargo Bank Account Number XXXXXX2269, an account which is held in the name of J.R. Trust ("J.R. Trust Account"). The $2,500,000 was wired to J.R. Trust in connection with a bank note trading "investment" facilitated by a company called Global Mergers & Acquisitions, Inc. ("Global

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE J.R. TRUST
CASE NO. CV 09-000665 LKK-DAD

Mergers") and its Chief Executive Officer William Alfred Hayward.  Receiver located a signed "Transaction Agreement" entered into between EIMT and Global Mergers, but has been unable to discern any legitimate business reason for the transaction which did not financially benefit EIMT.

To facilitate Receiver's investigation in tracing the disposition of EIMT investor funds, any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank, are direct to provide information and documentation to Receiver tracing where the $2,500,000 withdrawn from the EIMT Account on August 12, 2008, went, including after its deposit into the J.R. Trust Account at Wells Fargo Bank, including, but not limited to all bank statements and other documentation reflecting receipts by, disbursements from, and transfers to/from such account(s), account number(s) and account holder identification.

Any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank are hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**


Dated:  October 19, 2010


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE J.R. TRUST
CASE NO. CV 09-000665 LKK-DAD