FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　*Plaintiff*<br><br>　　v.<br><br>ANTHONY VASSALLO, et al,<br><br>　　　　　　　*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENTS WITH EQUITY CONSTELLATION INVESTORS NILSSON, WILBERG, PATENAUDE, SMART AND SIMMONS**<br><br>Date:　　　November 8, 2010<br>Time:　　　10:00 a.m.<br>Location:　 Courtroom 4, 15th Floor<br>Judge:　　　Hon. Lawrence K. Karlton |

The motion of Receiver Stephen E. Anderson ("Receiver") to Approve Settlements with Equity Constellation, LLC Investors Nilsson, Wilberg, Patenaude, Smart and Simmons came on regularly for hearing in Courtroom 4 of the above-entitled Court on November 8, 2010, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver. The Court having considered the papers submitted in support of such motion, and the arguments of counsel and for good cause shown,

THE COURT FINDS AND ORDERS AS FOLLOWS:

Receiver's Motion to Approve the Settlements with Equity Constellation Investors Nilsson, Wilberg, Patenaude, Smart and Simmons IS HEREBY GRANTED.

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER GRANTING MOTION TO APPROVE SETTLEMENTS WITH EQUITY CONSTELLATION INVESTORS
CASE NO. CV 09-000665 LKK-DAD

Adequate and proper notice of this motion was provided to Defendant Equity Investment Management and Trading, Inc. ("EIMT") investors and other interested parties.  Each settlement with Jan Nilsson, Carl Wilberg, Jean-Marc Patenaude, David Smart R. Douglas Simmons/Kupfer Family LLC settlement is fair and equitable to the defrauded EIMT investors, and provides substantial value while minimizing expenses to the receivership estate.   Accordingly, each settlement is hereby approved, and Receiver is authorized to take all actions necessary to complete each settlement.

**IT IS SO ORDERED.**

Dated: November 8, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER GRANTING MOTION TO APPROVE SETTLEMENTS WITH EQUITY CONSTELLATION INVESTORS
CASE NO. CV 09-000665 LKK-DAD