FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**AMENDED ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING EIMT FUNDS TRANSFERRED TO MARTIN PORTER**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On December 11, 2007, Defendant Anthony Vassallo ("Vassallo") wired $425,000 of investor funds from Wells Fargo Bank Account Number XXXXXX6681 held in the name of EIMT ("EIMT Account") to Wachovia Bank Account Number XXXXXXXXX0964 held in the name of Martin W. Porter ("Porter Wachovia Account"). The $425,000 was wired to Martin W. Porter in connection with the alleged lease of a $100,000,000 UBS Certificate of Deposit.

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] AMENDED ORDER DIRECTING BANKS/FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE MARTIN PORTER
CASE NO. CV 09-000665 LKK-DAD

1  Receiver located a signed "Agreement for Obtaining a Certificate of Deposit" entered into
2  between Martin W. Porter and Vassallo on behalf of EIMT ("Agreement"), but upon contacting
3  UBS, Receiver was informed that the Certificate of Deposit detailed in the Agreement is
4  fraudulent, of no value and of no financial benefit to EIMT.

5      On April 15, 2008, Vassallo wired another $750,000 of investor funds from the EIMT
6  Account to a Bank Atlantic account held in the name of Martin W. Porter ("Porter Bank Atlantic
7  Account").  Receiver has been unable to discern any legitimate business reason for the second
8  transaction which also did not financially benefit EIMT.

9      To facilitate Receiver's investigation in tracing the disposition of EIMT investor funds to
10 Martin W. Porter, any and all banks and/or financial institutions, including, but not limited to
11 Wachovia Bank, Wells Fargo Bank and Bank Atlantic, are direct to provide information and
12 documentation to Receiver tracing where the $425,000 withdrawn from the EIMT Account on
13 December 11, 2007, went, including after its deposit into the Porter Wachovia Account and also
14 tracing where the $750,000 withdrawn from the EIMT Account on April 15, 2008, went,
15 including after its deposit into the Porter Bank Atlantic Account, including, but not limited to all
16 bank statements and other documentation reflecting receipts by, disbursements from, and
17 transfers to/from such account(s), account number(s) and account holder identification.

18     Any and all banks and/or financial institutions, including, but not limited to Wachovia
19 Bank, Wells Fargo Bank and Bank Atlantic are hereby prohibited from notifying account
20 holder(s), including, but not limited to Martin W. Porter, of this order and are directed to
21 cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

22 **IT IS SO ORDERED.**

23
24 Dated:  November 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] AMENDED ORDER DIRECTING BANKS/FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE MARTIN PORTER
CASE NO. CV 09-000665 LKK-DAD