FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S FOURTH INTERIM REPORT FILED ON NOVEMBER 5, 2010 AND SPECIFIC AUTHORIZATIONS SOUGHT THEREIN**<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

The Fourth Interim Report Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 6, 2010 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Fourth Interim Report filed November 5, 2010, and his specific requests for Court authorization therein, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

1  Receiver's Fourth Interim Report filed on November 5, 2010, is hereby approved, and
2  Receiver's acts on behalf of the receivership are hereby approved, authorized and ratified.
3  The Court waives the provisions of 28 U.S.C. Sections 2001 and 2004 requiring a
4  courthouse auction for the Land Rover vehicle.  If Receiver reaches agreement with Concettina
5  Ferentz through which she will purchase the Land Rover vehicle for at least $38,000, the Court
6  approves that agreement and authorizes Receiver to sell the vehicle to Concettina Ferentz for at
7  least that amount.  If Receiver is unable to reach agreement with Concettina Ferentz for the
8  purchase of the Land Rover vehicle, the Court authorizes Receiver to sell the vehicle through a
9  reputable dealership on consignment, which the Court finds will maximize the ultimate recovery
10  to the defrauded investors for the Land Rover.

**IT IS SO ORDERED.**

Dated:  December 6, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT