FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING EIMT FUNDS TRANSFERRED TO RAAR INVESTMENTS, LTD., JACK MILLER AND MICHAEL BRADSHAW**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On August 12, 2008, EIMT transferred $2,500,000 of investor funds to J.R. Trust in connection with a bank note trading "investment" facilitated by a company called Global Mergers & Acquisitions, Inc. and its Chief Executive Officer William Alfred Hayward. Receiver has been unable to discern any legitimate business reason for the transaction which did not financially benefit EIMT.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INST. TO PROD. DOCS. RE RAAR, MILLER & BRADSHAW
CASE NO. CV 09-000665 LKK-DAD

The Court previously issued an order authorizing any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank, to provide information and documentation to Receiver tracing the $2,500,000 in EIMT investor funds transferred to J.R. Trust (Doc. No. 362), which remains in full force and effect.

Receiver's investigation has revealed that a portion of the $2,500,000 in EIMT investor funds was transferred from J.R. Trust to the following persons and/or entities during August and September of 2008:

- $395,317.50 to RAAR Investments, Ltd. ("RAAR");
- $102,317.01 to Jack Miller; and
- $232,349.49, Michael Bradshaw.

Public records indicated that Richard J. Schotts, Jr., Jack Miller, Michael Bradshaw and Chris Bradshaw are managing members of RAAR.

To further facilitate Receiver's investigation in tracing the disposition of EIMT investor funds transferred to J.R. Trust, the Court directs any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank and HSBC, to provide documents and information for accounts held by RAAR Investments, Ltd., Richard J. Schotts, Jr., Jack Miller, Michael Bradshaw and Chris Bradshaw, or for which Richard J. Schotts, Jr., Jack Miller, Michael Bradshaw and Chris Bradshaw have signing authority, including, but not limited to Account Numbers XXX-XXX9127, XXX-XXX9438, XXX-XXX1611 and XXX-XXX9327. Such documentation shall include, but is not limited to statements and other documentation reflecting receipts by, disbursements from, and transfers to/from such account(s), account number(s) and account holder identification.

/ / /

/ / /

/ / /

/ / /

/ / /

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INST. TO PROD. DOCS. RE RAAR, MILLER & BRADSHAW
CASE NO. CV 09-000665 LKK-DAD

1  Any and all banks and/or financial institutions, including, but not limited to Wells Fargo
2  Bank and HSBC are hereby prohibited from notifying account holder(s), including, but not
3  limited to RAAR Investments, Ltd., Richard J. Schotts, Jr., Jack Miller, Michael Bradshaw and
4  Chris Bradshaw, of this Order and are directed to cooperate fully with Receiver in his
5  investigation and inquiries on behalf of this Court.

6  **IT IS SO ORDERED.**

7

8  Dated:  December 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INST. TO PROD. DOCS. RE RAAR, MILLER & BRADSHAW
CASE NO. CV 09-000665 LKK-DAD