FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**AMENDED ORDER GRANTING RECEIVER'S THIRD APPLICATION FOR FEES AND COSTS**<br><br>**Local Rule 66-232(g)**<br><br>Date:  December 6, 2010<br>Time:  10:00 a.m.<br>Courtroom: No. 4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

The third application of court-appointed receiver Stephen E. Anderson ("Receiver") for fees and costs incurred from June 1, 2010 through September 30, 2010 came on regularly for hearing on December 6, 2010 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

At the hearing, the Court requested Receiver file a supplemental memorandum regarding the fee application;

Having reviewed the papers of Receiver, including the supplemental memorandum, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Receiver's Third Application for Fees and Costs is hereby GRANTED. Adequate and proper notice of this application was provided to Equity Investment Management and Trading, Inc. investors and other interested parties. The fees and costs sought by Receiver are reasonable and the services rendered have been of benefit to the receivership estate.

Accordingly, Receiver is authorized to make the following payments:

| Name | Fees | Costs | Total Payment |
|---|---|---|---|
| Receiver Stephen E. Anderson | $53,538.75 | $2,017.34 | $55,556.09 |
| Stephan A. Werth, C.P.A. | $5,145.00 | $0.00 | $5,145.00 |
| Cindi Sherrod | $29,677.50 | $1,679.10 | $31,356.60 |
| Futterman Dupree Dodd Croley Maier LLP | $65,441.50 | $2,819.77 | $68,261.27 |
| **TOTALS** | **$153,802.75** | **$6,516.21** | **$160,318.96** |

**IT IS SO ORDERED.**

Dated: December 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT