FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING WELLS FARGO BANK AND FAR WEST BANK TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER CONCERNING VIP ACCOUNTS**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT transferred investor funds to various subfunds and various subfunds transferred funds to EIMT. To date, Receiver has identified in excess of thirty subfunds, one of which is Vastmann Investment Partners, LLC ("VIP"). Receiver's investigation has revealed that in or around July 2004, defendant Anthony Vassallo, Jarom L. Dastrup and Jaren Ahlmann formed the Strategic Investment Group ("SIG") and in or around September 2005, Vassallo, Dastrup and

1

[PROPOSED] ORDER DIRECTING WELLS FARGO AND FAR WEST BANK TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-000665 LKK-DAD

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

Ahlmann formed VIP.  Vassallo and/or Dastrup and/or Ahlmann were signatories on one or more Washington Mutual bank account(s), possibly held in the name(s) of VIP, SIG, VDA Management, Dastrup Vassallo Investments, Links Lending, Links Capital Lending, Dastrup Assets Strategies, Crossroad Equity, LLC, JD Mann, LLC and JD One, LLC (the "VIP Washington Mutual Accounts"), all of which Receiver believes are related to VIP and/or SIG.

Receiver believes that EIMT money was comingled with VIP money and was used to redeem investments made by SIG and VIP investors.  Receiver's investigation has determined that in excess of $18 million was contributed to EIMT by VIP.  In return, VIP, its principals and/or SIG/VIP investors received in excess of $29 million in EIMT investor funds, representing at least $10.7 million more than was originally deposited with EIMT.  Receiver's investigation has revealed that the $10.7 million in EIMT investor funds were transferred to the VIP and/or SIG investors to pay principal and/or profit on their investments.

The Court previously issued an order authorizing Washington Mutual Bank to provide information and documentation to Receiver concerning any and all VIP Washington Mutual Accounts and/or any accounts on which Jarom L. Dastrup, Jaren Ahlmann and/or Anthony Vassallo had signing authority (Doc. No. 327), which remains in full force and effect.

Receiver's investigation has revealed that VIP and/or SIG sent their own investors' money to other entities, but were able to repay those investors principal and/or profit solely because they received a large influx of capital from EIMT; and VIP and/or SIG had relationships with financial institutions in addition to Washington Mutual, including, but not limited to Wells Fargo Bank and Far West Bank.  Receiver believes that prior to March 2006, significant funds were transferred from the VIP Washington Mutual Account to Wells Fargo and Far West Bank accounts held in the name of Links Lending and SIG.  Receiver is endeavoring to track the money transferred to/from the VIP Washington Mutual Accounts and to create an accounting record for the EIMT investor funds transferred to/from EIMT to/from VIP and/or SIG.

To further assist Receiver's investigation, the Court directs Wells Fargo Bank and Far West Bank to provide information and documentation concerning any and all accounts held in the name(s) of Links Lending, Links Capital Lending, VIP, SIG, VDA Management, Dastrup

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING WELLS FARGO AND FAR WEST BANK TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-000665 LKK-DAD

Vassallo Investments, Dastrup Assets Strategies, Crossroad Equity, LLC, JD Mann, LLC and JD One, LLC, and/or any accounts on which Jarom L. Dastrup, Jaren Ahlmann and/or Anthony Vassallo had signing authority from July 2004 through December 2008, including, but not limited to Wells Fargo Bank account numbers XXX-XXX3606, XXX-XXX4265 and Far West Bank account number XXXXX3326. Such documentation shall include, but is not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder information.

Wells Fargo Bank and Far West Bank are hereby prohibited from notifying account holder(s), including, but not limited to Jarom L. Dastrup and/or Jaren Ahlmann, of this Order and are directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: December 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

3

[PROPOSED] ORDER DIRECTING WELLS FARGO AND FAR WEST BANK TO PRODUCE DOCUMENTS AND INFORMATION
CASE NO. CV 09-000665 LKK-DAD