FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>    *Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH LINDA AND HARVEY VECHERY AS TRUSTEES FOR THE VECHERY FAMILY TRUST AND/OR INDIVIDUALLY**<br><br>Date:     February 28, 2011<br>Time:    10:00 a.m.<br>Location: Courtroom 4, 15th Floor<br>Judge:   Hon. Lawrence K. Karlton |

The motion of Receiver Stephen E. Anderson ("Receiver") to Approve Settlement with Linda And Harvey Vechery as Trustees for The Vechery Family Trust and/or individually came on regularly for hearing in Courtroom 4 of the above-entitled Court on February 28, 2011, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver. The Court having considered the papers submitted in support of such motion, and the arguments of counsel and for good cause shown,

THE COURT FINDS AND ORDERS AS FOLLOWS:

Receiver's Motion to Approve the Settlement with Linda And Harvey Vechery as Trustees for The Vechery Family Trust and/or individually IS HEREBY GRANTED.

Adequate and proper notice of this motion was provided to Defendant Equity Investment Management and Trading, Inc. ("EIMT") investors and other interested parties. The proposed settlement with Linda And Harvey Vechery as Trustees for The Vechery Family Trust and/or individually is fair and equitable to the defrauded EIMT investors, and will provide substantial immediate value while minimizing expenses to the receivership estate. The proposed settlement is particularly reasonable given that the Vecherys produced to Receiver information and documents that raise a number of factual issues, the resolution of which would likely require a costly evidentiary hearing. Accordingly, the settlement is hereby approved, and Receiver is authorized to take all actions necessary to complete the settlement.

**IT IS SO ORDERED.**

Dated: March 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT