FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al.,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING WELLS FARGO BANK TO PRODUCE DOCUMENTS AND INFORMATION TO RECEIVER CONCERNING WISEMAN/JOINER SUBFUND ACCOUNTS** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT transferred investor funds to various subfunds and various subfunds transferred funds to EIMT. To date, Receiver has identified in excess of thirty subfunds, five of which are Apex Financial Development, LLC, BV Skyline Corporation, LCJ Financial, LLC, AG Capital Management and LBN Partners, Inc. Receiver's investigation has revealed that David L. Joiner and Lucas D. Wiseman ("Wiseman/Joiner") were the directors and/or officers and/or fund managers for

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING WELLS FARGO TO PRODUCE DOCUMENTS AND INFORMATION RE WISEMAN/JOINER
CASE NO. CV 09-000665 LKK-DAD

all five subfunds. Defendant Anthony Vassallo was also a director, officer and/or managing member of AG Capital Management, Apex Financial Development, LLC and LCJ Financial, LLC.

In or around September 2006, Wiseman/Joiner, along with Andra Wiseman began investing in EIMT and EIMT began transferring money to/from Apex Financial Development, LLC, BV Skyline Corporation, LCJ Financial, LLC, AG Capital Management and LBN Partners, Inc. ("Wiseman/Joiner Subfunds"). Receiver has determined that in excess of $2.2 million was contributed to EIMT by the Wiseman/Joiner Subfunds. In return, the Wiseman/Joiner Subfunds and/or their investors, received in excess of $5 million, representing at least $2.8 million more than was originally deposited with EIMT.

To further assist Receiver's investigation in tracing the EIMT funds transferred to/from the Wiseman/Joiner Subfunds, the Court directs Wells Fargo Bank to provide information and documentation for accounts held by David L. Joiner, Lucas D. Wiseman, Apex Financial Development, LLC, BV Skyline Corporation, LCJ Financial, LLC, AG Capital Management , Inc. and LBN Partners, Inc., or for which David L. Joiner and/or Lucas D. Wiseman had signing authority from September 2006 through the present, including, but not limited to Account Numbers XXX-XXX1011, XXX-XXX3611 and XXX-XXX1342. Such information and documentation should include, but is not limited to statements and other documentation reflecting receipts by and disbursements from such accounts, account numbers and account holder information.

Wells Fargo Bank is hereby prohibited from notifying account holder(s), including, but not limited to David L. Joiner and Lucas D. Wiseman, of this Order and is directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

2

[PROPOSED] ORDER DIRECTING WELLS FARGO TO PRODUCE DOCUMENTS AND INFORMATION RE WISEMAN/JOINER
CASE NO. CV 09-000665 LKK-DAD