1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP
  | JAMIE L. DUPREE (158105)
2 | JAIME G. TOUCHSTONE (233187)
  | 180 Sansome Street, 17th Floor
3 | San Francisco, CA 94104
  | Telephone:  (415) 399-3840
4 | Facsimile:  (415) 399-3838
  | jdupree@fddcm.com
5 | jtouchstone@fddcm.com

6 | *Attorneys for Receiver*
  | Stephen E. Anderson

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **SACRAMENTO**

11 | SECURITIES AND EXCHANGE COMMISSION,  | Case No. CV 09-000665 LKK-DAD
12 | | **ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING EIMT FUNDS TRANSFERRED TO BAN EUROPA**
   | Plaintiff |
13 | |
   | v. |
14 | |
   | ANTHONY VASSALLO, et al, |
15 | | **Judge Lawrence K. Karlton**
   | Defendants. |
16

17

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On October 7, 2008, defendant Anthony Vassallo transferred $195,000 of investor funds from Veritas Investment LLC's U.S. Bank Account Number XXXXXXXX2642 ("Veritas Account") to Commerce Bank (now TD Bank) Account Number XXXXXX3742, an account which is held in the name of Ban Europa ("Ban Europa Account"). The $195,000 was wired to Ban Europa in connection with a certificate of deposit "investment" facilitated by a company

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE BAN EUROPA
CASE NO. CV 09-000665 LKK-DAD

called NCT Trading, LTD ("NCT Trading") and its Chairman Edwin Westlake. Receiver located a signed "Program Trade Agreement" entered into between Vassallo and NCT Trading, but has been unable to discern any legitimate business reason for the transaction which did not financially benefit the EIMT investors.

To facilitate Receiver's investigation in tracing the disposition of EIMT investor funds, any and all banks and/or financial institutions, including, but not limited to Commerce Bank and/or TD Bank, are direct to provide information and documentation to Receiver tracing where the $195,000 withdrawn from the Veritas Account on October 7, 2008, went, including after its deposit into the Ban Europa Account at Commerce Bank/TD Bank, including, but not limited to all bank statements and other documentation reflecting receipts by, disbursements from, and transfers to/from such account(s), account number(s) and account holder identification.

Any and all banks and/or financial institutions, including, but not limited to Commerce Bank and/or TD Bank are hereby further directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: April 13, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE BAN EUROPA
CASE NO. CV 09-000665 LKK-DAD