FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCUMENTS CONCERNING EIMT FUNDS TRANSFERRED TO EDWIN WESTLAKE**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

On October 7, 2008, defendant Anthony Vassallo transferred $195,000 of investor funds from Veritas Investment LLC's U.S. Bank Account Number XXXXXXXX2642 ("Veritas Account") to Commerce Bank (now TD Bank) Account Number XXXXXX3742, an account which is held in the name of Ban Europa ("Ban Europa Account"). The $195,000 was wired to Ban Europa in connection with a certificate of deposit/prime bank note "investment" facilitated

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE EDWIN WESTLAKE
CASE NO. CV 09-000665 LKK-DAD

by a company called NCT Trading, LTD ("NCT Trading") and its Chairman Edwin Westlake. Receiver located a signed "Program Trade Agreement" entered into between Vassallo and NCT Trading, but has been unable to discern any legitimate business reason for the transaction which did not financially benefit the EIMT investors.

This Court previously issued an order authorizing any and all banks and/or financial institutions, including, but not limited to Commerce Bank and/or TD Bank, to provide information and documentation to Receiver tracing the $195,000 in investor funds transferred from the Veritas Account to the Ban Europa Account (Doc. No. 407), which remains in full force and effect. Receiver's investigation has revealed that a portion of the $195,000 in EIMT investor funds was transferred from Ban Europa to Edwin Westlake during October 2008.

To further facilitate Receiver's investigation in tracing the disposition of EIMT investor funds, the Court directs any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank and/or Wachovia, to provide information and documentation to Receiver for accounts held by Edwin Westlake and his companies, NCT Trading, Westev WW Commodities, LLC, and WestNyre Consulting, Inc., or for which Edwin Westlake has signing authority, including, but not limited to Account Number XXXXXXXXX1357. Such documentation shall include, but is not limited to statements and other documentation reflecting receipts by, disbursements from, and transfers to/from such account(s), account number(s) and account holder identification.

Any and all banks and/or financial institutions, including, but not limited to Wells Fargo Bank and/or Wachovia are hereby prohibited from notifying account holder(s), including, but not limited to Edwin Westlake, NCT Trading, Westev WW Commodities, LLC, and WestNyre Consulting, Inc. of this Order and are directed to cooperate fully with Receiver in his investigation and inquiries on behalf of this Court.

**IT IS SO ORDERED.**

Dated: May 3, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER DIRECTING BANKS AND/OR FINANCIAL INSTITUTIONS TO PRODUCE DOCS. RE EDWIN WESTLAKE
CASE NO. CV 09-000665 LKK-DAD