FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S FIFTH INTERIM REPORT FILED ON APRIL 4, 2011 AND SPECIFIC AUTHORIZATIONS SOUGHT THEREIN**<br><br>Date: May 9, 2011<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

The Fifth Interim Report Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on May 9, 2011 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Fifth Interim Report filed April 4, 2011, and his specific requests for Court authorization therein, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Fifth Interim Report filed on April 4, 2011 is hereby approved, and Receiver's acts on behalf of the receivership are hereby approved, authorized and ratified.

The Court hereby:

1) Approves and ratifies Receiver's settlement with Gregory E. Porter who invested funds which he permitted defendant Anthony Vassallo to trade at TradeStation on his behalf. Through the proposed settlement, Mr. Porter has agreed to repay to the receivership the $37,724.89 in phony profit that he received from EIMT in exchange for a full release of claims; and

2) Authorizes Receiver to retain Michael E. Miller, owner and broker at Hacienda Properties and a title and escrow expert, at $175 an hour to review escrow files related to properties purchased by Jarom Dastrup and Jaren Ahlmann, who along with Anthony Vassallo, are fund managers for Vastmann Investment Partners LLC, which received over $10 million in excess distributions from EIMT. Mr. Miller shall be authorized to review escrow files on behalf of the receivership and to provide any other real estate related services Receiver believes will be appropriate and of benefit to the receivership estate.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT