FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S FOURTH APPLICATION FOR FEES AND COSTS**<br><br>Local Rule 66-232(g)<br><br>Date: May 9, 2011<br>Time: 10:00 a.m.<br>Courtroom: 4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

The fourth application of court-appointed receiver Stephen E. Anderson ("Receiver") for fees and costs incurred from October 1, 2010 through January 31, 2011 came on regularly for hearing on May 9, 2011 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed the papers of Receiver, and having heard the argument of counsel, and FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Receiver's Fourth Application for Fees and Costs is hereby GRANTED. Adequate and proper notice of this application was provided to Equity Investment Management and Trading, Inc. investors and other interested parties. The fees and costs sought by Receiver are reasonable and the services rendered have been of benefit to the receivership estate.

Accordingly, Receiver is authorized to make the following payments:

| Name | Fees | Costs | Total Payment |
|---|---|---|---|
| Receiver Stephen E. Anderson | $39,723.75 | $121.02 | $39,844.77 |
| Stephan A. Werth, C.P.A. | $12,477.50 | $0.00 | $12,477.50 |
| Cindi Sherrod | $29,400.00 | $2,148.74 | $31,548.74 |
| Demco Law Firm, P.S. | $2,364.00 | $351.90[1] | $2,715.90 |
| Futterman Dupree Dodd Croley Maier LLP | $52,895.75 | $3,752.35[2] | $56,648.10 |
| **TOTALS** | $136,861.00 | $6,374.01 | **$143,235.01** |

Receiver is also hereby authorized to continue to engage his Washington counsel, Demco Law Firm, P.S. at the increased rate of $250.00/hour, retroactive to October 1, 2010.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Futterman Dupree Dodd Croley Maier LLP has already issued a payment to Demco Law Firm, P.S., in the amount of $336.00 and has included this payment as a cost on its October 2010 invoice. This is reflected in Receiver's calculations.
[2] See note 1.