UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        NO. CIV. S-09-0665 LKK/DAD

    Plaintiff,

   v.

        O R D E R

ANTHONY VASSALLO, KENNETH
KENITZER, and EQUITY
INVESTMENT MANAGEMENT AND
TRAINING, INC.,

    Defendants.

_____/

    On July 7, 2011, the court received a letter from Frank Sanzari and Heidi Sanzari, ECF No. 413. In the letter, Mr. and Mrs. Sanzari complain about the receiver's conduct and request that the court take steps to limit the amount of fees taken from funds collected by the receiver. Although some of the Sanzaris' requests appear unrealistic, the court nonetheless requests a response to the letter, in writing, from the receiver within fifteen (15) days of the issuance of this order. That response shall also be served

1

```
1  on the Sanzaris.
2
3       IT IS SO ORDERED.
4       DATED:  July 12, 2011
5                                  _____
6                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
7                                  UNITED STATES DISTRICT COURT
```