1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   JAMIE L. DUPREE (158105)
2  JAIME G. TOUCHSTONE (233187)
   180 Sansome Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 399-3840
4  Facsimile: (415) 399-3838
   jdupree@fddcm.com
5  jgodin@fddcm.com

6  *Attorneys for Receiver*
   Stephen E. Anderson

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10                         **SACRAMENTO**

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-000665 LKK-DAD |
| 12                       *Plaintiff* | **NOTICE OF MOTION AND RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.** |
| 13               v. | |
| 14  ANTHONY VASSALLO, et al, | |
|                          *Defendants.* | |
| 15 | |
| 16 | |
| 17 | Date:       August 29, 2011 |
| 18 | Time:       10:00 a.m. |
|    | Location:   Courtroom 4, 15th Floor |
|    | Judge:      Hon. Lawrence K. Karlton |
| 19 | |

20       TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A.

21  HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD SCHOTTS, JR.

22  AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23       PLEASE TAKE NOTICE that on August 29, 2011, at 10:00 a.m., or as soon thereafter as

24  the matter can be heard in Courtroom 4 of the above-entitled Court, located at 501 I Street,

25  Sacramento, California 95814, Receiver Stephen E. Anderson will and hereby does move the

26  Court for an order directing J.R. Trust, Global Mergers & Acquisitions, Inc., William A.

27  Hayward and Richard Schotts, Jr. (collectively "Joint Tortfeasors") jointly and severally to

28  disgorge the $2,500,000 transferred to J.R. Trust by Defendant Equity Investment Management

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1 and Trading, Inc. ("EIMT"), including but not limited to, anything purchased with that

2 $2,500,000 and any profits therefrom.   Receiver also moves the Court for an order directing

3 respondents RAAR Investments, Ltd. ("RAAR") and Jack Miller ("Miller") to disgorge the

4 portion of the $2.5 million that they received from J.R. Trust. RAAR Investments, Ltd. should

5 be required to disgorge to Receiver $228,387.50 and Jack Miller should be required to disgorge

6 to Receiver $167,317.01.  Any amount recovered from these two respondents should be

7 considered as an offset to the $2.5 million owed by the Joint Tortfeasors.  Respondents should be

8 required to provide Receiver with an accounting concerning all funds received from EIMT.

9      This motion will be made on the grounds that $2.5 million of EIMT investor funds were

10 transferred by EIMT to J.R. Trust in connection with a purported investment, but Receiver's

11 investigation did not reveal statements, records or any other indication that this was a legitimate

12 "investment," nor did EIMT receive any benefit from it.  Instead, the respondents transferred

13 and/or spent EIMT's $2.5 million for their own benefit.

14      This motion will be based on the Court's August 20, 2009 Order authorizing summary

15 proceedings, this Notice of Motion and Motion, on the accompanying Memorandum of Points

16 and Authorities, the Declaration of Stephen E. Anderson, the Declaration of Jamie G.

17 Touchstone and Request for Judicial Notice ("Touchstone Declaration") filed herewith, on the

18 Declaration of Mark Siska filed on March 11, 2009 as Docket Number 7 attached as an exhibit to

19 the Touchstone Declaration, on the Declaration of Ethan Conrad filed on March 11, 2009 as

20 Docket Number 8 and attached as an exhibit to the Touchstone Declaration, on all the pleadings

21 and papers on file herein and on such oral and documentary evidence  as may be presented at the

22 hearing on this matter.

23

24 Dated:  July 28, 2011                       FUTTERMAN DUPREE DODD
                                      CROLEY MAIER LLP

25

26                                    By:___/s/ Jamie L. Dupree_____

27                                     Jamie L. Dupree
                                    Attorneys for Receiver Stephen E. Anderson

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF MOTION AND RECEIVER'S MOTION TO DISGORGE $2.5 MILLION FROM J.R. TRUST
CASE NO. CV 09-000665 LKK-DAD