FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  *Plaintiff*<br><br>  v.<br><br> ANTHONY VASSALLO, et al,<br><br>  *Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.**<br><br>Date:      August 29, 2011<br>Time:     10:00 a.m.<br>Location: Courtroom 4, 15th Floor<br>Judge:    Hon. Lawrence K. Karlton |

The motion of Receiver Stephen E. Anderson ("Receiver") to Order Disgorgement of $2,500,000 from J.R. Trust, Global Mergers & Acquisitions, Inc., William A. Hayward, RAAR Investments, Ltd., Jack Miller and Richard Schotts, Jr. (collectively, "Respondents") came on regularly for hearing in Courtroom 4 of the above-entitled Court on August 29, 2011, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver.

The Court having considered the papers submitted in support of and in opposition to such motion, and the arguments of counsel and for good cause shown,

THE COURT FINDS AND ORDERS AS FOLLOWS:

1   Adequate and fair notice of this disgorgement motion was provided to Respondents
2   pursuant to the Court's August 20, 2009 Order.
3   Global Mergers & Acquisitions, Inc., William A. Hayward, J.R. Trust and Richard J.
4   Schotts, Jr. ("Joint Tortfeasors") induced EIMT to transfer $2.5 million to J.R. Trust in exchange
5   for a share of profits realized from a "Private Placement Trading Program" which was to be a
6   lucrative investment for EIMT. The "transaction" was fraudulent. No trading was ever initiated,
7   nor did EIMT ever receive any return on its $2.5 million "investment." RAAR Investments, Ltd.
8   and Jack Miller received significant amounts of EIMT's $2.5 million for no legitimate reason.
9   The $2.5 million in EIMT investor funds transferred to the Joint Tortfeasors are held in
10  constructive trust for EIMT for the benefit of its investors. The funds transferred to RAAR
11  Investments, Ltd. and Jack Miller are also held in constructive trust for EIMT for the benefit of
12  its investors.
13  Therefore, Receiver's motion for disgorgement is hereby GRANTED. The Joint
14  Tortfeasors are ordered, jointly and severally, to immediately disgorge the $2.5 million
15  immediately, anything purchased with that $2.5 million, including but not limited to any and all
16  profits therefrom. It is hereby further ordered that RAAR Investments, Ltd. shall immediately
17  disgorge to Receiver $228,387.50 and Jack Miller shall immediately disgorge to Receiver
18  $167,317.01. Any amount recovered from RAAR Investments, Ltd. and Jack Miller will be
19  considered as an offset to the $2.5 million owed by the Joint Tortfeasors.
20  All respondents shall also provide to Receiver a full accounting of all funds received from
21  EIMT.
22  **IT IS SO ORDERED.**
23  Dated: _____, 2011        _____
24                                      Hon. Lawrence K. Karlton
                                        United States District Judge