FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>Defendants. | Case No. CV 09-000665 LKK-DAD<br><br>**CERTIFICATE OF SERVICE**<br>*re Receiver's Motion to Order Disgorgement Of $2.5 Million Transferred to J.R. Trust and supporting papers*<br><br>Date: August 29, 2011<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman Dupree Dodd Croley Maier LLP, 180 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman Dupree Dodd Croley Maier LLP for the collection and processing of correspondence.

On July 28, 2011, I served a copy of the following document(s):

**NOTICE OF MOTION AND RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RECEIVER'S MOTION TO ORDER DISGORGEMENT $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.**

1

1  DECLARATION OF STEPHEN E. ANDERSON IN SUPPORT OF MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.

2
3
4  DECLARATION OF JAIME G. TOUCHSTONE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.
5
6
7  [PROPOSED] ORDER GRANTING RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $2,500,000 TRANSFERRED TO J.R. TRUST, GLOBAL MERGERS & ACQUISITIONS, INC., WILLIAM A. HAYWARD, RAAR INVESTMENTS, LTD., JACK MILLER AND RICHARD J. SCHOTTS, JR.
8

9  by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to
10 the ordinary business practice of this office in the manner and/or manners described below to each
11 of the parties herein and addressed as follows:

12  __X__  BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman Dupree Dodd Croley Maier LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.
13
14

| JR Trust<br>P.O. Box 3476<br>Redondo Beach, CA 90277-1476 | Global Mergers and Acquisitions, Inc.<br>2801 Youngfield, Suite 110<br>Golden, CO 804401 |
| --- | --- |
| William Hayward<br>33358 Alta Vista Dirve<br>Evergreen, CO 80439-9643 | William Hayward<br>1134 Indian Mound Trail<br>Vero Beach, FL 32963 |
| Richard J. Schotts, Jr.<br>P.O. box 3476<br>Redono Beach, CA 90277-1476 | Richard J. Schotts, Jr.<br>503 Gertruda Avenue<br>Redono Beach, CA 90277-42544 |
| Jack Miller<br>4018 Strolling Court<br>Merced, CA 95340-8104 | RAAR Investments, Ltd.<br>1117 Desert Lane, Ste. 10A – 515<br>Las Vegas, NV 89102 |

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury, under the laws of the united State of America, that the above is true and correct.

Executed on July 28, 2011, at San Francisco, California.

_____
Lori Dotson