UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,

        Defendants.

NO. CIV. S-09-0665 LKK/DAD

O R D E R

On July 7, 2011, Frank and Heidi Sanzari, EIMT investors, sent a letter to the court complaining about the conduct of the Receiver in the above-captioned case. It was docketed as Doc. No. 413. The court ordered the Receiver to respond to the Sanzaris' letter. (Doc. No. 414). On July 27, 2011, the Receiver filed a response to the letter. On August 16, 2011, Frank Sanzari emailed a response to the Receiver's letter to the lkk-pleadings@caed.uscourts.gov email address. The court contacted Mr. Sanzari to determine whether he has also mailed a hard copy version of his response to the

1

court. He indicated that he has mailed such a version, but the court has yet to receive it. It is possible that the mailed version did not include the case number on it and, thus, was not directed to this court.[1]

The court does not respond to informal communications. For this reason, the court instructs the Sanzaris to, if they so choose, file either a formal motion to the court in which they lay out the relief they seek and the reasons why the court should grant such relief or file formal objections to the Receiver's next fee petition and report in which they lay out the basis for their objections and what actions they believe the court should take because of their objections.[2]

The Clerk of Court is instructed to serve this letter upon the Frank and Heidi Sanzari at 3529 Villero Court, Pleasanton, CA 94566.

IT IS SO ORDERED.

DATED: August 24, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] If the court is able to locate the letter, it will instruct the Clerk of Court to file the letter in this case.

[2] The court notes that it has held numerous hearings in this case, including five concerning the Receiver's reports and fee petitions, in which all EIMT investors received notice by mail and not a single objection has been filed nor have any investors appeared at these hearings. The court has held hearings on all of the unopposed requests for approval of reports and fee petitions for the specific purpose of allowing investors or other interested parties to make objections.

2