FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jgodin@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER SETTING PROCEDURES FOR AUCTION AND CONFIRMATION HEARING FOR ISLAND PARK PROPERTY [28 U.S.C. § 2001(a)]**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR") and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

EIMT investor funds were used to purchase a luxury residential property on a private reservoir located at 3788 Century Drive, Island Park, Idaho (APN 214-210-07) (the "Island Park Property"). The Island Park Property has a $1.0 million deed of trust on it from the seller.

Pursuant to orders previously issued by this Court, the Receiver has taken control of the Island Park Property and the Court has authorized Receiver to make interest payments on the deed of trust.

Receiver has marketed the Island Park Property and has held it open for tours by potential purchasers, which has generated some significant interest in the Island Park Property. In Receiver's experience, a sealed bid public auction will likely generate the highest sales proceeds for the Island Park Property, particularly since the Island Park Property is a unique and difficult to value luxury property.

Receiver is hereby authorized to conduct a sealed bid public auction of the Island Park Property as set forth herein.  The purchase price shall be all cash, and a ten percent deposit via cashier's or bank check must be included with the sealed bid.  The Island Park Property shall be sold as is with no representations or warranties.   Receiver is authorized to pay from the sale proceeds those costs of sale normally paid by a seller of real estate in Fremont County, Idaho, and the balance due and owing on the deed of trust.    There shall be a confirmation hearing for the sale before this Court on the first available hearing date at least seven (7) days after the public auction provided that Receiver files his papers seeking confirmation of the sale at least five (5) days prior to the proposed confirmation hearing date.  No overbids will be permitted at the confirmation hearing.  The sale shall close as soon as practicable after the confirmation hearing.

Receiver shall advertise the public auction weekly for four weeks in advance of that auction in the major papers for the area, the *Post Register* for Idaho Falls, Idaho and the *Island Park News* for Island Park, Idaho.  Receiver shall also provide notice of the public auction to EIMT's investors and to those persons who have expressed interest in purchasing the Island Park Property, and such notice shall also specific the anticipated date and time of the confirmation hearing for the sale.  Receiver shall post his confirmation hearing papers on his website, www.eimtreceivership.com.  Receiver need not send a new notice of the confirmation hearing unless the date changes from the date specified in the original notice.

Receiver shall have the discretion to reject any and all bids made at the public auction if he deems them insufficient.

The auction shall be held as soon as practicable after providing notice by publication for at least four weeks.

These procedures are designed to comply with 28 U.S.C. sections 2001(a) and 2002. To the extent that this order is inconsistent with those provisions or other applicable law, those provisions are waived, and the Court finds that the procedures set forth herein for the public auction of the Island Park Property are fair and reasonable.

**IT IS SO ORDERED.**

Dated:   September 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT