FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER AUTHORIZING RECEIVER TO EMPLOY BANKRUPTCY COUNSEL**<br><br>**[Local Rule 232(g)]**<br><br>**Judge Lawrence K. Karlton** |

On April 30, 2009, this Court filed the Order Appointing Temporary Receiver for Equity Investment Management and Trading, Inc. ("EIMT") and Order to Show Cause for Appointment of Permanent Receiver ("OAR"), and on July 31, 2009, the Court filed an Order permanently appointing Receiver. Pursuant to the OAR, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's investigation has revealed that certain EIMT debtors have filed or are in the process of filing for bankruptcy protection. Receiver believes that some of these debtors may be doing so to avoid making repayment to the EIMT investors. Receiver seeks authorization to retain local bankruptcy counsel, the Law Offices of Miriam Hiser, to advise him with respect to what action, if any, he should take to pursue EIMT debtors in California's bankruptcy courts and

to take such action on his behalf as necessary.  Receiver proposes that he be permitted to retain Miriam Hiser, who has 20 years of experience in bankruptcy law, and whose hourly rate is $350.00.  Receiver believes Ms. Hiser is well-qualified to assist him in this matter, and that her rate is reasonable in light of her experience and the services needed.

Accordingly, pursuant to Local Rule 232(g), Receiver is hereby authorized to engage the Law Offices of Miriam Hiser, and to utilize the services of Miriam Hiser at $350 an hour, retroactive to September 21, 2011.  Receiver is hereby further authorized to utilize the services of other attorneys and staff at the Law Offices of Miriam Hiser, provided that the billing rates of those attorneys and staff are commensurate with their level of experience and the rates authorized herein.  Notwithstanding this order, the actual compensation of the persons employed by Receiver shall be fixed by the Court in conformity with Local Rule 232(g).

**IT IS SO ORDERED.**

Dated:  September 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT