FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al.,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**STIPULATION FOR ORDER AND ORDER CONTINUING RECEIVER'S MOTION TO ORDER DISGORGEMENT OF $100,000 TRANSFERRED TO ELEVATE COMMUNICATIONS, LLC AND WRIGHT THURSTON CURRENTLY SET FOR NOVEMBER 7, 2011**<br><br>**Hon. Lawrence K. Karlton** |

The parties, by and through their respective counsel, stipulate pursuant to Civil L.R. 143 and 230(F) for an Order continuing Receiver Stephen E. Anderson's motion for an order directing Elevate Communications, LLC and Wright Thurston (collectively, "Respondents"), to disgorge the $100,000 transferred to them by Defendant Equity Investment Management and Trading, Inc. ("EIMT"), currently set for November 7, 2011 at 10:00 a.m. ("Disgorgement Motion"), and continuing the opposition and reply brief dates correspondingly.

On October 6, 2011, Receiver filed his Disgorgement Motion and set it for hearing on November 7, 2011 at 10:00 a.m.  Respondents' opposition is due to be filed on October 24, 2011 and Receiver's reply brief must be filed no later than November 2, 2011.

Respondents only recently retained litigation counsel in this matter and requested that Receiver grant them a continuance to respond to his Disgorgement Motion. Additionally, the parties are interested in discussing a possible settlement or resolution of the matter which is the subject of the Disgorgement Motion. To permit those efforts to occur unimpeded and to avoid unnecessary expenditure of the parties' and the Court's time and resources in briefing, preparing for and attending the hearing currently set for November 7, 2011, the parties wish to continue the hearing on the motion to November 21, 2011, and to continue the dates for the filing of the opposition and reply papers correspondingly.

Dated: October 20, 2011

FUTTERMAN DUPREE
DODD CROLEY MAIER LLP

By: /s/ Jaime G. Touchstone
Jaime G. Touchstone
*Attorneys for Receiver*
Stephen E. Anderson

Dated: October 20, 2011

SNELL & WILMER

By: /s/ Matthew L. Lalli
Matthew L. Lalli
*Attorneys for Respondents*
Wright Thurston and Elevate Communications

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the hearing on the Receiver's motion for an order directing Elevate Communications, LLC and Wright Thurston, to disgorge the $100,000 transferred to them by Defendant Equity Investment Management and Trading, Inc., currently set for November 7, 2011 at 10:00 a.m. ("Disgorgement Motion"), is continued to November 21, 2011, at 10:00 a.m. Defendants may file an opposition brief, on or before November 7, 2011, and the Receiver may file a reply brief on or before November 16, 2011.

**IT IS SO ORDERED.**

Dated: October 20, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT