FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al.,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION TO CONFIRM AND/OR APPROVE THE SALE OF 3788 CENTURY DRIVE, ISLAND PARK, IDAHO PROPERTY**<br><br>Date:         November 7, 2011<br>Time:        10:00 a.m.<br>Courtroom: 4, 15th Floor<br>Judge:  Hon. Lawrence K. Karlton |

Receiver Stephen E. Anderson's Motion to Confirm and/or Approve the Sale of 3788 Century Drive, Island Park, Idaho Property came on regularly for hearing in Courtroom 4 of the above-entitled Court on November 7, 2011, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver.  The Court having considered the papers submitted in support of the application, and the arguments of counsel and for good cause shown,

THE COURT FINDS AND ORDERS AS FOLLOWS:

Receiver's Motion to Confirm and/or Approve the Sale of 3788 Century Drive, Island Park, Idaho Property is hereby GRANTED.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[AM. PROPOSED] ORDER GRANTING MOTION TO CONFIRM AND/OR APPROVE THE SALE OF ISLAND PARK PROPERTY
CASE NO. CV 09-000665 LKK-DAD

1    According to the Receiver's Declaration (Dkt. No. 439-02):  Receiver has complied with the procedures to sell the luxury residential property on a private reservoir located at 3788 Century Drive, Island Park, Idaho (APN 214-210-07) (the "Island Park Property") set forth in the Court's September 20, 2011 Order (Document No. 426);

Title to the Island Park Property is held in the name of EIMT Properties, LLC, over which Receiver has been appointed as Receiver (Document No. 128);

A sealed bid public auction of the Island Park Property was held on October 22, 2011, with two bids being received for the all-cash purchase of the property;

The high bid of $1,030,000 was submitted by L2 Limited Partnership and L3 Limited Partnership (the "Purchasers") and included a deposit of ten percent (10%) of the proposed purchase price ($103,000);

Although the sale will result in only approximately $1,500 being transmitted to the receivership estate, it is in the best interest of the receivership estate since continuing to hold the Island Park Property will result in significant additional expense without a realistic prospect that the Island Park Property's value will increase in the future to cover those additional carrying costs and result in greater proceeds being remitted to the receivership estate; and

The Purchasers have requested that title be issued in the name of Lewis J. Newman and Dana Newman (husband and wife) and Lane L. Newman and Loni K. Newman (husband and wife), and Receiver has no objection to closing the sale with title being issued as requested.

Accordingly, Receiver is hereby authorized to execute and convey the Island Park Property as is, with no representations and warranties, to Lewis J. Newman and Dana Newman (husband and wife) and Lane L. Newman and Loni K. Newman (husband and wife) or to any other designee(s) directly by the Purchasers, for the purchase price of $1,030,000, with Receiver paying all closing costs customarily paid by a seller of real estate in Fremont County, Idaho;

Receiver is further authorized to pay the balance due and owing on note and the deed of trust on the Island Park Property from the sales proceeds;

Receiver is hereby further authorized to execute all documents necessary to legally convey the Island Park Property as set forth in this order; and

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[AM. PROPOSED] ORDER GRANTING MOTION TO CONFIRM AND/OR APPROVE THE SALE OF ISLAND PARK PROPERTY
CASE NO. CV 09-000665 LKK-DAD

1    If the confirmed and approved sale is not closed by the Purchasers, then the Purchasers
2  shall forfeit their ten percent (10%) deposit of $103,000.
3    The sale shall close as soon as reasonably practicable after receipt of this order.
4  **IT IS SO ORDERED.**

6  Dated:  November 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

[AM. PROPOSED] ORDER GRANTING MOTION TO CONFIRM AND/OR APPROVE THE SALE OF ISLAND PARK PROPERTY
CASE NO. CV 09-000665 LKK-DAD