FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S SIXTH INTERIM REPORT FILED ON NOVEMBER 21, 2011**<br><br>Date:        December 19, 2011<br>Time:        10:00 a.m.<br>Courtroom:   4<br>Judge:       Hon. Lawrence K. Karlton |

The Sixth Interim Report Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 19, 2011 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Sixth Interim Report filed November 21, 2011, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Sixth Interim Report filed on November 21, 2011 is hereby approved, and Receiver's acts on behalf of the receivership described therein are hereby approved, authorized

1 and ratified.

2     **IT IS SO ORDERED.**

4 Dated: December 19, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT