UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,

    Defendants.
_____/

NO. CIV. S-09-0665 LKK/DAD

O R D E R

Good cause having been shown, the Motion to Withdraw as Attorneys for Elevate Communications, LLC and Wright Thurston (ECF No. 464), is **GRANTED**.[1]

IT IS SO ORDERED.

DATED: November 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This order is made on condition that counsel has returned the clients' documents and unearned fees, if any, pursuant to Cal. R. Prof. Conduct 3-700(D). If these requirements have not been satisfied within two weeks of the date of this order, counsel shall so notify the court.

1