FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff* <br><br> v. <br><br> ANTHONY VASSALLO, et al, <br><br> *Defendants*. | Case No. CV 09-000665 LKK-DAD <br><br> **ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S SEVENTH INTERIM REPORT FILED ON NOVEMBER 7, 2012** <br><br> Date:        December 17, 2012 <br> Time:        10:00 a.m. <br> Courtroom:   4 <br> Judge:       Hon. Lawrence K. Karlton |

The Seventh Interim Report of Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 17, 2012 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed Receiver's Seventh Interim Report filed November 7, 2012, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Seventh Interim Report filed on November 7, 2012, is hereby approved, and Receiver's acts on behalf of the receivership described therein are hereby approved, authorized

and ratified, including but not limited to Receiver's settlement with investor John Faerber in the amount of $15,937.00, investor Richard Martinez in the amount of $1,200.00, and investor Carmen Cook in the amount of $28.78.

Receiver is authorized to attempt to secure clawback settlements independent of litigation by offering discounted settlements to the investors and fund managers subject to clawback, subject to further Court approval of any individual settlements.

**IT IS SO ORDERED.**

Dated:   December 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT