FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff* <br><br> v. <br><br> ANTHONY VASSALLO, et al, <br><br> *Defendants*. | Case No. CV 09-000665 LKK-DAD <br><br> **ORDER GRANTING RECEIVER'S SIXTH APPLICATION FOR FEES AND COSTS** <br><br> Local Rule 66-232(g) <br><br> Date: December 17, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 4, 15th Floor <br> Judge: Hon. Lawrence K. Karlton |

The sixth application of court-appointed receiver Stephen E. Anderson ("Receiver") for fees and costs incurred from October 1, 2011 through August 31, 2012, came on regularly for hearing on December 17, 2012, at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with Jamie L. Dupree appearing on behalf of Receiver;

Having reviewed the papers of Receiver, and having heard the argument of counsel, and FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Receiver's Sixth Application for Fees and Costs is hereby GRANTED. Adequate and proper notice of this application was provided to Equity Investment Management and Trading, Inc. investors and other interested parties. The fees and costs sought by Receiver are reasonable and the services rendered have been of benefit to the receivership estate.

Accordingly, Receiver is authorized to make the following payments:

| Name | Fees | Costs | Total Payment |
|---|---|---|---|
| Receiver Stephen E. Anderson | $117,202.50 | $670.62 | $117,873.12 |
| Stephan A. Werth, C.P.A. | $15,785.00 | – | $15,785.00 |
| Cindi Sherrod | $56,142.50 | $2,680.74 | $58,823.24 |
| Demco Law Firm, P.S. | $200.00 | – | $200.00 |
| The Law Offices of Miriam Hiser | $32,900.00 | $1,614.79 | $34,514.79 |
| Futterman Dupree Dodd Croley Maier LLP | $70,059.50 | $3,158.60 | $73,218.10 |
| **TOTALS** | **$292,289.50** | **$8,124.75** | **$300,414.25** |

**IT IS SO ORDERED.**

Dated:   December 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT