FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al.,<br><br>*Defendants*. | Case No. CV-S 09-665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S MOTION TO CONFIRM AND/OR APPROVE THE SALE OF 19990 BROCKMAN MILL ROAD, FIDDLETOWN, CA PROPERTY**<br><br>Date:        April 22, 2013<br>Time:       10:00 a.m.<br>Courtroom: 4, 15th Floor<br>Judge:       Hon. Lawrence K. Karlton |

Receiver Stephen E. Anderson's Motion to Confirm and/or Approve the Sale of 19990 Brockman Mill Road, Fiddletown, California Property came on regularly for hearing in Courtroom 4 of the above-entitled Court on April 22, 2013, at 10:00 a.m., the Honorable Lawrence K. Karlton presiding, with counsel appearing on behalf of Receiver. The Court having considered the papers submitted in support of the application, and the arguments of counsel and for good cause shown,

NOW, THEREFORE, good cause being shown, the court finds and orders as follow:

1. Receiver's Motion to Confirm and/or Approve the Sale of 19990 Brockman Mill Road, Fiddletown, CA 95629 (APN 021-050-023) (the "Fiddletown Property") is hereby GRANTED.

2. Receiver has provided proper and adequate notice of the sale of the Fiddletown

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER GRANTING MOTION TO CONFIRM AND/OR APPROVE THE SALE OF FIDDLETOWN PROPERTY
CASE NO. CV 09-000665 LKK-DAD

1. Property in compliance with the Court's February 1, 2010 Order (Document No. 212);

3. The value received for the Fiddletown Property is fair and reasonable to the receivership estate, and the sale of the Fiddletown Property is in the best interest of the receivership estate;

4. The sale and conveyance of the Fiddletown Property to Cathryn Barone (the "Purchaser") for $165,000 is hereby approved and confirmed.  Receiver is hereby authorized to execute and convey the Fiddletown Property as is, with no representations and warranties, to Purchaser or to any other designee(s) directly by the Purchaser, for the purchase price of $165,000, with Receiver paying all closing costs customarily paid by a seller of real estate in Amador County, California.  Receiver is further authorized to complete all appropriate conveyance documents to complete the transaction between the parties.

5. If the Purchaser fails to close the sale after confirmation and approval, then the Purchaser shall forfeit her $1,000 deposit to Receiver.

6. The sale shall close as soon as reasonably practicable after receipt of this order.

7. Receiver shall account for the costs and proceeds of such sale in his final accounting for this matter.

**IT IS SO ORDERED.**

Dated:  April 22, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Futterman Dupree Dodd Croley Maier llp

2

[Proposed] Order Granting Motion to Confirm and/or Approve the Sale of Fiddletown Property
Case No. CV 09-000665 LKK-DAD