FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER GRANTING RECEIVER'S REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>**Judge Lawrence K. Karlton** |

Receiver Stephen E. Anderson ("Receiver") filed his Motion for Disgorgement Against Defendant Anthony Vassallo (Doc. No. 479) ("Motion") on October 4, 2013, which was heard on November 4, 2013. In an Order dated November 4, 2013, and filed on November 6, 2013 (Doc. No. 485) (the "Order"), the Court directed Receiver to submit supplemental briefing on specific issues concerning Receiver's Motion. The Order specified that the supplement briefing be filed 14 days of the date of that order, or by November 18, 2013.

Receiver has requested a brief extension of time to November 22, 2013 to file the supplemental briefing;

For good cause shown,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Receiver's request for an extension of time to November 22, 2013 to file the

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER GRANTING RECEIVER'S REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. CV 09-000665 LKK-DAD

1  supplemental briefing in response to the Court's Order (Doc. No. 485) IS HEREBY GRANTED.
2  The other terms of the Court's Order remain in full force and effect.
3  **IT IS SO ORDERED.**

5  Dated:  November 13, 2013

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
[PROPOSED] ORDER GRANTING RECEIVER'S REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. CV 09-000665 LKK-DAD