FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 LKK-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S EIGHTH INTERIM REPORT FILED ON NOVEMBER 4, 2013**<br><br>Date:      December 9, 2013<br>Time       10:00 a.m.<br>Location:  Courtroom 4, 15th Floor<br>Judge:     Hon. Lawrence K. Karlton |

The Eighth Interim Report of Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 9, 2013 at 10:00 a.m. in Courtroom 4 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with counsel appearing on behalf of Receiver;

Having reviewed Receiver's Eighth Interim Report filed November 4, 2013, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Eighth Interim Report filed on November 4, 2013, is hereby approved, and Receiver's acts on behalf of the receivership described therein are hereby approved, authorized

and ratified, including but not limited to Receiver's settlements with the Martin Family Trust (Bob and Dianne Martin), Rebecca and Mark Fellows, Giselle Ferguson and Reid Green.

**IT IS SO ORDERED.**

Dated:  December 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT