David R. Chase, P.A.RLA. Bar NO. 967970
Law Firm of David R. Chase, Esq.
1700 East Las Olas Boulevard, Suite 305
Fort Lauderdale, FL 33301
Phone:(954)920-7779

Clyde M. Blackmon (SBN 36280)
Rothschild Wishek & Sands LLP.
765 University Avenue
Sacramento, CA 95825
Phone:(916)444-9845
Facsimile:(916)640-0027

Attorneys for Defendant,
Anthony Vassallo

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CV-00665 LKK-DAD |
| Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ANTHONY VASSALLO TO RESPOND TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT |
| vs. | |
| ANTHONY VASSALLO, KENNETH KENITZER, AND EQUITY INVESTMENT MANAGEMENT AND TRADING INC. | |
| Defendant. | |

Defendant Anthony Vassallo ("Defendant"), by and through undersigned counsel, hereby respectfully files his Unopposed Motion for Extension of Time to Respond to Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion for Final Judgment. In support, Defendant states:

1. On November 22, 2013, Plaintiff filed its Motion for Final Judgment as against Defendant seeking entry of a final judgment that would order Defendant to pay disgorgement,

- 1 -

UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ANTHONY VASSALLO TO RESPOND TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT

prejudgment interest and a civil penalty.  Defendant previously agreed to the imposition of a permanent injunction.

2. Defendant is currently incarcerated in Federal Prison after having been sentenced to sixteen (16) years, with three (3) years supervised release, in a related criminal action.

3. Undersigned counsel and counsel for Plaintiff have reached agreement in principle on a resolution of Plaintiff's Motion for Final Judgment, subject to satisfactory language and ultimate approval by the Commission in Washington, D.C. Settlement papers, once completed, will have to be sent to Defendant in prison, signed and returned.

4. In light of the above, a two week extension of time up through and including December 20, 2013, is sought within which to secure sufficient time to document and finalize the settlement, and then transmit same to Defendant for execution.

5. Plaintiff's counsel has no objection to the requested extension of time.

WHEREFORE, based upon the foregoing, the Defendant respectfully seeks a two-week extension of time up through and including December 20, 2013, within which to file his response to Plaintiff's Motion for Final Judgment.

DATED:  December 6, 2013         By:   /s/ David R. Chase____
                                       David R. Chase
                                       Attorney for Defendant
                                       Anthony Vassallo

DATED:  December 6, 2013         By:   /s/ Clyde M. Blackmon__
                                       Clyde M. Blackmon
                                       Attorney for Defendant
                                       Anthony Vassallo

- 2 -

UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ANTHONY VASSALLO TO RESPOND TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT

1 **ORDER**

2 Good cause appearing and there being no objection, (1) time
3 is extended to February 17, 2014, at 4:30 p.m., for defendant
4 Anthony Vassallo to file his response to the plaintiff's motion
5 for final judgment, (2) plaintiff's reply, if any, shall be
6 filed no later than February 24, 2014 at 4:30 p.m., and the
7 hearing on plaintiff's motion is CONTINUED to March 17, 2014 at
8 10:00 a.m.

9 IT IS SO ORDERED.

10 DATED: January 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ANTHONY VASSALLO TO RESPOND TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT