1  JINA L. CHOI (New York Bar No. 2699718)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  LLOYD FARNHAM (Cal. Bar No. 202231)
     farnhaml@sec.gov
3  MONIQUE C. WINKLER (Cal. Bar. No 213031)
     winklerm@sec.gov
4

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
7  Telephone: (415) 705-2500
   Facsimile:   (415) 705-2501

8

9

10                 UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                   SACRAMENTO DIVISION

13

14  SECURITIES AND EXCHANGE          Case No. 2:09-CV-00665-LKK-DAD
15  COMMISSION,

16          Plaintiff,               STIPULATION REGARDING HEARING
                                     ON PLAINTIFF'S MOTION FOR FINAL
17      vs.                          JUDGMENT AGAINST DEFENDANT
                                     ANTHONY VASSALLO
18  ANTHONY VASSALLO, KENNETH
    KENITZER, and EQUITY INVESTMENT
19  MANAGEMENT AND TRADING, INC.,    Hearing Date:
                                     Honorable Lawrence K. Karlton
20          Defendants.              March 17, 2014, 10:00 a.m.
                                     Courtroom 4
21

22

23

24

25

26

27

28

**STIPULATION**

The Plaintiff Securities and Exchange Commission ("Commission") has filed a Motion for Final Judgment against Defendant Anthony Vassallo.  Mr. Vassallo has, in turn, filed a Response to the Commission's Motion for Final Judgment, and the Commission has filed its Reply.  By order dated January 7, 2014, the Court has scheduled a hearing on the Commission's Motion for Final Judgment for March 17, 2014, at 10:00 a.m.

The parties to the pending motion, the Commission and Mr. Vassallo, agree that there is no need for a hearing or oral argument on the Motion for Final Judgment in light of the parties' briefing of the issues in their filed papers.  With this stipulation, the parties to the pending motion request that the Court vacate the hearing set for March 17, 2014, and request that the Court rule on the Motion for Final Judgment on the papers submitted.

ACCORDINGLY, pursuant to Local Rule 230(g), the parties to the pending Motion for Final Judgment against Defendant Anthony Vassallo stipulate that the motion may be submitted upon the record and briefs on file, and request that the hearing scheduled for March 17, 2014 be vacated.

DATED:  March 5, 2014                    Respectfully submitted,


/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff SECURITIES AND
EXCHANGE COMMISSION

/s/ Clyde M. Blackmon
CLYDE M. BLACKMON
DAVID R. CHASE (pro hac vice)
Attorneys for Defendant
ANTHONY VASSALLO


Pursuant to the above stipulation, IT IS SO ORDERED.

DATED:  March 6, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT