1    David R. Chase, P.A.RLA. Bar NO. 967970
     Law Firm of David R. Chase, Esq.
2    1700 East Las Olas Boulevard, Suite 305
     Fort Lauderdale, FL 33301
3    Phone:(954)920-7779

4    Clyde M. Blackmon (SBN 36280)
     Rothschild Wishek & Sands LLP.
5    765 University Avenue
     Sacramento, CA 95825
6    Phone:(916)444-9845
     Facsimile:(916)640-0027
7
8    Attorneys for Defendant,
     Anthony Vassallo

9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                   EASTERN DISTRICT OF CALIFORNIA

12

13   UNITED STATES OF AMERICA,          Case No.: 2:09-CV-00665 LKK-DAD

14          Plaintiff,                      APPLICATION FOR ORDER
                                            SHORTENING TIME TO HEAR
15       vs.                                MOTION FOR PERMISSION TO
                                            WITHDRAW AS COUNSEL OF RECORD
16   ANTHONY VASSALLO, KENNETH             AND REQUEST THAT THE TIME FOR
     KENITZER, AND EQUITY INVESTMENT       ANTHONY VASSALLO TO FILE A
17   MANAGEMENT AND TRADING INC.           NOTICE OF APPEAL BE EXTENDED;
                                           ORDER
18          Defendant.

19

20   **TO:  THE COURT AND ALL PARTIES IN INTEREST**

21       **PLEASE TAKE NOTICE** that David R. Chase and Clyde M.

22   Blackmon, attorneys of record for Anthony Vassallo, hereby

23   request the Court to issue an order shortening time so that

24   their Motion for Permission to Withdraw as Counsel of Record and

25   Request That the Time For Anthony Vassallo to File a Notice of

26   Appeal Be Extended (the underlying motion) may be heard on the

27   Court's law and motion calendar at 10:00 a.m. on July 7, 2014.

28

- 1 -

1    The application is made pursuant to Rule 144(e) of the

2  Local Rules of Practice and is based on the attached declaration

3  of Clyde M. Blackmon.

4  DATED:  June 17, 2014         By:  /s/ Clyde M. Blackmon___

5                                     Clyde M. Blackmon
                                       Attorney for Defendant
6                                      Anthony Vassallo

APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR PERMISSION TO
WITHDRAW AS COUNSEL OF RECORD AND REQUEST THAT THE TIME FOR ANTHONY VASSALLO
TO FILE A NOTICE OF APPEAL BE EXTENDED; [PROPOSED] ORDER

**DECLARATION OF CLYDE M. BLACKMON IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME**

I, Clyde M. Blackmon, declare:

1. I am an attorney licensed to practice law in California, and I am admitted to practice before this Court.

2. David R. Chase, an attorney whose offices are in Fort Lauderdale, Florida, and I are attorneys of record for Anthony Vassallo in this case.  As set forth in connection with their Motion for Permission to Withdraw as Counsel of Record and Request That the Time for Anthony Vassallo to File a Notice of Appeal Be Extended (the underlying motion), Mr. Chase is admitted *pro hac vice* to represent Anthony Vassallo, and I am Mr. Chase's local counsel designee pursuant to Rule 180(b)(2)(ii) of the Local Rules of Practice.

3. The litigation against Mr. Vassallo by the Securities and Exchange Commission has been terminated by the Court's Order and Final Judgment Against Anthony Vassallo which were filed on May 23, 2014.  Therefore, in the underlying motion, Mr. Chase and I are asking the Court for permission to withdraw as counsel of record for Anthony Vassallo.  Since Mr. Vassallo is now serving a 16 year sentence in a federal penitentiary, and given the difficulty that a prison inmate has in communicating with people outside the prison, we are also asking the Court to extend the time in which Mr. Vassallo may file a notice of appeal.

4. I have been informed by the Court's Courtroom Deputy Clerk that the next available law and motion date on which the underlying motion may be heard is July 28, 2014.  However, in

1   the underlying motion we are requesting that the time for Mr.

2   Vassallo to file a notice of appeal be extended to July 22,

3   2014.  Therefore, the time to hear the underlying motion needs

4   to be shortened so that the Court may consider the matter before

5   the time for the filing of a notice of appeal has otherwise

6   expired.

7        5. I have been informed by the Court's Courtroom Deputy

8   Clerk that July 7, 2014, is available on the Court's law and

9   motion calendar.  For the foregoing reason, I request that time

10  be shortened and the underlying motion be placed on the Court's

11  law and motion calendar at 10:00 a.m. on July 7, 2014.

12       6. On June 16, 2014, I spoke by telephone with Lloyd

13  Farnharm, one of the Securities and Exchange Commission's trial

14  counsel in this case.  Mr. Farnharm authorized me to inform the

15  Court that he has no objection to the Court shortening the time

16  for the hearing of the underlying motion.

17       Executed at Sacramento, California this 17th day of June,

18  2014.

19       I declare under penalty of perjury that the foregoing is

20  true and correct.

21                              /s/ Clyde M. Blackmon_____
                                CLYDE M. BLACKMON
22

23

24

25

26

27

28

_____

- 4 -

APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR PERMISSION TO
WITHDRAW AS COUNSEL OF RECORD AND REQUEST THAT THE TIME FOR ANTHONY VASSALLO
TO FILE A NOTICE OF APPEAL BE EXTENDED; [PROPOSED] ORDER

## ORDER SHORTENING TIME

GOOD CAUSE APPEARING it is ordered that time be shortened for the hearing of the  Motion for Permission to Withdraw as Counsel of Record and Request That the Time for Anthony Vassallo to File a Notice of Appeal Be Extended (the underlying motion) filed by David R. Chase and Clyde M. Blackmon.

It is further ordered that the underlying motion shall be heard on the Court's calendar at 10:00 a.m. July 7, 2014, and that any response to the underlying motion shall be filed by June 30,2014.

IT IS SO ORDERED.

Dated: June 20, 2014.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT