UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,<br><br>    Defendants. | No. CIV. S-09-0665 LKK/DAD<br><br><br>**ORDER** |

The Securities and Exchange Commission has filed a motion for final judgment against defendant Kenneth Kenitzer (ECF No. 502). Defendant, who is apparently incarcerated and unrepresented in this action, has filed no opposition to the motion. The court accordingly takes the matter under submission, and **VACATES** the hearing currently scheduled for July 7, 2014.

IT IS SO ORDERED.

DATED: July 1, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1