UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY VASSALLO, KENNETH KENITZER, and EQUITY INVESTMENT MANAGEMENT AND TRAINING, INC.,<br><br>          Defendants. | No. CIV. S-09-0665 LKK/DAD<br><br>**ORDER** |

   The Securities and Exchange Commission ("Commission") has filed an un-opposed motion for final judgment against defendant Kenneth Kenitzer (ECF No. 502). The motion requests, among other things, a final order assessing a penalty against Kenitzer pursuant to the Investment Advisers Act ("Advisers Act"), 15 U.S.C. § 80b-9(e). See ECF No. 502 at 10. The accompanying proposed final judgment includes, among other things, sections permanently enjoining Kenitzer from violating the Advisers Act and assessing a penalty thereunder, 15 U.S.C. §§ 80b-6(1), 80b-6(2), 80b-6(4), and 80b-9(e). See ECF Nos. 502 at 3, and

1

502-2 at ¶¶ III, IV & VI.

The Complaint (ECF No. 1), however, does not allege that Kenitzer violated any provision of the Advisers Act, nor that he aided or abetted any such violation.[1]  Accordingly, the Commission shall file, within 14 days of this order, either (1) an amended proposed order that omits the Advisers Act sections, or (2) a supplemental memorandum of no more than 10 pages, setting forth this court's authority to assess the requested Advisers Act penalty and injunctions.

IT IS SO ORDERED.

DATED:  July 1, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Fourth Claim for Relief asserts that defendant Anthony Vassallo acted as an investment adviser, and engaged in conduct prohibited by the Advisers Act, but then concludes that "By reason of the foregoing, Kenitzer has violated" the Advisers Act.  Complaint ¶¶ 43-46.  This appears to be a typographical error, with "Kenitzer" appearing instead of "Vassallo."  The Fourth Claim contains no allegation that Kenitzer acted as an investment adviser, nor that he engaged in conduct prohibited by the Advisers Act.