FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Receiver*
Stephen E. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*<br><br>v.<br><br>ANTHONY VASSALLO, et al,<br><br>*Defendants*. | Case No. CV 09-000665 JAM-DAD<br><br>**ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S NINTH INTERIM REPORT FILED ON NOVEMBER 14, 2014**<br><br>Date:        December 17, 2014<br>Time         9:30 a.m.<br>Courtroom:  6, 14th Floor<br>Judge:       Hon. John A. Mendez |

The Ninth Interim Report of Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), came on regularly for hearing on December 17, 2014 at 9:30 a.m. in Courtroom 6 of the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, with counsel appearing on behalf of Receiver;

Having reviewed Receiver's Ninth Interim Report filed November 14, 2014, and having heard the argument of counsel, and

FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

Adequate and proper notice of this hearing was provided to interested parties.

Receiver's Ninth Interim Report filed on November 14, 2014, is hereby approved, and

Receiver's acts on behalf of the receivership described therein are hereby approved, authorized and ratified.

**IT IS SO ORDERED.**

Dated: December 17, 2014

/s/ John A. Mendez
United States District Court Judge

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER APPROVING RECEIVER'S NINTH INTERIM REPORT
CASE NO. CV 09-000665 JAM-DAD