UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY VASSALLO, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:09-CV-00665 JAM-KJN<br><br>ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S TENTH AND FINAL INTERIM REPORT FILED ON NOVEMBER 13, 2015, DISCHARGING RECEIVER AND EXONERATING HIS BOND |

　　　The Tenth and Final Report and accounting of Receiver Stephen E. Anderson ("Receiver"), Receiver for Equity Investment Management and Trading, Inc. ("EIMT"), having been reviewed by the Court, along with Receiver's Ninth Application for Fees and Costs; and

　　　FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

　　　Proper and adequate notice of this hearing on Receiver's Tenth and Final Report was provided to all interested parties.

　　　Receiver has duly accounted for all monies and other property coming into his hands during the receivership estate, and the Tenth and Final Report and accounting filed on November 13, 2015, is

hereby approved and confirmed as submitted.

The acts of Receiver and his agents in connection with this action and the receivership are hereby approved, authorized and ratified.

Receiver is directed to distribute the remaining funds in the receivership following resolution of his Ninth Application for Fees and Costs proportionally to those investors previously cashing distribution checks as described in Receiver's Tenth and Final Report (the "Follow-on Distribution").  After at least 60 days has passed following the Follow-on Distribution, Receiver shall close out all receivership bank accounts and remit any remaining funds from uncashed checks or otherwise to the United States Treasury in care of the Securities and Exchange Commission, where Receiver shall submit any additional future funds received.

Receiver, his consultant, his accountant and his counsel are hereby discharged in this action.

Receiver's bond is hereby exonerated.

Upon completion of the Follow-on Distribution, Receiver shall file a notice notifying the Court that he has completed the Follow-on Distribution, which shall have the effect of closing this action.

IT IS SO ORDERED.

Dated: December 16, 2015

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE