UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>    v.<br><br>ANTHONY VASSALLO, ET AL.,<br><br>                  Defendants. | Case No. 2:09-CV-00665 JAM-KJN<br><br>ORDER GRANTING RECEIVER'S NINTH APPLICATION FOR FEES AND COSTS |

    The ninth and final application of court-appointed receiver Stephen E. Anderson ("Receiver") for fees and costs incurred from September 1, 2014 through September 30, 2015, having been reviewed by the Court, and FOR GOOD CAUSE SHOWN, the Court hereby finds and orders as follows:

    Receiver's Ninth Application for Fees and Costs is hereby GRANTED. Adequate and proper notice of this application was provided to Equity Investment Management and Trading, Inc. investors and other interested parties. The fees and costs sought by Receiver are reasonable and the services rendered and to be rendered have and will benefit the receivership estate.

Accordingly, Receiver is authorized to make the following payments:

| Name | Fees | Costs | Total Payment |
|---|---|---|---|
| Receiver Stephen E. Anderson | $33,738.75 | $820.78 | $34,559.53 |
| Stephan A. Werth, C.P.A. | $6,580.00 | $0.00 | $6,580.00 |
| Cindi Sherrod | $12,140.00 | $360.90 | $12,500.90 |
| Futterman Dupree Dodd Croley Maier LLP | $70,652.50 | $3,761.82 | $74,414.32 |
| **TOTALS THROUGH SEPTEMBER 2015** | **$123,111.25** | **$4,943.50** | **$128,054.75** |
| Fees and Costs to be Incurred from October 2015-Close | $2,432.50 | -- | $2,432.50 |
| **GRAND TOTAL REQUESTED** | **$125,543.75** | **$4,943.50** | **$130,487.25** |

IT IS SO ORDERED.

Dated: December 16, 2015

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE